# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Ltd (FKA Research in Motion Ltd) and BlackBerry Corp (FKA Research in Motion Corp); Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, <br><br> Defendants. | Civil Action No. 2:13-cv-1112 (JRG) <br><br> JURY TRIAL DEMANDED |

# NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF CONTENTGUARD HOLDINGS, INC.

NOW COMES Eric S. Hansen with the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Mr. Hansen is to receive notices from the Court on all issues related to this case.

Dated:  October 2, 2014                    Respectfully submitted,


                                           */s/ Eric S. Hansen*
                                           Eric S. Hansen
                                           Texas State Bar No. 24062763
                                           ehansen@mckoolsmith.com
                                           MCKOOL SMITH, P.C.
                                           300 Crescent Court, Suite 1500
                                           Dallas, Texas 75201
                                           Telephone: (214) 978-4000
                                           Facsimile: (214) 978-4044

                                           Samuel F. Baxter, Lead Attorney
                                           Texas State Bar No. 01938000
                                           sbaxter@mckoolsmith.com
                                           MCKOOL SMITH, P.C.
                                           104 East Houston, Suite 300
                                           Marshall, Texas 75670
                                           Telephone:  (903) 923-9000
                                           Facsimile: (903) 923-9099



                                           **ATTORNEYS FOR CONTENTGUARD
                                           HOLDINGS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 2nd day of October 2014.

/s/ Sam Baxter_____
Sam Baxter