# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., *et al*. <br><br> Defendants. | Case No. 2:13-cv-01112 (JRG) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is given that the undersigned attorney, Ryan N. Phelan, enters his appearance in this matter as Attorney for Defendant Apple Inc. for purposes of receiving notices and orders from the Court.

Dated: October 10, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Ryan N. Phelan*
    Ryan N. Phelan
    IL Bar No. 6302750
    One South Dearborn
    Chicago, Illinois 60603
    Telephone: (312) 853-2144
    Facsimile: (312) 853-7036
    rphelan@sidley.com

    *ATTORNEY TO BE NOTICED*

    *Counsel for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of October, 2014.



                 */s/ Ryan N. Phelan*