IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> Defendants. | No. 2:13-cv-01112 (JRG) <br><br> JURY TRIAL DEMANDED |

## THIRD NOTICE OF COMPLIANCE WITH THIRD-PARTY PRODUCTION PROVISIONS BY DEFENDANT AMAZON.COM, INC.

Pursuant to Paragraph 12 of the Amended Protective Order, Defendant Amazon.com, Inc. files this notice that it produced third-party confidential information and verifies as follows:

1. <u>Buena Vista Video on Demand</u>: Amazon notified Buena Vista of its intent to produce a Buena Vista confidential document by letter dated August 29, 2014, sent via FedEx. The letter informed Buena Vista of the specific item to be produced and included the Amended Protective Order. Buena Vista has not contacted Amazon to discuss any objections to the production.

2. <u>Twentieth Century Fox</u>: Amazon notified Fox of its intent to produce a Fox confidential document by letter dated September 2, 2014, sent via FedEx. The letter informed Fox

of the specific item to be produced and included the Amended Protective Order. On September 24, 2014, in-house counsel for Fox contacted counsel for Amazon. In-house counsel for Fox and counsel for Amazon also exchanged a series of e-mails on September 26, 29, and 30, 2014. Fox did not object to the production of the confidential document under the confidentiality designation "Outside Attorneys' Eyes Only" with a few redactions of irrelevant commercially sensitive information.

3. <u>HBO Video</u>: Amazon notified HBO of its intent to produce an HBO confidential document by letter dated September 2, 2014, sent via FedEx. The letter informed HBO of the specific item to be produced and included the Amended Protective Order. On September 3, 2014, an in-house attorney from HBO contacted counsel for Amazon. In-house counsel for HBO and counsel for Amazon also exchanged a series of e-mails on September 15 and 16, 2014. HBO did not object to the production of the confidential document under the confidentiality designation "Outside Attorneys' Eyes Only" with a few redactions of irrelevant commercially sensitive information.

4. <u>NBCUniversal</u>: Amazon notified NBCUniversal of its intent to produce an NBCUniversal confidential document by letter dated August 29, 2014, sent via FedEx. The letter informed NBCUniversal of the specific item to be produced and included the Amended Protective Order. On September 4, 2014, an in-house attorney from NBCUniversal contacted counsel for Amazon. In-house counsel for NBCUniversal and counsel for Amazon also exchanged a series of e-mails on September 8 and 9, 2014. NBCUniversal did not object to the production of the confidential document under the confidentiality designation "Outside Attorneys' Eyes Only" with a few redactions of irrelevant commercially sensitive information.

5.    <u>Warner Bros. Digital Distribution</u>: Amazon notified Warner Bros. of its intent to produce a Warner Bros. confidential document by letter dated August 29, 2014, sent via FedEx. The letter informed Warner Bros. of the specific item to be produced and included the Amended Protective Order.  Warner Bros. has not contacted Amazon to discuss any objections to the production.

Respectfully submitted,

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75505
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Glen E. Summers (admitted *pro hac vice*)
Alison G. Wheeler (admitted *pro hac vice*)
Katherine Hacker (admitted *pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: glen.summers@bartlit-beck.com
Email: alison.wheeler@bartlit-beck.com
Email: kat.hacker@bartlit-beck.com

Abby Mollen (admitted *pro hac vice*)
BARTLIT BECK HERMAN PALENCHAR &
SCOTT LLP
54 West Hubbard Street, #300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: abby.mollen@bartlit-beck.com

**COUNSEL FOR DEFENDANT
AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on October 16, 2014.  *See* Local Rule CV-5(a)(3)(A).

/s/ Jennifer H. Doan
Jennifer H. Doan