IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., </br></br> Plaintiff, </br></br> v. </br></br> AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, </br></br> Defendants, </br> and </br></br> DIRECTV, LLC </br></br> Intervener. | No. 2:13-cv-01112 (JRG) </br></br> JURY TRIAL DEMANDED |

## AMAZON.COM, INC.'S NOTICE
## IN SUPPORT OF MOTION TO SEVER

In opposing Amazon's Motion to Sever (Dkt. No. 205), ContentGuard maintained that joinder of its various claims against the many defendants in this case is proper under the America Invents Act because (1) it alleged that the Amazon Kindle and Amazon MP3 apps were available on devices manufactured by all of the Defendants and (2) it alleged that all of the Defendants offer one or more apps or systems that comply with the UITS standard.  (*See* Dkt. No. 216 at 1.)

On October 17, 2014, ContentGuard filed a Second Amended Complaint ("SAC"). (Dkt. No. 244.)  In the SAC, ContentGuard withdrew its allegations that all Defendants offer the Amazon Kindle and MP3 apps and that all Defendants practice the UITS standard.[1]  Indeed, the entire section of the former Amended Complaint (Dkt. No. 22) entitled "Defendants Common Acts of Infringement" (paragraphs 49-55) was deleted in the SAC.

Given that ContentGuard no longer makes any factual allegations to satisfy the elements for joinder in the America Invents Act, Amazon respectfully submits that the Court should grant Amazon's Motion to Sever and the Motion to Change Venue to the Northern District of California.  (Dkt. Nos. 205, 110.)

---

[1] For the Court's convenience, a redline of the SAC showing the changes from ContentGuard's prior Amended Complaint is attached as Exhibit A.

**AMAZON'S NOTICE IN SUPPORT TO SEVER** – Page 2

                        Respectfully submitted,

                        */s/ Jennifer H. Doan*
                        Jennifer H. Doan
                        Texas Bar No. 08809050
                        Joshua R. Thane
                        Texas Bar No. 24060713
                        HALTOM & DOAN
                        6500 Summerhill Road
                        Crown Executive Center, Suite 100
                        Texarkana, TX 75505
                        Telephone: (903) 255-1000
                        Facsimile: (903) 255-0800
                        Email: jdoan@haltomdoan.com
                        Email: jthane@haltomdoan.com

                        Glen E. Summers (admitted *pro hac vice*)
                        Alison G. Wheeler (admitted *pro hac vice*)
                        Katherine Hacker (admitted *pro hac vice*)
                        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                        1899 Wynkoop Street, 8th Floor
                        Denver, CO 80202
                        Telephone: (303) 592-3100
                        Facsimile: (303) 592-3140
                        Email: glen.summers@bartlit-beck.com
                        Email: alison.wheeler@bartlit-beck.com
                        Email: kat.hacker@bartlit-beck.com

                        Abby Mollen (admitted *pro hac vice*)
                        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                        54 West Hubbard Street, #300
                        Chicago, IL 60654
                        Telephone: (312) 494-4400
                        Facsimile: (312) 494-4440
                        Email: abby.mollen@bartlit-beck.com

                        **COUNSEL FOR DEFENDANT AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on October 24, 2014. *See* Local Rule CV-5(a)(3)(A).

                                          */s/ Jennifer H. Doan*
                                          Jennifer H. Doan