# Exhibit B

# Radu Lelutiu

| | |
|---|---|
| **From:** | Radu Lelutiu |
| **Sent:** | Tuesday, September 30, 2014 4:37 PM |
| **To:** | Glen Summers; 'Kat Hacker' |
| **Cc:** | Michael Valaik; Joshua Ackerman; Renee Grimmett; Jennifer Haltom Doan; Joshua Reed Thane; ContentGuard Counsel; Sam Baxter |
| **Subject:** | RE: ContentGuard v. Amazon: Abbreviated Briefing on Motion for Ruling |
| **Attachments:** | New Markman schedule.docx |

Glen and Kat:

During yesterday's meet and confer you told us that Amazon and its co-Defendants would like ContentGuard's agreement to a plan whereby (1) by the end of October, ContentGuard serves supplemental infringement contentions that provide additional detail with respect to source code citations; (2) by the end of October, Defendants serve supplemental invalidity contentions; and (3) the parties modify the schedule for *Markman*-related exchanges and briefs.

ContentGuard is agreeable to this approach provided that (1) all Defendants and Google agree as well; and (2) Defendants agree to promptly make available for our review the source code that remains outstanding.

I attach for your consideration a document that outlines our suggested modifications to the *Markman* schedule. Please pass it on to the rest of the defense group.

Please let me know if you would like to discuss.

Thanks,
Radu

1

| Event | Current deadline | New deadline |
| --- | --- | --- |
| Comply with P.R. 4-1 (Exchange proposed terms and claim elements for construction) | October 3 | October 24 |
| Comply with P.R. 4-2 (Exchange preliminary claim constructions and extrinsic evidence) | October 24 | November 14 |
| Comply with P.R. 4-3 (Joint Claim Construction and Prehearing Statement) | November 12 | November 21 |
| Comply with P.R. 4-4 (Complete Claim Construction Discovery) | November 19 | December 5 |
| Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) | November 21 | December 12 |
| Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) | December 22 | January 7 |
| *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) | January 9 | January 16 |
| Parties to file a notice with the Court stating the estimated amount of time requested for the *Markman* Hearing.  The Court will notify the parties if it is unable to accommodate this request. | January 23 | Unchanged |
| *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) | January 23 | Unchanged |
| *Claim Construction Hearing | February 6 | Unchanged |