UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ContentGuard Holdings, Inc.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**Amazon.com, Inc.,** *et al*.<br><br>    **Defendants.** | Case No.  2:13-cv-1112 (JRG)<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SEALED MOTION TO COMPELDEFENDANT APPLE INC. TO PROVIDE RELEVANT DISCOVERY

Before this Court is Defendant Apple Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's Sealed Motion to Compel Defendant Apple Inc. to Provide Relevant Discovery.  The Court is of the opinion that the motion should be granted.

Therefore it is hereby ORDERED that:

1) The time to respond to Plaintiff's Sealed Motion to Compel Defendant Apple Inc. to Provide Relevant Discovery is extended up to and including November 3, 2014.

**So ORDERED and SIGNED this 27th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE