# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., *Plaintiff*, v. Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, *Defendants*. and DirecTV, LLC, *Intervener*. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER ON MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT IN INTERVENTION (DKT. 213)

Before the Court is Plaintiff ContentGuard Holdings, Inc.'s unopposed motion to extend the time within which it is required to move, answer, or otherwise respond to DirecTV, LLC's Complaint in Intervention. Upon consideration, the Court finds that the motion should be GRANTED. The time by which ContentGuard is required to move, answer, or otherwise respond to DirecTV's Complaint in Intervention is extend to and included October 17, 2014.

**So ORDERED and SIGNED this 31st day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE