**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ContentGuard Holdings, Inc.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **Amazon.com, Inc.,** *et al*. <br><br> **Defendants.** | Case No.  2:13-cv-1112 (JRG) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT APPLE INC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Before the Court is defendants Apple Inc.'s Motion to Dismiss ContentGuard Holdings, Inc.'s Second Amended Complaint.  The Court hereby GRANTS Apple Inc.'s motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).