# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc.<br><br>*Plaintiff*,<br><br>v.<br><br>Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.<br><br>*Defendants*. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH THIRD-PARTY PRODUCTION PROVISIONS BY HTC CORPORATION AND HTC AMERICA, INC.

Pursuant to paragraph 12 of the Amended Protective order, Defendants HTC Corporation and HTC America, Inc. file this notice that it produced third-party confidential information and verifies as follows:

1. <u>Innovative Patented Technology, LLC ("IPT")</u>:  HTC notified IPT of its intent to produce IPT's confidential documents by letter dated September 17, 2014, sent via Federal Express.  The letter informed IPT of the specific items to be produced and included the Amended Protective Order.  The package sent to IPT via Federal Express was returned due to an outdated address.  A second letter was sent to IPT on September 30, 2014, via certified mail, to an address in Rancho Santa Fe, California, after research on the internet.  IPT has not contacted HTC to discuss any objections to the production under the confidentiality designation "Confidential - Outside Attorneys' Eyes Only."

2. <u>Memory Control Enterprise, LLC</u>:  HTC notified Memory Control Enterprise of its intent to produce Memory Control Enterprise's confidential documents by letter dated September 17, 2014, sent via Federal Express.  The letter informed Memory Control Enterprise of the specific items to be produced and included the Amended Protective Order.  The package sent to Memory Control Enterprise via Federal Express was returned due to an outdated address.  A second letter was sent to Memory Control Enterprise on September 29, 2014, via certified mail, to an address in Rancho Santa Fe, California, after research on the internet.  Memory Control Enterprise has not contacted HTC to discuss any objections to the production under the confidentiality designation "Confidential - Outside Attorneys' Eyes Only."

DATED:  November 3, 2014

Respectfully submitted,

By:  /s/Peter J. Wied
Peter J. Wied

| LOCAL COUNSEL: | OF COUNSEL: |
|---|---|
| Eric Hugh Findlay | Vincent K. Yip |
| Roger Brian Craft | Terry D. Garnett |
| Findlay Craft PC | Peter J. Wied |
| 102 N College Avenue | Jay C. Chiu |
| Suite 900 | Goodwin Procter LLP Los Angeles |
| Tyler, TX 75702 | 601 S Figueroa St |
| 903/534-1100 | 41st Fl |
| Fax: 903/534-1137 | Los Angeles, CA 90017 |
| | |
| Counsel for Defendants | Counsel for Defendants |
| HTC CORPORATION and | HTC CORPORATION and |
| HTC AMERICA, INC. | HTC AMERICA, INC. |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on November 3, 2014.  *See* Local Rule CV-5(a)(3)(A).

      /s/Peter J. Wied
      Peter J. Wied