**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1112-JRG |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| CONTENT GUARD HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:14-CV-61-JRG |
| | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court hereby sets a hearing on the pending motions to dismiss, transfer, and sever and other related motions at 10:00 a.m. on Tuesday, November 18, 2014. The Court may also take up such other pending and briefed motions as time allows. Counsel should appear prepared to address any pending and fully briefed matters now before the Court.

**So ORDERED and SIGNED this 5th day of November, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE