# 1IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., § § *Plaintiff*, § § § v. § § Amazon.com, Inc., *et al.*, § § § *Defendants*. § | Civil Action No. 2:13-cv-1112-JRG |

### DEFENDANT MOTOROLA MOBILITY, LLC'S AMENDED
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Motorola Mobility LLC discloses the following:

Motorola Mobility LLC is, indirectly, a wholly-owned subsidiary of Lenovo Group Limited; accordingly Lenovo Group Limited has more than 10% ownership of Motorola Mobility LLC.

Dated: November 11, 2014

Respectfully submitted,

*/s/ J. Mark Mann*_____
J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
MANN | TINDEL | THOMPSON
300 W. Main
Henderson, Texas 75652
P: (903) 657-8547
F: (903) 657-6003
mark@themannfirm.com
*Attorney for Defendant Motorola Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ J. Mark Mann*
**J. Mark Mann**