IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc, <br><br>  Plaintiff, <br><br> v. <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. And Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, <br><br>  Defendants. | CIVIL ACTION NO. 2:13-cv-01112 (JRG) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING SAMSUNG DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Unopposed Motion for Withdrawal of Counsel for Guy Eddon brought by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Guy Eddon is hereby withdrawn as counsel of record in this matter with respect to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

IT IS FURTHER ORDERED that the clerk terminate CM/ECF notices as to Guy Eddon for this civil action.

**So ORDERED and SIGNED this 12th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE