IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) No. 2:13-cv-01112 (JRG) <br><br> JURY TRIAL DEMANDED |
| Defendants, | ) |
| and | ) |
| DIRECTV, LLC, | ) |
| Intervener. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIMS**

Now before the Court is DIRECTV, LLC's Unopposed Motion for Extension of Time. Upon consideration, the Court GRANTS this Motion. Accordingly, DIRECTV may answer or otherwise respond to both ContentGuard Holdings, Inc.'s Second Amended Complaint (Dkt. No. 244) and Counterclaims (Dkt. No. 245) by November 17, 2014.

**So ORDERED and SIGNED this 12th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE