UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) No. 2:13-cv-01112 (JRG)  JURY TRIAL DEMANDED |
| Defendants | ) |
| and | ) |
| DIRECTV, LLC | ) |
| Intervener. | ) |

**ORDER**

Before the Court is Defendants Amazon.com, Inc., BlackBerry Limited, BlackBerry Corporation, DIRECTV, LLC, HTC Corporation, HTC America, Inc., Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's ("Moving Defendants") Unopposed Motion to Extend Deadline To Respond to Second Amended Com-

plaint. The Court, having reviewed the motion and being well-advised, finds that the motion should be GRANTED. It is therefore,

ORDERED that Moving Defendants' deadline to respond to ContentGuard Holdings, Inc.'s Second Amended Complaint for Patent Infringement [Dkt. No. 244] is extended until November 17, 2014.

**So ORDERED and SIGNED this 14th day of November, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE