**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., et al. <br><br> Defendants. | Civil Action No. 2:13-cv-1112-JRG <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS HTC CORPORATION AND HTC AMERICA INC.'S NOTICE OF JOINING RENEWED MOTION TO DISMISS AS TO SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendants HTC Corporation and HTC America Inc. ("HTC") hereby give notice that they join the Renewed Motion to Dismiss as to Second Amended Complaint (Dkt. No. 283) filed by Defendants Motorola Mobility LLC ("Motorola"), Huawei Technologies Co., Ltd, Huawei Device USA, Inc. ("Huawei"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, Inc. ("Samsung"), Blackberry Corp., and Blackberry Limited ("BlackBerry"). For the reasons stated therein, as well as in the pending Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. Nos. 103 & 104) and the reply in support of that motion to dismiss (Dkt. No. 126), HTC respectfully requests that the Second Amended Complaint be dismissed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 14, 2014 | By:      */s/ Peter J. Wied* |
| LOCAL COUNSEL: | OF COUNSEL: |
| Eric Hugh Findlay<br>Roger Brian Craft<br>Findlay Craft PC<br>102 N College Avenue<br>Suite 900<br>Tyler, TX 75702<br>903/534-1100<br>Fax: 903/534-1137<br><br>Counsel for Defendants<br>HTC CORPORATION and<br>HTC AMERICA, INC. | Vincent K. Yip<br>Terry D. Garnett<br><br>Peter J. Wied<br>Jay C. Chiu<br>Goodwin Procter LLP Los Angeles<br>601 S Figueroa St<br>41st Fl<br>Los Angeles, CA 90017<br><br>Counsel for Defendants<br>HTC CORPORATION and<br>HTC AMERICA, INC. |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on on this 14th day of November, 2014.

            */s/ Peter J. Wied*