# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Amazon.com, Inc., et al.<br><br>    *Defendants*. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S RESPONSE TO APPLE'S RENEWED MOTION TO DISMISS AS TO SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) (DKT. 254)**

Apple raises no new arguments in its Renewed Motion to Dismiss as to Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and simply adopts and renews its statements from its previously filed motion to dismiss and reply (Dkt. Nos. 95, 127).  As such, ContentGuard adopts its response and sur-reply (Dkt. Nos. 122, 143) and considers this motion fully briefed.

Dated: November 17, 2014                                      Respectfully submitted,

                                                                 */s/ Sam Baxter*
                                                             Samuel F. Baxter
                                                             Texas State Bar No. 01938000
                                                            sbaxter@mckoolsmith.com
                                                            MCKOOL SMITH P.C.
                                                            104 East Houston, Suite 300
                                                           Marshall, Texas 75670
                                                           Telephone: (903) 923-9000
                                                           Facsimile: (903) 923-9099

| | |
|---|---|
| Robert A. Cote | Holly E. Engelmann |
| rcote@mckoolsmith.com | hengelmann@mckoolsmith.com |
| Radu A. Lelutiu | Seth R. Hasenour |
| rlelutiu@mckoolsmith.com | shasenour@mckoolsmith.com |
| David R. Dehoney | Eric S. Hansen |
| ddehoney@mckoolsmith.com | ehansen@mckoolsmith.com |
| Angela M. Vorpahl | MCKOOL SMITH P.C. |
| avorpahl@mckoolsmith.com | 300 Crescent Court, Suite 1500 |
| MCKOOL SMITH P.C. | Dallas, Texas 75201 |
| One Bryant Park, 47th Floor | Telephone: (214) 978-4000 |
| New York, New York 10036 | Facsimile: (214) 978-4004 |
| Telephone: (212) 402-9400 | |
| Facsimile: (212) 402-9444 | |

                                                           **ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

McKool 1052589v1

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 17th Day of November 2014.  Local Rule CV-5(a)(3)(A).

*/s/ Holly E. Engelmann*

McKool 1052589v1