# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., | No. 2:13-cv-01112-JRG |
| *Plaintiff*, | |
| vs. | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research in Motion Limited) and BlackBerry Corporation (fka Research in Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | |
| *Defendants*, | |
| and | |
| DirecTV, LLC, | |
| *Intervenor*. | |

**APPLE INC.'S NOTICE OF JOINDER TO DEFENDANTS' RESPONSE TO PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANTS' JOINT INVALIDITY CONTENTIONS**

Defendant Apple Inc. ("Apple") hereby gives notice that it joins Defendant Google Inc.'s and Defendants Motorola Mobility LLC, HTC Corporation, HTC America, Inc., Huawei Technologies Co., LTD, Huawei Device USA, Inc., Samsung Electronics Co. LTD., Samsung Electronics America, Inc., Samsung Telecommunications America, Inc., Blackberry Corp., and Blackberry Limited's Response to Response to Plaintiff ContentGuard Holdings, Inc.'s Supplemental Submission in Support of its Motion to Strike Defendants' Joint Invalidity Contentions (Dkt. No. 277) and Amazon's Response to Plaintiff ContentGuard Holdings, Inc.'s Supplemental Submission in Support of its Motion to Strike Defendants' Joint Invalidity Contentions (Dkt. No. 284).  For the reasons stated therein, and as explained more fully in Defendants' Motion to Adopt a Modified Version of General Order No. 13-20 Focusing Claims and Prior Art (Dkt. No. 202) and in Defendants' Opposition to Plaintiff's Emergency Motion to Strike Defendants' Joint Invalidity Contentions (Dkt. No. 206), Apple respectfully requests that the Court deny ContentGuard's Motion to Strike Defendants' Joint Invalidity Contentions.

| | |
|---|---|
| November 17, 2014 | Respectfully submitted, |
| | By: /s/ Bryan K. Anderson |
| David T. Pritikin<br>  <dpritikin@sidley.com><br>Richard A. Cederoth (*pro hac vice*)<br>  <rcederoth@sidley.com><br>Nathaniel C. Love (*pro hac vice*)<br>  <nlove@sidley.com><br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:    (312) 853-7000<br>Facsimile:     (312) 853-7036 | Melissa Richards Smith<br>  <melissa@gillamsmithlaw.com><br>GILLAM & SMITH LLP<br>303 South Washington Avenue<br>Marshall, TX  75670<br>Telephone:    (903) 934-8450<br>Facsimile:     (903) 934-9257 |
| Bryan K. Anderson (*pro hac vice*)<br>  <bkanderson@sidley.com><br>Nathan Greenblatt<br>  <ngreenblatt@sidley.com><br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA  94304<br>Telephone:    (650) 565-7000<br>Facsimile:     (650) 565-7100 | Theodore W. Chandler (*pro hac vice*)<br>  <tchandler@sidley.com><br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA  90013<br>Telephone:    (213) 896-6000<br>Facsimile:     (213) 896-6600<br><br>*Counsel for Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on November 17, 2014.  *See* Local Rule CV-5(a)(3)(A).

/s/ Melissa Smith