UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
|                  Plaintiff, | ) |
| v. | ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) No. 2:13-cv-01112 (JRG)<br><br>) JURY TRIAL DEMANDED |
|                  Defendants | ) |
| and | ) |
| DIRECTV, LLC | ) |
|                  Intervener. | ) |

**NOTICE OF CORRECTED EXHIBIT**

      Defendants file this notice of correction to Exhibit B to the Joint Claim Construction and Prehearing Statement.

      Attached hereto is the corrected Exhibit B to Dkt. No. 292. The corrected exhibit fixes some typographical errors in Defendants' identification of intrinsic and extrinsic evidence supporting their proposed constructions.

        Respectfully submitted,

        */s/ Jennifer H. Doan*
        Jennifer H. Doan
        Texas Bar No. 08809050
        Joshua R. Thane
        Texas Bar No. 24060713
        HALTOM & DOAN
        6500 Summerhill Road
        Crown Executive Center, Suite 100
        Texarkana, TX 75505
        Telephone: (903) 255-1000
        Facsimile:  (903) 255-0800
        Email: jdoan@haltomdoan.com
        Email: jthane@haltomdoan.com

        Glen E. Summers (admitted pro hac vice)
        Glen.summers@bartlit-beck.com
        Alison G. Wheeler (admitted pro hac vice)
        Alison.wheeler@bartlit-beck.com
        Katherine Hacker (admitted pro hac vice)
        Kat.hacker@bartlit-beck.com
        BARTLIT BECK HERMAN
        PALENCHAR & SCOTT LLP
        1899 Wynkoop Street, 8th Floor
        Denver, CO 80202
        Telephone: (303) 592-3100
        Facsimile:  (303) 592-3140
        Abby Mollen (admitted pro hac vice)
        Abby.mollen@bartlit-beck.com
        BARTLIT BECK HERMAN
        PALENCHAR & SCOTT LLP
        54 West Hubbard Street, #300
        Chicago, IL  60654
        Telephone: (312) 494-4400
        Facsimile: (312) 494-4440

        **COUNSEL FOR DEFENDANT**
        **AMAZON.COM, INC.**

### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 20th day of November, 2014.

                                              /s/ *Jennifer H. Doan*
                                              Jennifer H. Doan