**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1112-JRG |
| | § | |
| AMAZON.COM, INC., ET AL. | § | |

**MINUTES FOR MOTION HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 19, 2014**

**OPEN:** 11:30 a.m.                                                                 **ADJOURN:** 11:40 a.m.

ATTORNEYS FOR PLAINTIFF:        Sam Baxter
                                                            Radu Lelutiu
                                                            Angela Vorpahl
                                                            Jennifer Truelove
                                                            Holly Engelmann

ATTORNEYS FOR DEFENDANT:    Melissa Smith
                                                            Ted Chandler
                                                            Kim Moore

LAW CLERK:                                        Rudy Fink

COURT REPORTER:                            Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:                    Jan Lockhart

Counsel for the parties' read agreements into the record between Contentguard and Apple. Ms. Smith, Messrs. Baxter and Chandler spoke on behalf of the parties. The Court carried ruling.