IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:13-cv-01112 (JRG) JURY TRIAL DEMANDED |
| Defendants, | ) ) |
| and | ) ) |
| DIRECTV, LLC | ) ) |
| Intervener. | ) ) |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH**
**JOINT TECHNICAL TUTORIAL DEADLINE**

Defendants Amazon.com, Inc., Apple Inc., BlackBerry Limited, BlackBerry Corporation, HTC Corporation, HTC America, Inc., Huawei Technologies Co., Ltd., Huawei Device USA, Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC and Intervener DIRECTV, LLC (collectively "Defendants") hereby notify the Court that pursuant to the Amended Docket Control Or-

der (Dkt. No. 279), Defendants provided the Court with a copy of the Technical Tutorial on November 25, 2014.

All Defendants identified above join in this Notice, but each Defendant submits only the portion of the Technical Tutorial that is relevant to the patent claims asserted against it individually.

A copy of this Technical Tutorial was also sent to counsel for Plaintiff ContentGuard Holdings, Inc.

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer H. Doan* | */s/ Bryan K. Anderson (w/ permission)* |
| Jennifer H. Doan | Bryan K. Anderson |
| Texas Bar No. 08809050 | Bkanderson@sidley.com |
| Joshua R. Thane | Nathan Greenblatt |
| Texas Bar No. 24060713 | Ngreenblatt@sidley.com |
| HALTOM & DOAN | Sidley Austin LLP |
| 6500 Summerhill Road | 1001 Page Mill Road, Building 1 |
| Crown Executive Center, Suite 100 | Palo Alto, CA 94304 |
| Texarkana, TX 75505 | Telephone: (650) 565-7007 |
| Telephone: (903) 255-1000 | Facsimile: (650) 565-7100 |
| Facsimile:  (903) 255-0800 | |
| Email: jdoan@haltomdoan.com | David T. Pritikin |
| Email: jthane@haltomdoan.com | Dpritikin@sidley.com |
| | Richard A. Cederoth |
| Glen E. Summers (admitted pro hac vice) | Rcederoth@sidley.com |
| Glen.summers@bartlit-beck.com | Nathaniel C. Love |
| Alison G. Wheeler (admitted pro hac vice) | Nlove@sidley.com |
| Alison.wheeler@bartlit-beck.com | Sidley Austin LLP |
| Katherine Hacker (admitted pro hac vice) | One South Dearborn Street |
| Kat.hacker@bartlit-beck.com | Chicago, IL 60603 |
| BARTLIT BECK HERMAN | Telephone: (312) 853-7000 |
| PALENCHAR & SCOTT LLP | Facsimile: (312) 853-7036 |
| 1899 Wynkoop Street, 8th Floor | |
| Denver, CO 80202 | Melissa Richards Smith |
| Telephone: (303) 592-3100 | Melissa@gillamsmithlaw.com |
| Facsimile:  (303) 592-3140 | Gillam & Smith LLP |
| | 303 South Washington Avenue |
| Abby Mollen (admitted pro hac vice) | Marshall, TX 75670 |
| Abby.mollen@bartlit-beck.com | Telephone: (903) 934-8450 |
| BARTLIT BECK HERMAN | Facsimile: (903) 934-9257 |
| PALENCHAR & SCOTT LLP | |
| 54 West Hubbard Street, #300 | **COUNSEL FOR DEFENDANT** |
| Chicago, IL  60654 | **APPLE INC.** |
| Telephone: (312) 494-4400 | |
| Facsimile: (312) 494-4440 | |
| | |
| **COUNSEL FOR DEFENDANT** | |
| **AMAZON.COM, INC.** | |

*/s/ James J. Elacqua (w/ permission)*
James J. Elacqua
James.elacqua@skadden.com
Ian Chen
Ian.chen@skadden.com
William J. Casey
William.casey@skadden.com
Skadden, Arps, Slate, Meagher & Flom, LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: 650-470-4500
Facsimile: 650-470-4570

Mairead J. Schwab
Mairead.schwab@skadden.com
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0411

John S. Torkelson
Jtorkelson@carterscholer.com
Sheria Dranise Smith
Ssmith@carterscholer.com
Carter Scholer Stafford Arnett Hamad &
Mockler, PLLC
8150 N. Central Expressway, Suite 1950
Dallas, TX 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

**COUNSEL FOR DEFENDANTS
BLACKBERRY CORP. (FKA
RESEARCH IN MOTION CORP.) AND
BLACKBERRY LIMITED (FKA
RESEARCH IN MOTION LIMITED)**

*/s/ Charles Everingham, IV (w/ permission)*
Charles Everingham, IV
Ceveringham@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
911 West Loop 281, Suite 412
Longview, TX 75604
Telephone: 903-297-7404
Facsimile: 903-297-7402

Todd Landis
Tlandis@akingump.com
Eric Klein
Eklein@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343

Kevin McBride
Kmcbride@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone: 949-885-4200
Facsimile: 949-885-4101

James Loughlin Duncan III
Jduncan@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713-220-5800
Facsimile: 713-236-0822

**COUNSEL FOR DEFENDANT
DIRECTV, LLC**

*/s/ Scott Partridge (w/ permission)*
Scott Partridge
Scott.partridge@bakerbotts.com
Lisa Kelly
Lisa.kelly@bakerbotts.com
Bradley Bowling
Brad.bowling@bakerbotts.com
Baker Botts LLP
One Shell Plaza
901 Louisiana
Houston, TX 77002
Telephone: 713-229-1569
Facsimile: 713-229-7769

**COUNSEL FOR DEFENDANT
HUAWEI TECHNOLOGIES CO., LTD.
AND HUAWEI DEVICE USA, INC.**

*/s/ Brian Craft (w/ permission)*
Eric H. Findlay
Efindlay@findlaycraft.com
Brian Craft
Bcraft@findlaycraft.com
Findlay Craft, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: 903-534-1100
Facsimile: 903-534-1137

Peter J. Wied
Pwied@goodwinprocter.com
Vincent K. Yip
Vyip@goodwinprocter.com
Jay Chiu
Jchiu@goodwinprocter.com
Goodwin Procter LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

**COUNSEL FOR DEFENDANTS
HTC CORP. AND HTC AMERICA, INC.**

*/s/ Robert W. Unikel (w/ permission)*
Robert W. Unikel
Robert.unikel@kayescholer.com
Kay Scholer LLP
80 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: 312-583-2300
Facsimile: 312-583-2360

Michael J. Malacek
Michael.malacek@kayescholer.com
Timothy K. Chao
Timothy.chao@kayescholer.com
Kay Scholer LLP
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650-319-4500
Facsimile: 650-319-4700

Gregory Blake Thompson
Blake@themannfirm.com
James Mark Mann
Mark@themannfirm.com
Mann Tindel & Thompson
300 W. Main Street
Henderson, TX 75652
Telephone: 903-657-8540
Facsimile: 903-657-6003

**COUNSEL FOR DEFENDANT
MOTOROLA MOBILITY LLC**

*/s/ Neil Phillip Sirota (w/ permission)*
Neil Phillip Sirota
Neil.sirota@bakerbotts.com
Robert Lawrence Maier
Robert.maier@bakerbotts.com
Brian Boerman
Brian.boerman@bakerbotts.com
Guy Eddon
Guy.eddon@bakerbotts.com
Baker Botts LLP
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2548
Facsimile: (212) 259-2548

Michael Joseph Barta
Michael.barta@bakerbotts.com
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 639-7703
Facsimile: (202) 585-1058

Michael E. Jones
Mikejones@potterminton.com
Allen F. Gardner
Allengardner@potterminton.com
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on November 25, 2014.  *See* Local Rule CV-5(a)(3)(A).

                                */s/ Jennifer H. Doan*
                                Jennifer H. Doan