IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC,<br><br>*Defendants*. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S NOTICE OF COMPLIANCE
WITH TECHNICAL TUTORIAL DEADLINE**

Plaintiff ContentGuard Holdings, Inc. hereby notifies the Court that pursuant to the Amended Docket Control Order (Dkt. No. 94), ContentGuard provided the Court with a copy of the Technical Tutorial on November 25, 2014.  A copy of this Technical Tutorial was also sent to counsel for the Defendants.

McKool 1055391v1

Dated: November 25, 2014                                  Respectfully submitted,

                                                          */s/ Sam Baxter*
                                                          Samuel F. Baxter
                                                          Texas State Bar No. 01938000
                                                          sbaxter@mckoolsmith.com
                                                          MCKOOL SMITH P.C.
                                                          104 East Houston, Suite 300
                                                          Marshall, Texas 75670
                                                          Telephone: (903) 923-9000
                                                          Facsimile: (903) 923-9099

Robert A. Cote                                            Holly E. Engelmann
rcote@mckoolsmith.com                                     hengelmann@mckoolsmith.com
Radu A. Lelutiu                                           Seth R. Hasenour
rlelutiu@mckoolsmith.com                                  shasenour@mckoolsmith.com
David R. Dehoney                                          Eric S. Hansen
ddehoney@mckoolsmith.com                                  ehansen@mckoolsmith.com
Angela M. Vorpahl                                         MCKOOL SMITH P.C.
avorpahl@mckoolsmith.com                                  300 Crescent Court, Suite 1500
MCKOOL SMITH P.C.                                         Dallas, Texas 75201
One Bryant Park, 47th Floor                               Telephone: (214) 978-4000
New York, New York 10036                                  Facsimile: (214) 978-4004
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

                                                          **ATTORNEYS FOR CONTENTGUARD
                                                          HOLDINGS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 25th Day of November 2014.  Local Rule CV-5(a)(3)(A).

<em>/s/ Holly Engelmann</em>