**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Ltd (FKA Research in Motion Ltd) and BlackBerry Corp (FKA Research in Motion Corp); Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, <br><br> Defendants. <br><br> and <br> DirecTV, LLC, <br><br> Intervener. | Civil Action No. 2:13-cv-1112 (JRG) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF <u>CONTENTGUARD HOLDINGS, INC.</u>

NOW COMES Dana E. Vallera with the law firm of McKool Smith, P.C., 1 Bryant Park, 47th Floor, New York, New York 10036, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Ms. Vallera is to receive notices from the Court on all issues related to this case.

McKool 1058012v1

Dated:  December 5, 2014

Respectfully submitted,

*/s/  Dana E. Vallera*
Dana E. Vallera
N.Y. State Bar 4863023
dvallera@mckoolsmith.com
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  (212) 402-9400
Fax:  (212) 402-9444

Samuel F. Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 5th day of December 2014.

>  */s/  Dana E. Vallera*
>  Dana E. Vallera
>  N.Y. State Bar 4863023
>  dvallera@mckoolsmith.com
>  McKOOL SMITH, P.C.
>  One Bryant Park, 47th Floor
>  New York, New York 10036
>  Telephone:  (212) 402-9400
>  Fax:  (212) 402-9444