IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:13-cv-01112 (JRG) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants | ) |
| and | ) |
| DIRECTV, LLC | ) |
| Intervener. | ) |

# ORDER GRANTING UNOPPOSED MOTION
# FOR LEAVE TO EXCEED PAGE LIMITATIONS

After reviewing the Unopposed Motion for Leave to Exceed Page Limitations, this Court grants the Defendants leave to exceed the page limitations for the responsive claim construction brief by 10 pages. Therefore, Defendants shall get a total of 40 pages instead of the 30 pages set by Local Rule 7(a)(1).

**So ORDERED and SIGNED this 9th day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE