IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | )<br>)<br>)<br>)<br>)<br>) No. 2:13-cv-01112 (JRG)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| and | )<br>) |
| DIRECTV, LLC, | )<br>) |
| Intervener. | ) |

**ORDER GRANTING DIRECTV, LLC'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S MOTION FOR SEVERANCE**

Now Before the Court is DIRECTV, LLC's Unopposed Motion to Extend Time to Respond to Plaintiff ContentGuard Holdings, Inc.'s Motion for Severance. The Court, having reviewed the motion and being well-advised, finds that the motion should be GRANTED.

Accordingly, DIRECTV, LLC's deadline to respond to ContentGuard Holdings, Inc.'s Motion for Severance [Dkt. No. 273] is extended until December 12, 2014.

**So ORDERED and SIGNED this 9th day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE