IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:13-cv-01112 (JRG) <br><br> JURY TRIAL DEMANDED |
| Defendants. | ) ) |

## FIFTH NOTICE OF COMPLIANCE WITH THIRD-PARTY PRODUCTION PROVISIONS BY DEFENDANT AMAZON.COM, INC.

Pursuant to Paragraph 12 of the Amended Protective Order, Defendant Amazon.com, Inc. files this notice that it produced third-party confidential information and verifies as follows:

1. <u>Akamai Technologies, Inc.</u>: Amazon notified Akamai of its intent to produce a confidential document by letter dated November 5, 2014, sent via FedEx. The letter informed Akamai of the specific item to be produced and included the Amended Protective Order. Akamai has not contacted Amazon to discuss any objections to the production.

2. <u>Level 3 Communications, LLC</u>: Amazon notified Level 3 of its intent to produce a confidential document by letter dated November 5, 2014, sent via FedEx. The letter informed

Level 3 of the specific item to be produced and included the Amended Protective Order. Level 3 has not contacted Amazon to discuss any objections to the production.

3. <u>Limelight Networks, Inc.</u>: Amazon notified Limelight of its intent to produce a confidential document by letter dated November 5, 2014, sent via FedEx. The letter informed Limelight of the specific item to be produced and included the Amended Protective Order. Limelight has not contacted Amazon to discuss any objections to the production.

        Respectfully submitted,

        /s/ *Jennifer H. Doan*
        Jennifer H. Doan
        Texas Bar No. 08809050
        Joshua R. Thane
        Texas Bar No. 24060713
        HALTOM & DOAN
        6500 Summerhill Road
        Crown Executive Center, Suite 100
        Texarkana, TX 75505
        Telephone: (903) 255-1000
        Facsimile: (903) 255-0800
        Email: jdoan@haltomdoan.com
        Email: jthane@haltomdoan.com

        Glen E. Summers (admitted pro hac vice)
        Alison G. Wheeler (admitted pro hac vice)
        Katherine Hacker (admitted pro hac vice)
        BARTLIT BECK HERMAN PALENCHAR
        & SCOTT LLP
        1899 Wynkoop Street, 8th Floor
        Denver, CO 80202
        Telephone: (303) 592-3100
        Facsimile: (303) 592-3140
        Email: glen.summers@bartlit-beck.com
        Email: alison.wheeler@bartlit-beck.com
        Email: kat.hacker@bartlit-beck.com

Abby Mollen (admitted pro hac vice)
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, #300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: abby.mollen@bartlit-beck.com

**COUNSEL FOR DEFENDANT
AMAZON.COM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on December 12, 2014.  See Local Rule CV-5(a)(3)(A).

*/s/ Jennifer H. Doan*
Jennifer H. Doan