**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CONTENTGUARD HOLDINGS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **AMAZON.COM, INC.; APPLE INC.;** ) | |
| **BLACKBERRY LIMITED (FKA** ) | |
| **RESEARCH IN MOTION LIMITED) AND** ) | |
| **BLACKBERRY CORPORATION (FKA** ) | **No. 2:13-cv-01112 (JRG)** |
| **RESEARCH IN MOTION CORPORATION);** ) | |
| **HTC CORPORATION AND HTC** ) | **JURY TRIAL DEMANDED** |
| **AMERICA, INC.; HUAWEI** ) | |
| **TECHNOLOGIES CO., LTD. AND HUAWEI** ) | |
| **DEVICE USA, INC.; MOTOROLA** ) | |
| **MOBILITY LLC; SAMSUNG** ) | |
| **ELECTRONICS CO., LTD., SAMSUNG** ) | |
| **ELECTRONICS AMERICA, INC., and** ) | |
| **SAMSUNG TELECOMMUNICATIONS** ) | |
| **AMERICA, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF COMPLIANCE WITH THIRD-PARTY PRODUCTION PROVISIONS BY DEFENDANT APPLE, INC.

Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 152), notice is given that Defendant Apple Inc. ("Apple") produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

1. **EMI Recorded Music Holdings, Inc.**: Apple notified EMI Recorded Music Holdings, Inc. ("EMI") of its intent to produce EMI confidential information via two Federal Express overnight deliveries by letter dated November 20, 2014, with the Amended Protective Order attached and a copy of the confidential information Apple intended to

disclose.  The first Federal Express envelope was delivered on November 22, 2014; the second Federal Express envelope was delivered on November 24, 2014.  Apple has not received a response.

2. **Lazy Bones Recordings, Inc.**:  Apple notified Lazy Bones Recordings, Inc. ("LBR") of its intent to produce LBR confidential information via United States overnight delivery by letter dated November 20, 2014, with the Amended Protective Order attached and a copy of the confidential information Apple intended to disclose.  The United States Post Office attempted delivery on November 24, 2014; however, the recipient has moved and left no forwarding address.

Dated:  December 16, 2014

*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Bryan K. Anderson
bkanderson@sidley.com
Nathan Greenblatt
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
650/565-7007
Fax: 650-565-7100

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth

rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
312/853-7359
Fax: 312/853-7036

Kelly A. Krellner
kkrellner@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, CA 94101
415/772-7418
Fax: 415/772-7400

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on December 16, 2014.  *See* Local Rule CV-5(a)(3)(A).


_____
*/s/ Melissa Richards Smith*
Melissa R. Smith