IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) No. 2:13-cv-01112 (JRG)<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | ) |

### NOTICE OF COMPLIANCE WITH THIRD-PARTY PRODUCTION PROVISIONS BY DEFENDANT APPLE, INC.

Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 152), notice is given that Defendant Apple Inc. ("Apple") produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

1. **Universal Studios Home Entertainment LLC:** Apple notified Universal Studios Home Entertainment LLC ("Universal") of its intent to produce Universal confidential information via Federal Express overnight delivery by letter dated December 1, 2014 with the Amended Protective Order attached and a copy of the confidential information

Apple intended to disclose.  The Federal Express envelope was delivered to Universal on December 2, 2014.  Apple has not received an objection.

2. **MGM Domestic Digital Media, Inc.**:  Apple notified MGM Domestic Digital Media, Inc. ("MGM") of its intent to produce MGM confidential information via Federal Express overnight delivery by letter dated December 1, 2014 with the Amended Protective Order attached and a copy of the confidential information Apple intended to disclose.  The Federal Express envelope was delivered to MGM on December 2, 2014.  Apple has not received an objection.

3. **The NPD Group, Inc.**:  Apple notified The NPD Group, Inc. ("NPD") of its intent to produce NPD confidential information via email by letter dated December 2, 2014, with the Amended Protective Order attached and a copy of the confidential information Apple intended to disclose.  Apple has not received an objection.

Dated:  December 18, 2014

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Bryan K. Anderson
bkanderson@sidley.com
Nathan Greenblatt
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
650/565-7007
Fax: 650-565-7100

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
312/853-7359
Fax: 312/853-7036

Kelly A. Krellner
kkrellner@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, CA 94101
415/772-7418
Fax: 415/772-7400

***Attorneys for Defendant Apple Inc.***

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on December 18, 2014.  *See* Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*
Melissa R. Smith
