IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, <br><br> *Defendants*. | Civil Action No. 2:13-cv-01112-JRG <br><br> JURY TRIAL DEMANDED |

## CORRECTED NOTICE OF COMPLIANCE

This notice corrects the Notice of Compliance originally filed and served on December 15, 2014.  The correction falls under the discussion of Kyocera below.  Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 152), notice is given that Plaintiff ContentGuard Holdings, Inc. produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

1. **Fujitsu:**  ContentGuard notified Fujitsu of its intent to produce information by letter dated November 26, 2014, sent by email and overnight delivery.  Fujitsu responded via email on December 10, 2014.  Fujitsu requested that certain specific information relating to another party be omitted from the production.

1

Otherwise, Fujitsu consented to the production of the materials as confidential, attorneys' eyes only. The material Fujitsu requested redacted appears irrelevant to the claims and defenses in the case. Accordingly, ContentGuard has produced the documents with the requested redactions as confidential attorneys' eyes only.

2. **Sharp:** ContentGuard notified Sharp of its intent to produce information by letter dated November 26, 2014, sent by email and overnight delivery. Sharp responded via email on December 3, requesting the redaction of certain information relating to patents that are neither in suit, nor in the same chain of priority as the patents in suit, nor foreign counterparts. ContentGuard has produced the documents with the requested redactions as confidential attorneys' eyes only.

3. **Kyocera**: ContentGuard notified Kyocera of its intent to produce information by letter dated December 1, 2014, sent by overnight delivery. Kyocera responded via email on December 10 that it would not be objecting to the production of the information. ContentGuard has produced the information as confidential – attorneys' eyes only.

Dated: December 19, 2014 Respectfully submitted,

      */s/ Sam Baxter*
Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-90099

Robert A. Cote
rcote@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Holly E. Engelmann
hengelmann@mckoolsmith.com
Seth Hasenour
shasenour@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Counsel for ContentGuard Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on December 19, 2014. Local Rule CV-5(a)(3)(A).

                   */s/ Holly Engelmann*