UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:13-cv-01112-JRG |
| AMAZON.COM INC., *et al.*, | § § | JURY DEMANDED |
| Defendants. | § § § § | |

## NOTICE OF CHANGE OF ADDRESS OF TERRENCE GARNETT

Terrence D. Garnett, counsel of record for Defendants HTC Corporation and HTC America, Inc. in the above-captioned action, respectfully provides this Notice of Change of Address and other contact information. Effective December 30, 2014 the new address and contact information for Defendant's attorney Terrence D. Garnett is as follows:

Terrence D. Garnett
tgarnett@loeb.com
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Tel.: 310.282.2199
Fax: 310.282.2200

Please take further notice that on this 29th day of December 2014, the undersigned Terrence D. Garnett, counsel for Defendants HTC Corporation and HTC America, Inc., caused to be faxed to the Clerk's Office of the United States District Court for the Eastern District of Texas, the prescribed Notice of Change of Address form as provided for on the Court's website.

1

Dated: December 29, 2014            Respectfully submitted,

/s/ *Terrence D. Garnett*
Terrence D. Garnett (*pro hac vice*)
GOODWIN PROCTER LLP
601 S Figueroa Street
41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

Attorney for Defendants
HTC CORPORATION
HTC AMERICA, INC.

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on December 29, 2014 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ *Terrence D. Garnett*
Terrence D. Garnett