**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ContentGuard Holdings, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13-cv-01112-JRG |
| | ) | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry, Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC., | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT
FOR SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Electronics America, Inc., by and through its counsel, hereby certifies that:

(1) Effective January 1, 2015, Defendant Samsung Telecommunications America, LLC ("STA") merged into Samsung Electronics America, Inc., and STA ceased to exist as a separate corporate entity;

(2) Samsung Electronics America, Inc. is a wholly owned subsidiary of Samsung Electronics Co., Ltd., a Korean corporation that is publicly traded on the Korean stock exchange; and

      (3) No publicly-held corporation owns 10% or more of Samsung Electronics Co., Ltd.'s stock.

Date:   January 6, 2015　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael E. Jones*

　　　　　　　　　　　　　　　　　　　　　　　Michael E. Jones
　　　　　　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　　　　　　POTTER MINTON
　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　　110 N. College, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 597-8311
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 593-0846

　　　　　　　　　　　　　　　　　　　　　　　Michael J. Barta
　　　　　　　　　　　　　　　　　　　　　　　michael.barta@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　The Warner
　　　　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-2400
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 639-7700
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 639-7890

　　　　　　　　　　　　　　　　　　　　　　　Neil P. Sirota
　　　　　　　　　　　　　　　　　　　　　　　neil.sirota@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Robert L. Maier
　　　　　　　　　　　　　　　　　　　　　　　robert.maier@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Eric J. Faragi
　　　　　　　　　　　　　　　　　　　　　　　eric.faragi@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　Brian Boerman
　　　　　　　　　　　　　　　　　　　　　　　brian.boerman@bakerbotts.com
　　　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　30 Rockefeller Plaza, 44th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10112-4498
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 408-2500
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 408-2501

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Samsung Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record for Plaintiff are being served this 6th day of January 2015, with a copy of this document via electronic means.

*/s/ Michael E. Jones*
Michael E. Jones
