**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>   *Plaintiff*,<br><br>   v.<br><br>Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC,<br><br>   *Defendants*. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE**

      Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 152), notice is given that Plaintiff ContentGuard Holdings, Inc. produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

      ContentGuard notified Zinio of its intent to produce documents by email to counsel on December 19, 2014. Zinio responded via email on December 30, 2014 that it would not be objecting to the production of the documents. ContentGuard has produced the documents as confidential - attorneys' eyes only.

Dated: January 6, 2015								Respectfully submitted,

					/s/ Sam Baxter
					Samuel F. Baxter
					Texas Bar No. 01938000
					sbaxter@mckoolsmith.com
					MCKOOL SMITH P.C.
					104 East Houston, Suite 300
					Marshall, Texas 75670
					Telephone: (903) 923-9000
					Facsimile: (903) 923-90099

					Robert A. Cote
					rcote@mckoolsmith.com
					Radu A. Lelutiu
					rlelutiu@mckoolsmith.com
					MCKOOL SMITH P.C.
					One Bryant Park, 47th Floor
					New York, New York 10036
					Telephone: (212) 402-9400
					Facsimile: (212) 402-9444

					Holly E. Engelmann
					hengelmann@mckoolsmith.com
					Seth Hasenour
					shasenour@mckoolsmith.com
					MCKOOL SMITH P.C.
					300 Crescent Court, Suite 1500
					Dallas, Texas 75201
					Telephone: (214) 978-4000
					Facsimile: (214) 978-4044

					*Counsel for ContentGuard Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on January 6, 2015.  Local Rule CV-5(a)(3)(A).

*/s/ Holly Engelmann*
