UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., | No. 2:13-cv-01112-JRG |
| *Plaintiff*, | |
| vs. | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research in Motion Limited) and BlackBerry Corporation (fka Research in Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | |
| *Defendants*, | |
| and | |
| DirecTV, LLC, | |
| *Intervenor*. | |

**APPLE INC.'S NOTICE OF FILING OF PETITIONS FOR
PATENT OFFICE REVIEW OF ASSERTED PATENTS**

Plaintiff ContentGuard Holdings, Inc. ("ContentGuard") asserts nine patents against Apple Inc. ("Apple") in this case: U.S. Patent Nos. 6,963,859; 7,225,160; 7,269,576; 7,523,072; 8,370,956; and 8,393,007 (the Stefik patents); U.S. Patent Nos. 7,774,280 and 8,001,053 (the Nguyen patents); and U.S. Patent No. 8,583,556 (the Dunkeld patent).

Apple hereby notifies the Court that it has filed petitions for patent office review of each asserted patent. As listed below, the petitions include petitions for *Inter Partes Review* ("IPR") and petitions for review of a Covered Business Method patent ("CBM"). According to the usual

patent office timeline for such proceedings, ContentGuard will have approximately three months to file a preliminary response to Apple's petitions, and the patent office will decide whether to institute review within approximately three months thereafter.

| Group | Patent No. | Filing No. | Filing Date |
|---|---|---|---|
| *Nguyen* | | | |
| | 7774280 | IPR2015-00351 | 12/10/2014 |
| | 7774280 | IPR2015-00352 | 12/10/2014 |
| | 7774280 | IPR2015-00353 | 12/10/2014 |
| | 7774280 | IPR2015-00354 | 12/10/2014 |
| | 8001053 | IPR2015-00355 | 12/10/2014 |
| | 8001053 | IPR2015-00356 | 12/10/2014 |
| | 8001053 | IPR2015-00357 | 12/10/2014 |
| | 8001053 | IPR2015-00358 | 12/10/2014 |
| *Dunkeld* | | | |
| | 8583556 | CBM2015-00041 | 12/12/2014 |
| | 8583556 | CBM2015-00042 | 12/12/2014 |
| | 8583556 | CBM2015-00046 | 12/12/2014 |
| | 8583556 | IPR2015-00399 | 12/12/2014 |
| | 8583556 | IPR2015-00400 | 12/12/2014 |
| *Stefik* | | | |
| | 6963859 | IPR2015-00440 | 12/22/2014 |
| | 6963859 | IPR2015-00441 | 12/22/2014 |
| | 6963859 | IPR2015-00442 | 12/22/2014 |
| | 7523072 | IPR2015-00443 | 12/22/2014 |
| | 7523072 | IPR2015-00444 | 12/22/2014 |
| | 7523072 | IPR2015-00445 | 12/22/2014 |
| | 8370956 | IPR2015-00446 | 12/22/2014 |
| | 8370956 | IPR2015-00447 | 12/22/2014 |
| | 8370956 | IPR2015-00448 | 12/22/2014 |
| | 8393007 | IPR2015-00449 | 12/22/2014 |
| | 8393007 | IPR2015-00450 | 12/22/2014 |
| | 8393007 | IPR2015-00451 | 12/22/2014 |
| | 7269576 | IPR2015-00452 | 12/22/2014 |
| | 7269576 | IPR2015-00453 | 12/22/2014 |
| | 7269576 | IPR2015-00454 | 12/22/2014 |
| | 7269576 | IPR2015-00455 | 12/22/2014 |
| | 7269576 | IPR2015-00456 | 12/22/2014 |
| | 7225160 | IPR2015-00457 | 12/22/2014 |
| | 7225160 | IPR2015-00458 | 12/22/2014 |

Apple also notifies the Court that Google Inc. has filed three petitions for review of Covered Business Method patents:  CBM2015-00040 (filed 12/9/2014 for U.S. Patent No.

7,774,280); CBM2015-00043 (filed 12/11/2014 for U.S. Patent No. 8,001,053); and CBM2015-00045 (filed 12/12/2014 for U.S. Patent No. 8,583,556).

Dated: January 7, 2015

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Bryan K. Anderson
bkanderson@sidley.com
Nathan Greenblatt
ngreenblatt@sidley.com
Sidley Austin LLP – Palo Alto
1001 Page Mill Road, Bldg. 1
Palo Alto, CA  94304
650/565-7007
Fax: 650-565-7100

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
Sidley Austin – Chicago
One South Dearborn St.
Chicago, IL  60603
312/853-7359
Fax: 312/853-7036

Kelly A. Krellner
kkrellner@sidley.com
Sidley Austin LLP – San Francisco
555 California Street, Ste. 2000
San Francisco, CA  94101
415/772-7418
Fax: 415/772-7400

***ATTORNEYS FOR APPLE, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on January 7, 2014.  *See* Local Rule CV-5(a)(3)(A).

>                    */s/ Melissa Smith*
> Melissa R. Smith