# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Google, Inc. <br><br> Defendant. | Civil Action No. 2:14-cv-00061-JRG <br><br> JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc., *et al*. <br><br> Defendants. | Civil Action No. 2:13-cv-01112-JRG <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING MOTION FOR LEAVE TO FILE
### CLAIM CONSTRUCTION SURREPLY

Before the Court is the parties' Joint Motion to Enlarge Page Limits on Claim Construction Reply and Leave to File Claim Construction Surreply. Upon consideration, the Court GRANTS Defendants leave to file a Surreply of no more than 5 pages.

**So ORDERED and SIGNED this 9th day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE