**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Google, Inc.<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 2:14-cv-00061-JRG<br><br>JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>Amazon.com, Inc., *et al*.<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

**ORDER ON JOINT MOTION TO ENLARGE PAGE LIMITS ON CLAIM
CONSTRUCTION REPLY**

Before the Court is the parties' Joint Motion to Enlarge Page Limits on Claim Construction Reply and Leave to File Claim Construction Surreply. Upon consideration, the Court hereby GRANTS ContentGuard leave to file a Reply of no more than 20 pages.

**So ORDERED and SIGNED this 9th day of January, 2015.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RODNEY GILSTRAP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE