**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., | |
| *Plaintiff*, | Civil Action No. 2:13-cv-01112-JRG |
| v. | JURY TRIAL DEMANDED |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | |
| *Defendants*. | |

**PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS**
**BLACKBERRY LIMITED AND BLACKBERRY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff ContentGuard Holdings, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants BlackBerry Limited (fka Research in Motion Limited) and BlackBerry Corporation (fka Research in Motion Corporation).

-1-

Dated:  January 12, 2015

Respectfully submitted,

/s/ Sam Baxter

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

Robert A. Cote
rcote@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
Shahar Harel
sharel@mckoolsmith.com
David R. Dehoney
ddehoney@mckoolsmith.com
Angela M. Vorpahl
avorpahl@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Holly E. Engelmann
hengelmann@mckoolsmith.com
Seth R. Hasenour
shasenour@mckoolsmith.com
Eric S. Hansen
ehansen@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4004

**ATTORNEYS FOR CONTENTGUARD
HOLDINGS, INC.**

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 12th Day of January 2015.  Local Rule CV-5(a)(3)(A).

*/s/ Radu A. Lelutiu*
