**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, <br><br> *Defendants*. | Civil Action No. 2:13-cv-01112-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS BLACKBERRY LIMITED AND BLACKBERRY CORPORATION**

Before the Court is Plaintiff ContentGuard Holdings, Inc.'s Notice of Voluntary Dismissal Without Prejudice as to Defendants Blackberry Limited and Blackberry Corporation (the "Notice"). In light of the Notice, Plaintiff ContentGuard Holdings, Inc.'s claims against Defendants Blackberry Limited and Blackberry Corporation are hereby DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 21st day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE