**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 2:13-CV-1112-JRG | |
| § | | |
| AMAZON.COM, INC., et al., § | | |
| § | | |
| Defendants. § | | |
| § | | |
| § | | |
| CONTENT GUARD HOLDINGS, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 2:14-CV-61-JRG | |
| § | | |
| GOOGLE, INC., § | | |
| § | | |
| Defendant. § | | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing in PDF form to david@keyzerlaw.com.

**So ORDERED and SIGNED this 22nd day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE