# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>Plaintiff,<br><br>-against-<br><br>Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.<br><br>Defendants. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc.,<br><br>Plaintiff,<br><br>-against-<br><br>Google, Inc.<br><br>Defendant. | Civil Action No. 2:14-cv-00061-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE REGARDING *MARKMAN* HEARING**

Pursuant to the Court's Docket Control Orders, the parties respectfully request that the Court set aside a total of 3.5 hours for the February 6, 2015, claim construction hearings in the above-captioned cases. The parties respectfully request that (i) 3 hours, to be divided evenly between ContentGuard and the Defendants group, be set aside for claim construction argument; and (ii) 30 minutes, to be divided evenly between ContentGuard and Defendant Amazon.com,

Inc., be set aside for argument on Amazon.com, Inc.'s Motion to Dismiss the Second Amended Complaint (*Amazon* Dkt. 298).

Given the large number of disputed claim terms, the parties respectfully submit that oral argument should be focused on the following 12 terms, in the order presented below:

**A. Terms and terms that appear in both the Stefik patents ('859, '072, '576, '956, '007, and '160) and the Chen/Nguyen patents ('280 and '053)**

1. Repository/Trusted
2. Identification certificate
3. Usage rights
4. Manner of use
5. Digital document/Digital work/Digital content
6. Document platform
7. Render(ing/ed/able)
8. Distributed repository
9. Having a grammar

**B. Terms that appear only in the Chen/Nguyen patents ('280 and '053)**

10. Meta-right
11. State variable

**C. Term that appears only in the Dunkeld patent ('556)**

12. Detect(ing)

The parties stand ready to address terms that do not appear on the above list, should the Court be interested in hearing argument.

DATED: January 23, 2015 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sam Baxter*

　　　　　　　　　　　　　　Samuel F. Baxter
　　　　　　　　　　　　　　State Bar No. 01938000
　　　　　　　　　　　　　　sbaxter@mckoolsmith.com
　　　　　　　　　　　　　　MCKOOL SMITH P.C.
　　　　　　　　　　　　　　104 East Houston, Suite 300
　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　Telephone: (903) 923-9000
　　　　　　　　　　　　　　Facsimile: (903) 923-9099


　　　　　　　　　　　　　　ATTORNEY FOR CONTENTGUARD HOLDINGS, INC.

　　　　　　　　　　　　　　　　　*/s/ Jennifer H. Doan* (with permission)

　　　　　　　　　　　　　　Jennifer H. Doan
　　　　　　　　　　　　　　State Bar No. 08809050
　　　　　　　　　　　　　　jdoan@haltomdoan.com
　　　　　　　　　　　　　　Haltom & Doan
　　　　　　　　　　　　　　6500 Summerhill Road, Suite 100
　　　　　　　　　　　　　　Texarkana, TX 75503
　　　　　　　　　　　　　　(903) 255-1000
　　　　　　　　　　　　　　Fax: (903) 255-0800

　　　　　　　　　　　　　　ATTORNEY FOR AMAZON.COM, INC.

　　　　　　　　　　　　　　　　*/s/ Melissa Richards Smith* (with permission)

　　　　　　　　　　　　　　Melissa Richards Smith
　　　　　　　　　　　　　　State Bar No. 24001351
　　　　　　　　　　　　　　melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　Gillam & Smith, LLP
　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　(903) 934-8450
　　　　　　　　　　　　　　Fax: (903)-934-9257

　　　　　　　　　　　　　　ATTORNEY FOR APPLE INC.

/s/ Eric H. Findlay (with permission)

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft, P.C.
102 North College Ave., Suite 900
Tyler, TX 75702
(903) 534-1100
Fax: (903) 534-1137

ATTORNEY FOR HTC CORPORATION AND HTC AMERICA, INC.

/s/ Scott F. Partridge (with permission)

Scott F. Partridge
State Bar No. 00786940
scott.partridge@bakerbotts.com
Baker Botts LLP
910 Louisiana, Suite 3000 One Shell Plaza
Houston, TX 77002-4995
(713) 229-1569
Fax: (713) 229-7769

ATTORNEY FOR HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.

/s/ J. Mark Mann (with permission)

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
MANN, TINDEL, THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
Fax: (903) 657-6003

ATTORNEY FOR GOOGLE INC. AND MOTOROLA MOBILITY LLC

*/s/ Michael E. Jones* (with permission)

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
Fax: (903) 593-0846

ATTORNEY FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

*/s/ Charles Everingham IV* (with permission)

Charles Everingham IV
State Bar No. 00787447
ceveringham@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
911 West Loop 281, Suite 412
Longview, TX 75604
(903) 297-7404
Fax: (903) 297-7402

ATTORNEY FOR DIRECTV, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 23, 2015.

>	*/s/ Sam Baxter*
>	Sam Baxter