**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. <br><br> Defendants. | Civil Action No. 2:13-cv-01112-JRG <br><br> JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Google, Inc. <br><br> Defendant. | Civil Action No. 2:14-cv-00061-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION CHART**

In accordance with Patent Rule 4-5(d) and the Court's Docket Control Order of November 13, 2014 (Dkt. 279), the parties hereby submit this Joint Claim Construction Chart. Attached as Exhibit A is a chart with the disputed terms bolded in the claim language of the asserted claims. Attached as Exhibit B is a chart with the parties' proposed constructions for the disputed terms.

DATED:  January 23, 2015                                          Respectfully submitted,


                                                 */s/ Sam Baxter*

Samuel F. Baxter
State Bar No.  01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099


ATTORNEY FOR CONTENTGUARD HOLDINGS, INC.

                                   */s/ Jennifer H. Doan* (with permission)

Jennifer H. Doan
State Bar No. 08809050
jdoan@haltomdoan.com
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
(903) 255-1000
Fax: (903) 255-0800

ATTORNEY FOR AMAZON.COM, INC.

                        */s/ Melissa Richards Smith* (with permission)

Melissa Richards Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
Fax: (903)-934-9257

ATTORNEY FOR APPLE INC.

/s/ Eric H. Findlay (with permission)

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft, P.C.
102 North College Ave., Suite 900
Tyler, TX 75702
(903) 534-1100
Fax: (903) 534-1137

ATTORNEY FOR HTC CORPORATION AND HTC AMERICA, INC.

/s/ Scott F. Partridge (with permission)

Scott F. Partridge
State Bar No. 00786940
scott.partridge@bakerbotts.com
Baker Botts LLP
910 Louisiana, Suite 3000 One Shell Plaza
Houston, TX 77002-4995
(713) 229-1569
Fax: (713) 229-7769

ATTORNEY FOR HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.

/s/ J. Mark Mann (with permission)

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
MANN, TINDEL, THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
Fax: (903) 657-6003

ATTORNEY FOR GOOGLE INC. AND MOTOROLA MOBILITY LLC

*/s/ Michael E. Jones* (with permission)

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
Fax: (903) 593-0846

ATTORNEY FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

*/s/ Charles Everingham IV* (with permission)

Charles Everingham IV
State Bar No. 00787447
ceveringham@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
911 West Loop 281, Suite 412
Longview, TX 75604
(903) 297-7404
Fax: (903) 297-7402

ATTORNEY FOR DIRECTV, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 23, 2015.

                                                */s/ Sam Baxter*
                                                Sam Baxter