# EXHIBIT A

| US Patent No. 6,963,859 |
|---|
| **Claims** |
| 1. A **rendering** system adapted for use in a distributed system for managing use of **content**, said **rendering** system being operative to **rendering content** in accordance with **usage rights** associated with the **content**, said **rendering** system comprising:<br>a **rendering** device configured to **render** the **content**; and<br>a **distributed repository** coupled to said **rendering** device and including a **requester mode of operation** and **server mode of operation**,<br>wherein the **server mode of operation** is operative to enforce **usage rights** associated with the **content** and permit the **rendering** device to **render** the **content** in accordance with a **manner of use** specified by **the usage rights**,<br>the **requester mode of operation** is operative to request access to **content** from another **distributed repository**, and<br>said **distributed repository** is operative to receive a request to **render** the **content** and permit the **content** to be **rendered** only if a **manner of use** specified in the request corresponds to a **manner of use** specified in the **usage rights**. |
| 13. A **rendering** system as recited in claim 1, wherein said **rendering** device comprises a video system. |
| 15. A **rendering** system as recited in claim 1 wherein said **rendering** device comprises a computer system and said **repository** comprises software executed on the computer system. |
| 19. A **rendering** system as recited in claim 1, wherein the **manner of use** is a manner of displaying. |
| 20. A **rendering** system as recited in claim 1, wherein the **manner of use** is a manner of playing. |
| 21. A **rendering** system as recited in claim 1, wherein the **rendering** device and the **repository** are integrated into a secure system having a secure boundary. |
| 24. A **rendering** system as recited in claim 1, further comprising **means for communicating with a master repository for obtaining an identification certificate for the repository**. |
| 58. A computer readable medium including one or more computer readable instructions embedded therein for use in a distributed system for managing use of **content**, and operative to **render content** in accordance with **usage rights** associated with the **content**, said computer readable instructions configured to cause one or more computer processors to perform the steps of:<br>configuring a **rendering** device to **render** the **content**;<br>configuring a **distributed repository** coupled to said **rendering** device to include a **requester mode of operation** and **server mode of operation**;<br>enforcing **usage rights** associated with the **content** and permitting the **rendering** device to **render** the **content** in accordance with a **manner of use** specified by the **usage rights**, when in the **server mode of operation**;<br>requesting access to **content** from another **distributed repository**, when in the **requester mode of operation**; and<br>receiving by said **distributed repository** a request to **render** the **content** and permitting the **content** to be **rendered** only if a **manner of use** specified in the request corresponds to a **manner of use** specified in the **usage rights**. |
| 69. A computer readable medium as recited in claim 58, wherein said **rendering** device |

| US Patent No. 6,963,859 |
|---|
| **Claims** |
| comprises a video system. |
| 71. A computer readable medium as recited in claim 58, wherein said **rendering** device comprises a computer system and said **repository** comprises software executed on the computer system. |
| 75. A computer readable medium as recited in claim 58, wherein the **manner of use** is a manner of displaying. |
| 76. A computer readable medium as recited in claim 58, wherein the **manner of use** is a manner of playing. |
| 81. A computer readable medium as recited in claim 58, wherein said computer readable instructions are configured to cause the one or more computer processors to perform the step of communicating with a master **repository** for obtaining an **identification certificate** for the **repository**. |

| US Patent No. 7,523,072 |
|---|
| **Claims** |
| 1. A method for securely **rendering digital document**s, comprising:<br>retrieving, by a **document platform**, a **digital document** and at least one usage right associated with the **digital document** from a document **repository**,<br>the at least one usage right specifying a **manner of use** indicating the manner in which the **digital document** can be **rendered**;<br>storing the **digital document** and the at least one usage right in separate files in the **document platform**;<br>determining, by the **document platform**, whether the **digital document** may be **rendered** based on the at least one usage right; and<br>if the at least one usage right allows the **digital document** to be **rendered** on the document platform, **rendering** the **digital document** by the **document platform**. |
| 8. The method as recited in claim 1, wherein at least one part of the **digital document** and the at least one usage right are stored on a same device. |
| 10. A method for securely **rendering digital document**s, comprising:<br>storing a **digital document** and at least one usage right in separate files in a document **repository**,<br>wherein the at least one usage right is associated with the **digital document**;<br>receiving a request from a **document platform** for access to the **digital document**;<br>**determining, by the document platform**, whether the request may be granted based on the at least one usage right, the determining step including authenticating the **document platform** and determining whether the at least one usage right includes a **manner of use** that allows transfer of the **digital document** to the **document platform**;<br>if the at least one usage right allows the transfer of the **digital document** to the **document platform**, transferring the **digital document** and the at least one usage right associated with the **digital document** to the **document platform**;<br>storing the **digital document** and the at least one usage right in the **document platform**,<br>wherein the at least one usage right is stored in a separate file from the **digital document**; and<br>**rendering** the **digital document** by the **document platform**. |
| 16. The method as recited in claim 10, wherein at least one part of the **digital document** and the at least one usage right are stored on a same device. |

| US Patent No. 7,225,160 |
|---|
| **Claims** |
| 1. A computer readable medium having embedded thereon a **digital work** adapted to be distributed within a system for controlling use of **digital works**, said **digital work** comprising:<br>a **digital content** portion that is **renderable** by a **rendering** device;<br>a **usage rights** portion associated with said **digital content** portion and comprising one or more computer readable instructions configured to permit or prohibit said **rendering** device to **render** said **digital content** portion, said **usage rights** portion being expressed as statements from a **usage rights** language **having a grammar** defining a valid sequence of symbols, and specifying a **manner of use** relating to one or more purposes for which the **digital work** can be used by an authorized party; and<br>a description structure comprising a plurality of description blocks, each of said description blocks comprising address information for at least one part of said **digital work**, and a **usage rights** part for associating one or more **usage rights** portions. |
| 2. The **digital work** as recited in claim 1, wherein said **usage rights** portion further specifies status information indicating the status of the **digital work**. |
| 3. The **digital work** as recited in claim 1, wherein said **usage rights** portion further specifies a usage fee associated with exercise of the **manner of use**, said usage fee comprising a fee type and fee parameters. |
| 6. The **digital work** as recited in claim 3 wherein said fee type is a scheduled fee and said fee parameters comprise time units and fee units. |
| 9. The **digital work** as recited in claim 1 wherein said **digital content** portion and said **usage rights** portion are stored on the same physical device. |
| 10. The **digital work** as recited in claim 1, wherein said **digital content** portion and said **usage rights** portion are stored on different physical devices. |

| US Patent No. 7,774,280 |
|---|
| **Claims** |
| 1. A computer-implemented method for transferring rights adapted to be associated with items from a rights supplier to a rights consumer, the method comprising:<br>obtaining a set of rights associated with an item, the set of rights including a **meta-right** specifying a right that can be created when the **meta-right** is exercised, wherein the **meta-right** is provided in digital form and is enforceable by a **repository**;<br>determining, by a **repository**, whether the rights consumer is entitled to the right specified by the **meta-right**; and<br>exercising the **meta-right** to create the right specified by the **meta-right** if the rights consumer is entitled to the right specified by the **meta-right**, wherein the created right includes at least one **state variable** based on the set of rights and used for determining a state of the created right. |
| 5. The method of claim 1, wherein the **state variable** is updated upon exercise of a right associated with the **state variable**. |
| 11. The method of claim 1, further comprising generating a **license** including the created right, if the rights consumer is entitled to the right specified by the **meta-right**. |
| 12. A system for transferring rights adapted to be associated with items from a rights supplier to a rights consumer, the system comprising:<br>**means for obtaining a set of rights associated with an item**, the set of rights including a **meta-right** specifying a right that can be created when the **meta-right** is exercised, wherein the **meta-right** is provided in digital form and is enforceable by a **repository**;<br>**means for determining whether the rights consumer is entitled to the right specified by the meta-right**; and<br>**means for exercising the meta-right to create the right specified by the meta-right if the rights consumer is entitled to the right specified by the meta-right, wherein the created right includes at least one state variable based on the set of rights and used for determining a state of the created right.** |
| 22. The system of claim 12, further comprising **means for generating a license including the created right, if the rights consumer is entitled to the right specified by the meta-right**. |

| US Patent No. 8,001,053 |
|---|
| **Claims** |
| 1. A method for sharing rights adapted to be associated with an item, the method comprising:<br>**specifying, in a first license, using a processor, at least one usage right and at least one meta-right for the item, wherein the usage right and the meta-right include at least one right that is shared among one or more users or devices**;<br>defining, via the at least one **usage right**, using a processor, a **manner of use** selected from a plurality of permitted **manners of use** for the item;<br>defining, via the at least one **meta-right**, using a processor, a manner of rights creation for the item, wherein said at least one **meta-right** is enforceable by a **repository** and allows said one or more users or devices to create new rights;<br>associating, using a processor, at least one **state variable** with the at least one right in the first **license**, wherein the at least one **state variable identifies a location where a state of rights is tracked**;<br>generating, in a second **license**, using a processor, one or more rights based on the **meta-right** in the first **license**, wherein the one or more rights in the second **license** includes at least one right that is shared among one or more users or devices; and<br>associating at least one **state variable** with the at least one right that is shared in the second **license**, wherein the at least one **state variable** that is associated with the second **license** is based on the at least one **state variable** that is associated with the first **license**. |
| 3. The method of claim 1, wherein the **state variable** in the first or second **license** shares a state thereof for content usage or **rights** derivation with other generated **usage rights** and **meta-rights**. |
| 4. The method of claim 1, wherein the **state variable** in the first or second **license** inherits a remaining state for content usage or rights derivation from other generated **usage right**s and **meta-rights**. |
| 5. The method of claim 1, wherein the **state variable** in the first or second **license** is updated upon exercise of a right associated with the **state variable**. |
| 15. A system for sharing rights adapted to be associated with an item, the system comprising:<br>a processor for **specifying in a first license at least one usage right and at least one meta-right for the item, wherein the usage right and the meta-right include at least one right that is shared among one or more users or devices**;<br>a processor for defining, via the at least one **usage right**, a **manner of use** selected from a plurality of permitted **manners of use** for the item;<br>a processor for defining, via the at least one **meta-right**, a manner of rights creation for the item, wherein said at least one **meta-right** is enforceable by a **repository** and allows said one or more users or devices to create new rights;<br>a processor for associating at least one **state variable** with the at least one right in the first **license**, wherein the at least one **state variable identifies a location where a state of rights is tracked**;<br>a processor for generating in a second **license** one or more rights based on the **meta-right** in the first **license**, wherein the one or more rights in the second **license** includes at least one right that is shared among one or more users or devices; and<br>a processor for associating at least one **state variable** with the at least one right that is shared in the second **license**, wherein the at least one **state variable** that is associated with the second |

| US Patent No. 8,001,053 |
|---|
| **Claims** |
| **license** is based on the at least one **state variable** that is associated with the first **license**. |
| 23. The system of claim 15, wherein the **state variable** in the second **license** is transferred from the at least one right in the first **license** and is associated with the right that is shared in the second **license**. |

| US Patent No. 7,269,576 |
|---|
| **Claims** |
| 1. An apparatus for **rendering digital content** in accordance with **rights** that are enforced by the apparatus, said apparatusdigi comprising:<br>a **rendering** engine configured to **render digital content**;<br>a storage for storing the **digital content**;<br>means for requesting use of the **digital content** stored in the storage; and<br>a **repository** coupled to the **rendering** engine, wherein the **repository** includes:<br>**means for processing a request from the means for requesting,**<br>**means for checking whether the request is for a permitted rendering of the digital content in accordance with rights specified in the apparatus**,<br>means for processing the request to make the **digital content** available to the **rendering** engine for **rendering** when the request is for a permitted **rendering** of the digital; and<br>means for authorizing the repository for making the **digital content** available for **rendering**, wherein the **digital content** can be made available for **rendering** only by an authorized repository, the repository comprising:<br>means for making a reauest [request] for an authorization obiect [object] required to be included within the repository for the apparatus to **render** the **digital content**; and<br>**means for receiving the authorization obiect when it is determined that the request should be granted**. |
| 4. The apparatus as recited in claim 1, further comprising **means for requesting a transfer of the digital content from an external memory to the storage.** |
| 7. The apparatus as recited in claim 1, wherein the **digital content** is video content. |
| 15. The apparatus as recited in claim 1, wherein the **rights** are embodied in software instructions which implement the use privileges for the **rights**. |
| 18. A method for controlling **rendering** of **digital content** on an apparatus having a **rendering** engine configured to **render digital content** and a storage for storing the **digital content**, said method comprising:<br>specifying rights within said apparatus for **digital content** stored in said storage,<br>said rights specifying how **digital content** can be **rendered**;<br>storing **digital content** in said storage;<br>receiving a request for **rendering** of said **digital content** stored in the storage;<br>checking whether said request is for a permitted **rendering** of said **digital content** in accordance with said rights specified within said apparatus;<br>processing the request to make said **digital content** available to the **rendering** engine for **rendering** when said request is for a permitted **rendering** of said **digital content**;<br>authorizing a repository for making the **digital content** available for **rendering**, wherein the **digital content** can be made available for **rendering** only by an authorized repository, the repository performing the steps of:<br>making a request for an **authorization object** reguired [required] to be included within the repository for **rendering** of the **digital content**; and<br>receiving the **authorization object** when it is determined that the request should be granted. |
| 21. The method as recited in claim 18, further comprising requesting a transfer of the **digital content** from an external memory to the storage. |
| 24. The method as recited in claim 18, wherein the **digital content** is video content. |

| US Patent No. 7,269,576 |
|---|
| **Claims** |
| 32. The method as recited in claim 18, wherein the rights are embodied in software instructions which implement the use pfivileges for the rights. |
| 34. The method as recited in claim 18, further comprising: requesting receipt of **digital content** stored externally; and receiving the **digital content** if it is permitted to receive the **digital content**. |

| US Patent No. 8,370,956 |
|---|
| **Claims** |
| 1. A computer-implemented method of **rendering digital content** by at least one recipient computing device in accordance with **usage rights information**, the method comprising:<br>receiving the **digital content** by the at least one recipient computing device from at least one sending computing device only if the at least one recipient computing device has been determined to be **trusted** to receive the **digital content** from the at least one sending computing device;<br>receiving, by the at least one recipient computing device, a request to **render** the **digital content**;<br>determining, based on the **usage rights information**, whether the **digital content** may be **rendered** by the at least one recipient computing device; and<br>**rendering** the **digital content**, by the at least one recipient computing device, only if it is determined that the **content** may be **rendered** by the at least one recipient computing device. |
| 4. The method of claim 1, wherein the receiving the **digital content** comprises:<br>requesting an **authorization object** for the at least one recipient computing device to make the **digital content** available for use, the **authorization object** being required to receive the **digital content** and to use the **digital content**; and<br>receiving the **authorization object** if it is determined that the request for the **authorization object** should be granted. |
| 5. The method of claim 1, wherein the receiving the **digital content** comprises:<br>generating a registration message, the registration message including an **identification certificate** of the recipient computing device and a **random registration identifier**, the **identification certificate** being certified by a master device;<br>exchanging messages including at least one session key with at least one provider computing device, the session key to be used in communications during a session; and<br>conducting a secure transaction using the session key, wherein the secure transaction includes receiving the **digital content**. |
| 6. The method of claim 5, further comprising:<br>receiving a message to test the authenticity of the at least one recipient computing device, the generated message including a **nonce**; and<br>processing the generated message to indicate authenticity. |
| 7. A recipient apparatus for **rendering digital content** in accordance with **usage rights information,** the recipient apparatus comprising:<br>one or more processors; and<br>one or more memories operatively coupled to at least one of the one or more processors and having instructions stored thereon that, when executed by at least one of the one or more processors, cause at least one of the one or more processors to:<br>enable the receipt of the **digital content** by the recipient apparatus from at least one sending computing device only if the recipient apparatus has been determined to be **trusted** to receive the **digital content** from the at least one sending computing device;<br>receive a request to **render** the **digital content**;<br>determine, based on the **usage rights information**, whether the **digital content** may be **rendered** by the recipient apparatus; and<br>**render** the **digital content** only if it is determined that the **content** may be **rendered** by the recipient apparatus. |

10

| **US Patent No. 8,370,956** |
|---|
| **Claims** |
| 10. The recipient apparatus of claim 7, wherein enabling the receipt of the **digital content** comprises:<br>requesting an **authorization object** for the recipient apparatus to make the **digital content** available for use, the **authorization object** being required to receive the **digital content** and to use the **digital content**; and<br>receiving the **authorization object** if it is determined that the request for the **authorization object** should be granted. |
| 11. The recipient apparatus of claim 7, wherein enabling the receipt of the **digital content** comprises:<br>generating a registration message, the registration message including an **identification certificate** of the recipient apparatus and a **random registration identifier**, the **identification certificate** being certified by a master device;<br>exchanging messages including at least one session key with at least one provider computing device, the session key to be used in communications during a session; and<br>conducting a secure transaction using the session key, wherein the secure transaction includes receiving the **digital content**. |
| 12. The recipient apparatus of claim 11, wherein at least one of the one or more memories has further instructions stored thereon that, when executed by at least one of the one or more processors, cause at least one of the one or more processors to:<br>receive a message to test the authenticity of the recipient apparatus, the generated message including a **nonce**; and<br>process the generated message to indicate authenticity. |
| 13. At least one non-transitory computer-readable medium storing computer-readable instructions that, when executed by at least one recipient computing device, cause the at least one recipient computing device to:<br>receive the **digital content** from at least one sending computing device only if the at least one recipient computing device has been determined to be **trusted** to receive the **digital content** from the at least one sending computing device;<br>receive a request to **render** the **digital content**; determine, based on the **usage rights information**, whether the **digital content** may be **rendered** by the at least one recipient computing device; and<br>**render** the **digital content** only if it is determined that the **content** may be **rendered** by the at least one recipient computing device. |
| 16. The at least one non-transitory computer-readable medium of claim 13, wherein receiving the **digital content** comprises:<br>requesting an **authorization object** for the at least one recipient computing device to make the **digital content** available for use, the **authorization object** being required to receive the **digital content** and to use the **digital content**; and<br>receiving the **authorization object** if it is determined that the request for the **authorization object** should be granted. |
| 17. The at least one non-transitory computer-readable medium of claim 13, wherein receiving the **digital content** comprises:<br>generating a registration message, the registration message including an **identification certificate** of the recipient computing device and a **random registration identifier**, the |

| US Patent No. 8,370,956 |
|---|
| **Claims** |
|    **identification certificate** being certified by a master device; <br> exchanging messages including at least one session key with at least one provider computing device, the session key to be used in communications during a session; and <br> conducting a secure transaction using the session key, wherein the secure transaction includes receiving the **digital content**. |
| 18. The at least one non-transitory computer-readable medium of claim 17, further storing computer-readable instructions that, when executed by at least one recipient computing device, cause the at least one recipient computing device to: <br> receive a message to test the authenticity of the at least one recipient computing device, the generated message including a **nonce**; and <br> process the generated message to indicate authenticity. |

| US Patent No. 8,393,007 |
|---|
| **Claims** |
| 1. A computer-implemented method of distributing **digital content** to at least one recipient computing device to be **rendered** by the at least one recipient computing device in accordance with **usage rights information**, the method comprising:<br>determining, by at least one sending computing device, if the at least one recipient computing device is **trusted** to receive the **digital content** from the at least one sending computing device;<br>sending the **digital content**, by the at least one sending computing device, to the at least one recipient computing device only if the at least one recipient computing device has been determined to be **trusted** to receive the **digital content** from the at least one sending computing device; and<br>sending **usage rights information** indicating how the **digital content** may be **rendered** by the at least one recipient computing device, the **usage rights information** being enforceable by the at least on recipient computing device. |
| 3. The method of claim 1, wherein the determination of trust comprises:<br>receiving a request from at least one recipient computing device for an **authorization object** required to **render** the **digital content**; and<br>transmitting the **authorization object** to the at least one recipient computing device when it is determined that the request should be granted. |
| 4. The method of claim 1, wherein the determination of trust comprises:<br>receiving a registration message from the at least one recipient device, the registration message including an **identification certificate** of the recipient computing device and a **random registration identifier**, the **identification certificate** being certified by a master device;<br>validating the authenticity of the at least one recipient device;<br>exchanging messages including at least one session key with the at least one recipient device, the session key to be used in communications; and<br>conducting a secure transaction using the session key, wherein the secure transaction includes sending the **digital content** to the at least one recipient device. |
| 5. The method of claim 1, wherein the **validating** comprises:<br>verifying the **identification certificate** of the at least one recipient device;<br>generating a message to test the authenticity of the at least one recipient device, the generated message including a **nonce**;<br>sending the generated message to the at least one recipient device; and<br>verifying if the at least one recipient device correctly processed the generated message. |
| 6. A sending apparatus for distributing **digital content** to at least one recipient computing device to be **rendered** by the at least one recipient computing device in accordance with **usage rights information**, the sending apparatus comprising:<br>one or more processors; and<br>one or more memories operatively coupled to at least one of the one or more processors and having instructions stored thereon that, when executed by at least one of the one or more processors, cause at least one of the one or more processors to:<br>determine if the at least one recipient computing device is **trusted** to receive the **digital content** from the sending apparatus;<br>send the **digital content**, by the sending apparatus, to the at least one recipient computing device only if the at least one recipient computing device has been determined to be **trusted** to receive |

| US Patent No. 8,393,007 |
|---|
| **Claims** |
| the **digital content** from the sending apparatus; and<br>send **usage rights information** indicating how the **digital content** may be **rendered** by the at least one recipient computing device, the **usage rights information** being enforceable by the at least on recipient computing device. |
| 8. The apparatus of claim 6, wherein the determination of trust comprises:<br>receiving a request from at least one recipient computing device for an **authorization object** required to **render** the **digital content**; and<br>transmitting the **authorization object** to the at least one recipient computing device when it is determined that the request should be granted. |
| 9. The apparatus of claim 6, wherein the determination of trust comprises:<br>receiving a registration message from the at least one recipient device, the registration message including an **identification certificate** of the recipient computing device and a **random registration identifier**, the **identification certificate** being certified by a master device;<br>validating the authenticity of the at least one recipient device;<br>exchanging messages including at least one session key with the at least one recipient device, the session key to be used in communications; and<br>conducting a secure transaction using the session key, wherein the secure transaction includes sending the **digital content** to the at least one recipient device. |
| 10. The apparatus of claim 9, wherein the validating comprises:<br>verifying the **identification certificate** of the at least one recipient device;<br>generating a message to test the authenticity of the at least one recipient device, the generated message including a **nonce**;<br>sending the generated message to the at least one recipient device; and<br>verifying if the at least one recipient device correctly processed the generated message. |
| 11. At least one non-transitory computer-readable medium storing computer-readable instructions that, when executed by at least one sending computing device, cause the at least one sending computing device to:<br>determine if the at least one recipient computing device is **trusted** to receive the **digital content** from the at least one sending computing device;<br>send the **digital content**, by the at least one sending computing device, to the at least one recipient computing device only if the at least one recipient computing device has been determined to be **trusted** to receive the **digital content** from the at least one sending computing device; and<br>send **usage rights information** indicating how the **digital content** may be **rendered** by the at least one recipient computing device, the **usage rights information** being enforceable by the at least on recipient computing device. |
| 13. The at least one non-transitory computer-readable medium of claim 11, wherein the determination of trust comprises:<br>receiving a request from at least one recipient computing device for an **authorization object** required to **render** the **digital content**; and<br>transmitting the **authorization object** to the at least one recipient computing device when it is determined that the request should be granted. |
| 14. The at least one non-transitory computer-readable medium of claim 11, wherein the determination of trust comprises: |

| US Patent No. 8,393,007 |
|---|
| **Claims** |
| receiving a registration message from the at least one recipient device, the registration message including an **identification certificate** of the recipient computing device and a **random registration identifier**, the **identification certificate** being certified by a master device; validating the authenticity of the at least one recipient device; exchanging messages including at least one session key with the at least one recipient device, the session key to be used in communications; and conducting a secure transaction using the session key, wherein the secure transaction includes sending the **digital content** to the at least one recipient device. |
| 15. The at least one non-transitory computer-readable medium of claim 14, wherein the validating comprises: verifying the **identification certificate** of the at least one recipient device; generating a message to test the authenticity of the at least one recipient device, the generated message including a **nonce**; sending the generated message to the at least one recipient device; and verifying if the at least one recipient device correctly processed the generated message. |

| US Patent No. 8,583,556 |
|---|
| **Claims** |
| 1. A method implemented by one or more computing devices for providing a digital asset for distribution, the method comprising:<br>storing, by at least one of the one or more computing devices, the digital asset, the digital asset including digital content;<br>associating, by at least one of the one or more computing devices, an asset identifier with the digital asset to thereby generate a first **instance** of the digital asset, the asset identifier identifying the digital asset;<br>receiving from a user, by at least one of the one or more computing devices, an acceptance of terms of use of digital assets;<br>providing, by at least one of the one or more computing devices, a list of one or more digital assets to the user, the list including the digital asset;<br>receiving from the user, by at least one of the one or more computing devices, a request for the digital asset;<br>in response to the request for the digital asset, creating, by at least one of the one or more computing devices, a second **instance** of the digital asset for transfer to the user device, the second **instance** of the digital asset including content and at least one **other portion**, and embedding in the at least one **other portion** of the second **instance** of the digital asset at least a customer identification associated with the user and the asset identifier, wherein other instances of the digital asset have customer identifications embedded therein and the customer identifications are used to track instances of the digital asset;<br>**detecting, by at least one of the one or more computing devices, a transfer** of the second **instance** of the digital asset to the user based at least in part on the customer identification;<br>debiting an account of the user related to the transfer of the second **instance** of the digital media asset to the user; and<br>updating, by at least one of the one or more computing devices, a transaction database to reflect a transfer of the second **instance** of the digital media asset to the user. |
| 8. The method of claim 1, wherein distributions of said digital asset **over said network between user devices** are not preconditioned on securing authorization for individual copies of said digital asset. |
| 9. The method of claim 1 further comprising updating a transaction database to indicate identities of parties involved in a transfer of said digital asset, and a timestamp for the transfer. |
| 11. The method of claim 1 wherein said digital content includes audio and/or video data. |
| 12. A computer system for providing a digital asset for distribution, the system comprising:<br>one or more processors; and<br>one or more memories operatively coupled to at least one of the one or more processors and having instructions stored therein that, when executed by at least one of the one or more processors, cause at least one of the one or more processors to:<br>store the digital asset, the digital asset including digital content;<br>associate an asset identifier with the digital asset to thereby generate a first **instance** of the digital asset, the asset identifier identifying the digital asset;<br>receive from a user an acceptance of terms of use of digital assets;<br>provide a list of one or more digital assets to a user, the list including the digital asset;<br>receive from the user a request for the digital asset; |

| US Patent No. 8,583,556 |
|---|
| **Claims** |
| in response to the request for the digital asset, create a second **instance** of the digital asset for transfer to a user device, the second **instance** of the digital asset including digital **content** and at least one **other portion**, and embedding in the at least one other portion of the second **instance** of the digital asset at least a customer identification associated with the user and the asset identifier, wherein other instances of the digital asset have customer identifications embedded therein and the customer identifications are used to track instances of the digital asset;<br>**detect a transfer** of the second **instance** of the digital **content** to the user based at least in part on the customer identification;<br>debit an account of the user related to the transfer of the second **instance** of the digital media asset to the user; and<br>update a transaction database to reflect a transfer of the second **instance** of the digital media asset to the user. |
| 19. The system of claim 12, wherein distributions of said digital asset **over said network between user devices** are not preconditioned on securing authorization for individual copies of said digital asset**.** |
| 20. The system of claim 12 wherein the instructions further cause at least one of the one or more processors to update said transaction database to indicate identities of parties involved in a transfer of said digital asset, and a timestamp for the transfer. |
| 22. The system of claim 12 wherein said digital **content** includes audio and/or video data. |

IF "3" = "3" "1073814v1" "" 1073814v1