# EXHIBIT BB



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

January 21, 2015

Kevin J. Post
T +1 212 596 9181
F +1 646 728 1709
kevin.post@ropesgray.com

**BY E-MAIL**

Adam M. Tenenbaum
Berkeley Research Group LLC
181 W. Madison Street, Suite 2950
Chicago, IL 60602

Re: *Motorola v. Microsoft Matters*

Dear Mr. Tenenbaum:

We are disappointed to learn that Dr. Teece wishes to terminate our agreement, particularly in light of Motorola Mobility's pending litigations with Microsoft and the significant time, effort and resources that Motorola Mobility spent in the relationship with BRG.

As you know, our agreement with BRG includes certain provisions that govern BRG's obligations to Ropes & Gray and Motorola Mobility upon termination. Specifically, pursuant to the Berkeley Research Group, LLC Standard Commercial Terms:

> Except as otherwise required by law or special circumstance, at the end of this engagement, BRG will send to Client, a notification outlining BRG's case closing procedures. In summary, BRG will return all case information provided by Client, and provide Client with BRG's final work product in appropriate media as agreed by BRG and Client. Work papers associated with our consulting services are the confidential property of BRG.

In accordance with this provision, please provide us with your "case closing procedures." In addition, please provide a list to us of what case information and "final work product" BRG currently possesses from this engagement so that we can determine how to transfer that material to Ropes & Gray.

Furthermore, we understand that Dr. Teece has appeared adverse to Motorola Mobility in at least three district court litigations since his engagement in the Motorola/Microsoft dispute. While we do not take any position on behalf of Ropes & Gray or Motorola on whether or not such representation by Dr. Teece is appropriate, we want to be clear that we expect any confidential and/or work product information provided by Ropes & Gray or Motorola to Dr. Teece and BRG during the

ROPES & GRAY LLP

Adam M. Tenenbaum — - 2 - — January 21, 2015

course of our work together remains confidential and we expect that Dr. Teece and BRG will not consider or rely on any such information in other cases or disclose any such information to any third party, pursuant to the agreement's terms:

> The work undertaken by Expert and BRG in connection with this matter is being done for and under the direction of the Law Firm and Client and, accordingly, is part of the Law Firm's and Client's work-product.  BRG and Expert shall not disclose any confidential or privileged information to any third party…."

Norm Beamer has retired from the firm, so please feel free to direct any future correspondence regarding this engagement to me and Steven Pepe at Ropes & Gray. Please feel free to contact me if you have any questions.

Regards,

Kevin J. Post