IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2:13-cv-01112 (JRG)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| DIRECTV, LLC | )<br>) |
| Intervener. | )<br>)<br>) |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF AMAZON.COM'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant Amazon.com, Inc. ("Amazon") files this notice to inform the Court of five recent decisions relevant to Amazon's Motion to Dismiss Second Amended Complaint: *CertusView Technologies, LLC v. S & N Locating Services, LLC*, Civil No. 2:13cv346, 2015 WL 269427 (E.D. Va. Jan. 21, 2015) (attached as exhibit A), *Open Text S.A. v. Box, Inc.*, Case No. 13-cv-04910-JD, 2015 WL 269036 (N.D. Cal. Jan. 20, 2015) (attached as exhibit B), *Synopsys, Inc. v. Mentor Graphics Corp.*, No. C 12-6467 MMC, 2015 WL 269116 (N.D. Cal. Jan. 20,

2015) (attached as exhibit C), *East Coast Sheet Metal Fabricating Corp. v. Autodesk, Inc.*, Civil No. 12-cv-517-LM, 2015 WL 226084 (D.N.H. Jan. 15, 2015) (attached as exhibit D), and *Morsa v. Facebook, Inc.*, No. SACV 14-161-JLS (JPRx), 2014 WL 7641155 (C.D. Cal. Dec. 23, 2014) (attached as exhibit E).  All five of these recent decisions invalidate patents analogous to the patents-in-suit as drawn to unpatentable subject matter under 35 U.S.C. § 101.

These decisions are relevant to the arguments Amazon makes in its Motion to Dismiss Second Amended Complaint (Dkt. No. 298) and its Reply Brief in Support of Amazon.com's Motion to Dismiss Second Amended Complaint (Dkt. No. 351).

January 26, 2015                                   Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer Haltom Doan
Texas Bar No. 08809050
Joshua Reed Thane
Texas Bar No. 24060713
Brent Douglas McCabe
Texas Bar No. 24088004
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75505
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
         jthane@haltomdoan.com
         bmccabe@haltomdoan.com

| | |
|---|---|
| Michael J. Valaik (admitted *pro hac vice*) | Glen E. Summers (admitted *pro hac vice*) |
| Abby Mollen (admitted *pro hac vice*) | Alison G. Wheeler (admitted *pro hac vice*) |
| Joshua P. Ackerman (admitted *pro hac vice*) | Katherine Hacker (admitted *pro hac vice*) |
| BARTLIT BECK HERMAN | BARTLIT BECK HERMAN |
| PALENCHAR & SCOTT LLP | PALENCHAR & SCOTT LLP |
| 54 West Hubbard Street, Suite 300 | 1899 Wynkoop Street, 8th Floor |
| Chicago, IL 60654 | Denver, CO 80202 |
| Telephone: (312) 494-4400 | Telephone: (303) 592-3100 |
| Facsimile: (312) 494-4440 | Facsimile: (303) 592-3140 |
| Email: michael.valaik@bartlit-beck.com | Email: glen.summers@bartlit-beck.com |
|         abby.mollen@bartlit-beck.com |         alison.wheeler@bartlit-beck.com |
|         joshua.ackerman@bartlit-beck.com |         kat.hacker@bartlit-beck.com |

**COUNSEL FOR DEFENDANT
AMAZON.COM, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on January 26, 2015. *See* Local Rule CV-5(a)(3)(A).

 */s/ Jennifer H. Doan*
Jennifer H. Doan