IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:13-cv-01112 (JRG) |
| Defendants | ) ) |
| and | ) ) |
| DIRECTV, LLC | ) ) |
| Intervener. | ) ) |

**ORDER GRANTING AMAZON'S UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE RESPONSIVE CLAIM CONSTRUCTION BRIEF**

After reviewing Amazon's Unopposed Motion for Leave to File Separate Responsive Claim Construction Brief, this Court grants Amazon's request for leave to file a separate responsive claim construction brief not to exceed 5 pages.

**So ORDERED and SIGNED this 28th day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE