IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) No. 2:13-cv-01112 (JRG)  JURY TRIAL DEMANDED |
|  | ) |
| Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| DIRECTV, LLC | ) |
|  | ) |
| Intervener. | ) |

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF AMAZON.COM'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendant Amazon.com, Inc. ("Amazon") files this notice to inform the Court of two more recent decisions supporting Amazon's Motion to Dismiss Second Amended Complaint (Dkt. No. 298): *Vehicle Intelligence and Safety LLC v. Mercedes-Benz USA, LLC*, No. 13 C 4417 (N.D. Ill. Jan. 29, 2015) (attached as exhibit A), and *The Money Suite Co. v. 21st Century Insurance and Financial Services, Inc.*, C.A. No. 13-984-GMS (D. Del. Jan. 27, 2015) (attached

as exhibit B). These decisions invalidate patents analogous to the patents-in-suit as drawn to un-patentable subject matter under 35 U.S.C. § 101.

January 30, 2015

Respectfully submitted,

*/s/ Jennifer Haltom Doan*
Jennifer Haltom Doan
Texas Bar No. 08809050
Joshua Reed Thane
Texas Bar No. 24060713
Brent D. McCabe
Texas Bar No. 24088004
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75505
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
      jthane@haltomdoan.com
      bmccabe@haltomdoan.com

Michael J. Valaik (admitted *pro hac vice*)
Abby Mollen (admitted *pro hac vice*)
Joshua P. Ackerman (admitted *pro hac vice*)
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: michael.valaik@bartlit-beck.com
      abby.mollen@bartlit-beck.com
      joshua.ackerman@bartlit-beck.com

Glen E. Summers (admitted *pro hac vice*)
Alison G. Wheeler (admitted *pro hac vice*)
Katherine Hacker (admitted *pro hac vice*)
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: glen.summers@bartlit-beck.com
      alison.wheeler@bartlit-beck.com
      kat.hacker@bartlit-beck.com

Counsel for Defendant AMAZON.COM, INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on January 30, 2015.  *See* Local Rule CV-5(a)(3)(A).

                                         */s/Jennifer H. Doan*
                                         Jennifer H. Doan