**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Amazon.com, Inc.; Apple Inc.; BlackBerry, )<br>Limited (fka Research In Motion Limited) and )<br>BlackBerry Corporation (fka Research In )<br>Motion Corporation); HTC Corporation and )<br>HTC America, Inc.; Huawei Technologies Co., )<br>Ltd. and Huawei Device USA, Inc.; Motorola )<br>Mobility LLC; Samsung Electronics Co., Ltd., )<br>Samsung Electronics America, Inc., and )<br>Samsung Telecommunications America, LLC., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>DIRECTV, LLC )<br>)<br>Intervener. )<br>) | Civil Action No. 2:13-cv-01112-JRG |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC'S NOTICE OF NON-OPPOSITION TO CONTENTGUARD HOLDINGS, INC. AND DIRECTV, LLC'S JOINT MOTION TO APPROVE STIPULATION (DKT. 319)**

On December 12, 2014, plaintiff ContentGuard Holdings, Inc. ("ContentGuard") and Intervener DIRECTV, LLC ("DIRECTV") jointly submitted a stipulation for approval by the Court regarding severance of the dispute between DIRECTV and ContentGuard. Dkt. 319. The stipulation provides, *inter alia*, that "[s]ubject to the Court's approval, all claims and counterclaims involving DIRECTV's technology, products, and/or services shall be severed into a separate case" and "[a]ll claims asserted by ContentGuard against DIRECTV's technology,

products, and/or services shall be prosecuted solely and directly against DIRECTV in the severed case, and all contentions of infringement involving DIRECTV technology, including products or services asserted by ContentGuard against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC are hereby withdrawn in favor of the claims to be litigated in the severed case against DIRECTV."

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC[1] do not oppose the motion or stipulation.

Dated: February 2, 2015                                    Respectfully submitted,

By: */s/Neil P. Sirota (w/permission by Allen F. Gardner)*

Michael E. Jones
Mikejones@potterminton.com
Allen F. Gardner
Allengardner@potterminton.com
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Tel.: 903-597-8311
Fax: 903-593-0846

Michael J. Barta
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue
Washington, D.C. 20004-2400
Tel: (202) 639-7700

Neil P. Sirota
Robert L. Maier
Eric J. Faragi
Brian Boerman
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Tel.: (212) 408-2500

---

[1] Effective January 1, 2015, Defendant Samsung Telecommunications, LLC ("STA") was merged into Defendant Samsung Electronics America, Inc., and STA ceased to exist as a corporate entity. *See* D.I. 1116.

*Attorneys for Samsung Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 2, 2015.

*/s/Allen F. Gardner*