**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1112-JRG |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is ContentGuard Holdings, Inc.'s and DIRECTV, LLC's Joint Motion to Approve Stipulation and for Entry of Docket Control Order (Dkt. No. 319, filed December 12, 2014.)   The Parties' Stipulation (Dkt. No. 319-1), in part, concerns claims asserted by ContentGuard against third-party Samsung.  Samsung has filed a Notice of Non-opposition to the Parties' Motion (Dkt. No. 386, filed February 2, 2015.)  In view of the Parties' agreement, Samsung's Non-opposition, and the lack of objection by any other party, the Court hereby **GRANTS** the Parties' Motion (Dkt. No. 319), approves the Parties' stipulation (Dkt. No. 319-1) and **GRANTS** the motion for severance (Dkt. No. 273) to the extent set forth in the Parties' stipulation (Dkt. No. 319-1).  ContentGuard and DIRECTV shall meet and confer and submit proposed scheduling and discovery orders in the new action.

**So ORDERED and SIGNED this 2nd day of February, 2015.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE