**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc., et al <br><br> Defendants. | Civil Action No. 2:13-cv-1112 (JRG) <br><br> JURY TRIAL DEMANDED |

# NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF CONTENTGUARD HOLDINGS, INC.

NOW COMES Karla Y. Valenzuela with the law firm of McKool Smith, P.C., 1 Bryant Park, 47th Floor, New York, New York 10036, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Ms. Valenzuela is to receive notices from the Court on all issues related to this case.

Dated:  February 3, 2015             Respectfully submitted,

           */s/  Karla Y. Valenzuela*
           Karla Y. Valenzuela
           N.Y. State Bar 5309455
           kvalenzuela@mckoolsmith.com
           McKOOL SMITH, P.C.
           One Bryant Park, 47th Floor
           New York, New York 10036
           Telephone:  (212) 402-9400
           Fax:  (212) 402-9444

           Samuel F. Baxter, Lead Attorney
           Texas State Bar No. 01938000
           sbaxter@mckoolsmith.com
           MCKOOL SMITH, P.C.
           104 East Houston, Suite 300
           Marshall, Texas 75670
           Telephone:  (903) 923-9000
           Facsimile: (903) 923-9099

           **ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 3rd day of February 2015.

> */s/ Karla Y. Valenzuela*
> Karla Y. Valenzuela
> N.Y. State Bar 5309455
> kvalenzuela@mckoolsmith.com
> McKOOL SMITH, P.C.
> One Bryant Park, 47th Floor
> New York, New York 10036
> Telephone: (212) 402-9400
> Fax: (212) 402-9444