# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Amazon.com, Inc., et al <br><br> Defendants. | Civil Action No. 2:13-cv-1112 (JRG) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
## CONTENTGUARD HOLDINGS, INC.

NOW COMES John C. Briody with the law firm of McKool Smith, P.C., 1 Bryant Park, 47th Floor, New York, New York 10036, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Mr. Briody is to receive notices from the Court on all issues related to this case.

Dated: February 3, 2015

Respectfully submitted,

*/s/ John C. Briody*
John C. Briody
N.Y. State Bar 4231270
jbriody@mckoolsmith.com
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Fax: (212) 402-9444

Samuel F. Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 3rd day of February 2015.

                                        */s/ John C. Briody*
                                        John C. Briody
                                        N.Y. State Bar 4231270
                                        jbriody@mckoolsmith.com
                                        McKOOL SMITH, P.C.
                                        One Bryant Park, 47th Floor
                                        New York, New York 10036
                                        Telephone: (212) 402-9400
                                        Fax: (212) 402-9444