# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., | No. 2:13-cv-01112-JRG |
| *Plaintiff*, | |
| vs. | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research in Motion Limited) and BlackBerry Corporation (fka Research in Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | |
| *Defendants*, | |
| and | |
| DirecTV, LLC, | |
| *Intervenor*. | |

## APPLE'S NOTICE OF COMPLIANCE WITH COURT ORDER [ECF NO. 378]

Apple hereby gives notice that it has complied with the Court's order on January 28, 2015 [ECF No. 378], by serving on ContentGuard, by 3:00 p.m. CST on Tuesday, February 3, 2015, a letter, with exhibits, providing "a response detailing whether or not the specific items listed by ContentGuard have been (or will be) produced." A copy is attached. In addition, Apple's lead counsel, David Pritikin, has made himself available to meet and confer to discuss any remaining disputes.

February 4, 2015                                            Respectfully submitted,

                By:   */s/ Melissa Richards Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Bryan K. Anderson
bkanderson@sidley.com
Nathan Greenblatt
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
650/565-7007
Fax: 650-565-7100

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
312/853-7359
Fax: 312/853-7036

Kelly A. Krellner
kkrellner@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, CA 94101
415/772-7418
Fax: 415/772-7400

***Attorneys for Defendant Apple Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on February 4, 2015. *See* Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*
Melissa R. Smith