# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ContentGuard Holdings, Inc., | § § § | |
| Plaintiff | § § | Civil Action No. 2:13-CV-1112  JRG |
| v. | § § | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd, and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Brian D. Johnston, hereby enters an appearance for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: February 5, 2015             Respectfully submitted,

/s/  Brian D. Johnston

Brian D. Johnston
Texas Bar No. 24080965
brian.johnston@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201

        Tel.: (214) 953-6500
        Fax: (214) 953-6503

        ATTORNEYS FOR SAMSUNG ELECTRONICS CO, LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

## CERTIFICATE OF SERVICE

        I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of February, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Brian D. Johnston
        Brian D. Johnston