**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **ContentGuard Holdings, Inc.,** | § § § | |
| **Plaintiff** | § § § | **Civil Action No. 2:13-CV-1112  JRG** |
| **v.** | § § | |
| **Amazon.com, Inc.; Apple Inc.;** | § | |
| **BlackBerry Limited (fka Research In** | § | |
| **Motion Limited) and BlackBerry** | § | **JURY TRIAL DEMANDED** |
| **Corporation (fka Research In Motion** | § | |
| **Corporation); HTC Corporation and** | § | |
| **HTC America, Inc.; Huawei Technologies** | § | |
| **Co., Ltd, and Huawei Device USA, Inc.;** | § | |
| **Motorola Mobility LLC; Samsung** | § | |
| **Electronics Co., Ltd., Samsung** | § | |
| **Electronics America, Inc., and Samsung** | § | |
| **Telecommunications America, LLC,** | § | |
| | § § | |
| **Defendants** | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Eliot D. Williams, hereby enters an appearance for

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

Telecommunications America, LLC. in the above-entitled case and requests that all future

pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF

system per Local Rule CV-5(a)(3).

Dated: February 5, 2015            Respectfully submitted,

/s/  Eliot D. Williams

Eliot D. Williams
California Bar No. 290780
eliot.williams@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200

Palo Alto, CA  94304
Tel.:  (650) 739-7500
Fax:  (650) 739-7699

ATTORNEYS FOR SAMSUNG ELECTRONICS
CO, LTD., SAMSUNG ELECTRONICS
AMERICA, INC., and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of February, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/  Eliot D. Williams
Eliot D. Williams