# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ContentGuard Holdings, Inc.,** | § § § | |
| **Plaintiff** | § § | Civil Action No. 2:13-CV-1112  JRG |
| v. | § § | |
| Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd, and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| **Defendants** | § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Michelle J. Eber, hereby enters an appearance for Huawei Technologies Co., Ltd, and Huawei Device USA, Inc.. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on her through the Court's CM/ECF system per Local Rule CV-5(a)(3).


Dated: March 3, 2015                Respectfully submitted,

                                    /s/ *Michelle J. Eber*

                                    Scott F. Partridge
                                    Lead Attorney
                                    Texas Bar No. 00786940
                                    scott.partridge@bakerbotts.com
                                    Lisa Kelly
                                    Texas Bar No. 24041659
                                    Lisa.kelly@bakerbotts.com

        Bradley Bowling
        Texas Bar No. 24040555
        bradley.bowling@bakerbotts.com
        Joshua Davis
        Texas Bar No. 24059656
        Joshua.davis@bakerbotts.com
        W. Scott Pickett
        Texas Bar No. 24070417
        Scott.pickett@bakerbotts.com
        Michelle J. Eber
        Texas Bar No. 24078727
        Michelle.eber@bakerbotts.com

        BAKER BOTTS L.L.P.
        One Shell Plaza
        910 Louisiana Street
        Houston, Texas 77002
        Tel.: (713) 229-1569
        Fax: (713) 229-7769

        ATTORNEYS FOR HUAWEI TECHNOLOGIES
        CO., LTD., and HUAWEI DEVICE USA, INC.

## **CERTIFICATE OF SERVICE**

        I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of March, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ *Michelle J. Eber*
        Michelle J. Eber