# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| AMAZON.COM, INC., et al., | § § § | |
| *Defendants*. | § § § | |
| | § § | |
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

The Court also hereby sets the following pending motions for a hearing at 9:00 a.m. CDT on Tuesday, April 28, 2015:

- Motion to Amend Invalidity Contentions to Include the Intertrust VDE System as § 102 (g) Prior Art (Case No. 2:13-cv-1112; Dkt. No. 470);

- Apple's Renewal of its Motion to Strike Plaintiff's Infringement Contentions (Case No. 2:13-cv-1112; Dkt. No. 499);

- Defendant Motorola Mobility LLC's Motion to Compel (Case No. 2:13-cv-1112; Dkt. No. 502);

- 2 -

- Plaintiff ContentGuard Holdings, Inc.'s Motion to Compel Defendants Samsung Electronics Co., LTD, Samsung Telecommunications America, LLC, and Samsung Electronics America, Inc. to Provide Relevant Discovery (Case No. 2:13-cv-1112; Dkt. No. 503); and

- Defendant Google Inc.'s Motion to Compel (Case No. 2:14-cv-61; Dkt. No. 175);

- Motion to Compel Defendant Google Inc. to Provide Relevant Discovery (Dkt. No. 177.)

To the extent it has not already been filed, responsive briefing to the above motions shall be due by or before 4:00 p.m. CDT on Sunday, April 26, 2015.

**So ORDERED and SIGNED this 21st day of April, 2015.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE