IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc. et al., <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-1112-JRG <br> Jury Trial Demanded |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS DECLARING ALL ASSERTED PATENT CLAIMS INVALID PURSUANT TO 35 U.S.C. § 101**

Defendants hereby file this notice to inform the Court of a recent decision relevant to Defendants' Renewed Motion for Judgment on the Pleadings Declaring All Asserted Patent Claims Invalid Pursuant to 35 U.S.C. § 101 (Dkt. 539): *Kroy IP Holdings, LLC v. Safeway, Inc.*, Case No. 2:12-cv-800-WCB (May 29, 2015 E.D. Texas) (Bryson, J., sitting by designation) (rejecting argument that patents were valid because they relied on "specialized" computer hardware, where systems were "'specialized' only because they are dedicated to [a] specialized purpose . . .") (attached as exhibit A).  This decision invalidates patent claims analogous to the asserted claims of the patents-in-suit as drawn to unpatentable subject matter under 35 U.S.C. § 101.

Respectfully submitted,

Dated:  June 3, 2015                      By:        */s/ Robert Unikel*

Robert W. Unikel (admitted *pro hac vice*)
KAYE SCHOLER LLP
70 W. Madison St., Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: robert.unikel@kayescholer.com

J. Mark Mann
State Bar No. 12926150
Gregory Bake Thompson
State Bar No. 24242033
MANN TINDEL & THOMPSON
300 W. Main
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003
Email: mark@themannfirm.com
blake@themannfirm.com

Michael J. Malecek
Timothy K. Chao (admitted *pro hac vice*)
KAYE SCHOLER LLP
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700
Email: michael.malecek@kayescholer.com
timothy.chao@kayescholer.com

Counsel for Defendant MOTOROLA MOBILITY LLC

|  |  |
|---|---|
| | */s/ Jennifer Haltom Doan* |
| Glen E. Summers (admitted pro hac vice)<br>glen.summers@bartlit-beck.com<br>Alison G. Wheeler (admitted pro hac vice)<br>alison.wheeler@bartlit-beck.com<br>Katherine Hacker (admitted pro hac vice)<br>kat.hacker@bartlit-beck.com<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140: | Jennifer Haltom Doan<br>Texas State Bar No. 08809050<br>jdoan@haltomdoan.com<br>Joshua Reed Thane<br>Texas Bar No. 24060713<br>jthane@haltomdoan.com<br>HALTOM & DOAN<br>6500 Summerhill Road<br>Crown Executive Center, Suite 100<br>Texarkana, TX 75505<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800 |
| Counsel for Defendant AMAZON.COM, INC. | Counsel for Defendant AMAZON.COM, INC. |
| Michael Valaik (admitted pro hac vie)<br>michael.valaik@bartlit-beck.com<br>Abby Mollen (admitted pro hac vice)<br>abby.mollen@bartlit-beck.com<br>Joshua Ackerman (admitted pro hac vice)<br>joshua.ackerman@bartlit-beck.com<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, #300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile: (312) 494-4440 | |
| Counsel for Defendant AMAZON.COM, INC. | |
| | */s/ Melissa Richards Smith* |
| Bryan K. Anderson<br>Bkanderson@sidley.com<br>Nathan Greenblatt<br>Ngreenblatt@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7007<br>Facsimile: (650) 565-7100 | Melissa Richards Smith<br>Texas State Bar No. 24001351<br>Melissa@gillamsmithlaw.com<br>GILLAM & SMITH LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257 |
| Counsel for Defendant APPLE INC. | Counsel for Defendant APPLE INC. |

David T. Pritikin
Dpritikin@sidley.com
Richard A. Cederoth
Rcederoth@sidley.com
Nathaniel C. Love
Nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Defendant APPLE INC.


*/s/ Scott Partridge*
Scott Partridge
Texas Bar No. 00786940
Scott.partridge@bakerbotts.com
Lisa Kelly
Texas State Bar No. 24041659
Lisa.kelly@bakerbotts.com
Bradley Bowling
Texas State Bar No. 24040555
Brad.bowling@bakerbotts.com
Baker Botts LLP
One Shell Plaza
901 Louisiana
Houston, TX 77002
Telephone: 713-229-1569
Facsimile: 713-229-7769

Counsel for Defendant HUAWEI
TECHNOLOGIES CO., LTD. and HUAWEI
DEVICE USA, INC.


Peter J. Wied
Pwied@goodwinprocter.com
Vincent K. Yip
Vyip@goodwinprocter.com
Jay Chiu
Jchiu@goodwinprocter.com
Goodwin Procter LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: 213-426-2500

*/s/ Eric H. Findlay*
Eric H. Findlay
Efindlay@findlaycraft.com
Brian Craft
Bcraft@findlaycraft.com
Findlay Craft, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: 903-534-1100
Facsimile: 903-534-1137

Facsimile: 213-623-1673

Counsel for Defendants HTC CORP. and HTC AMERICA, INC.

Neil Phillip Sirota
Neil.sirota@bakerbotts.com
Robert Lawrence Maier
Robert.maier@bakerbotts.com
Brian Boerman
Brian.boerman@bakerbotts.com
Guy Eddon
Guy.eddon@bakerbotts.com
Baker Botts LLP
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2548
Facsimile: (212) 259-2548

Counsel for Defendants SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Michael E. Jones
Texas State Bar No.10929400
Mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No.24043679
Allengardner@potterminton.com
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

Counsel for Defendants SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

Counsel for Defendants HTC CORP. and HTC AMERICA, INC.

*/s/ Michael Joseph Barta*

Michael Joseph Barta
Michael.barta@bakerbotts.com
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 639-7703
Facsimile: (202) 585-1058

Counsel for Defendants SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and served on all counsel who have consented to electronic service on June 3, 2015.

By /s/ *Robert Unikel*