UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AMAZON.COM, INC.; APPLE INC.; BLACKBERRY LIMITED (FKA RESEARCH IN MOTION LIMITED) AND BLACKBERRY CORPORATION (FKA RESEARCH IN MOTION CORPORATION); HTC CORPORATION AND HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2:13-cv-01112 (JRG)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' JOINT RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS DECLARING ALL ASSERTED PATENT CLAIMS INVALID PURSUANT TO 35 U.S.C. § 101**

Defendants Amazon.com, Inc. ("Amazon"), Apple, Inc., HTC Corporation and HTC America, Inc., Huawei Technologies Co. and Huawei Device, USA, Inc., Motorola Mobility LLC, and Samsung Electronics Co., LTD., Samsung Electronics America, and Samsung Telecommunications America, LLC file this notice to inform the Court of a recent decision supporting Defendants' Joint Renewed Motion for Judgment on the Pleadings Declaring All Asserted Patent Claims Invalid Pursuant to 35 U.S.C. § 101 (Dkt. No. 539).

During the February 5, 2015, hearing on Amazon's Motion to Dismiss Second Amended Complaint, the Court inquired whether a patent's claims must preempt all possible applications of an abstract idea to be invalid under 35 U.S.C. § 101.  In *Ariosa Diagnostics, Inc. v. Sequenom, Inc.*, --- F.3d ----, Nos. 2014-1139, 2014-1144, 2015 WL 3634649, at *7 (Fed. Cir. June 12,

2015) (attached as Exhibit A), the Federal Circuit answered this question in the negative: "While preemption may signal patent ineligible subject matter, the absence of complete preemption does not demonstrate patent eligibility."

**NOTICE OF SUPPLEMENTAL AUTHORITY** – **Page 2**

Respectfully Submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Brent D. McCabe
Texas Bar No. 24088004
HALTOM & DOAN
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75505
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: bmccabe@haltomdoan.com

Glen E. Summers (admitted pro hac vice)
Glen.summers@bartlit-beck.com
John Hughes (admitted pro hac vice)
john.hughes@bartlit-beck.com
Alison G. Wheeler (admitted pro hac vice)
Alison.wheeler@bartlit-beck.com
Katherine Hacker (admitted pro hac vice)
Kat.hacker@bartlit-beck.com
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

Michael Valaik (admitted pro hac vie)
michael.valaik@bartlit-beck.com
Abby Mollen (admitted pro hac vice)
Abby.mollen@bartlit-beck.com
Joshua Ackerman (admitted pro hac vice)
joshua.ackerman@bartlit-beck.com
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, #300
Chicago, IL  60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

**COUNSEL FOR DEFENDANT
AMAZON.COM, INC.**

*/s/ Bryan K. Anderson (w/ permission)*
Bryan K. Anderson
Bkanderson@sidley.com
Nathan Greenblatt
Ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7007
Facsimile: (650) 565-7100

David T. Pritikin
Dpritikin@sidley.com
Richard A. Cederoth
Rcederoth@sidley.com
Nathaniel C. Love
Nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Melissa Richards Smith
Melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**COUNSEL FOR DEFENDANT APPLE INC.**

*/s/ Robert W. Unikel (w/ permission)*
Robert W. Unikel
Robert.unikel@kayescholer.com
KAY SCHOLER LLP
80 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: 312-583-2300
Facsimile: 312-583-2360

Michael J. Malacek
Michael.malacek@kayescholer.com
Timothy K. Chao
Timothy.chao@kayescholer.com
KAY SCHOLER LLP
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650-319-4500
Facsimile: 650-319-4700

Gregory Blake Thompson
Blake@themannfirm.com
James Mark Mann
Mark@themannfirm.com
MANN TINDEL & THOMPSON
300 W. Main Street
Henderson, TX 75652
Telephone: 903-657-8540
Facsimile: 903-657-6003

**COUNSEL FOR DEFENDANT MOTOROLA MOBILITY LLC**


*/s/ Scott Partridge (w/ permission)*
Scott Partridge
Scott.partridge@bakerbotts.com
Lisa Kelly
Lisa.kelly@bakerbotts.com
Bradley Bowling
Brad.bowling@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
901 Louisiana
Houston, TX 77002
Telephone: 713-229-1569
Facsimile: 713-229-7769

**COUNSEL FOR DEFENDANT HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI DEVICE USA, INC.**

| | |
|---|---|
| */s/ Neil Phillip Sirota (w/ permission)*<br>Neil Phillip Sirota<br>Neil.sirota@bakerbotts.com<br>Robert Lawrence Maier<br>Robert.maier@bakerbotts.com<br>Brian Boerman<br>Brian.boerman@bakerbotts.com<br>Guy Eddon<br>Guy.eddon@bakerbotts.com<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza, 44th Floor<br>New York, NY 10112<br>Telephone: (212) 408-2548<br>Facsimile: (212) 259-2548<br><br>Michael Joseph Barta<br>Michael.barta@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Telephone: (202) 639-7703<br>Facsimile: (202) 585-1058<br><br>Michael E. Jones<br>Mikejones@potterminton.com<br>Allen F. Gardner<br>Allengardner@potterminton.com<br>POTTER MINTON, A Professional Corporation<br>110 North College, Suite 500<br>Tyler, TX 75702<br>Telephone: 903-597-8311<br>Facsimile: 903-593-0846<br><br>**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC** | */s/ Brian Craft (w/ permission)*<br>Eric H. Findlay<br>Efindlay@findlaycraft.com<br>Brian Craft<br>Bcraft@findlaycraft.com<br>FINDLAY CRAFT, P.C.<br>102 N. College Avenue, Suite 900<br>Tyler, TX 75702<br>Telephone: 903-534-1100<br>Facsimile: 903-534-1137<br><br>Peter J. Wied<br>Pwied@goodwinprocter.com<br>Vincent K. Yip<br>Vyip@goodwinprocter.com<br>Jay Chiu<br>Jchiu@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Telephone: 213-426-2500<br>Facsimile: 213-623-1673<br><br>**COUNSEL FOR DEFENDANTS HTC CORP. AND HTC AMERICA, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This document was served on all counsel who have consented to electronic service via email on June 17, 2015. *See* Local Rule CV-5(a)(3)(A).

                                                */s/ Jennifer H. Doan*
                                                Jennifer H. Doan