# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| AMAZON.COM, INC., et al., | § § § | |
| Defendants. | § § § | |
| | § | |
| CONTENT GUARD HOLDINGS, INC., | § § | |
| Plaintiff, | § § § | |
| v. | § § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendants' Motion for Leave to Amend Invalidity Contentions (Case No. 2:13-cv-1112, Dkt. No. 559, Case No. 2:14-cv-61, Dkt. No. 200 ("the Motions").) The Court held a hearing on the Motions on June 23, 2015 ("the Hearing"). Having heard argument and reviewed the briefing in light of the applicable law, the Court **GRANTED IN PART** and **DENIED IN PART** the Motions forth the reasons set forth at the Hearing. As set forth at the Hearing, the Court granted leave to amend as to the Kahn references but denied leave to amend as to the Pfleeger textbook.

**So ORDERED and SIGNED this 23rd day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE