**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v, | § § | CASE NO. 2:13-CV-01112-JRG |
| AMAZON.COM, INC. | § § § | |
| *Defendant*. | § § | |
| CONTENTGUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v, | § § | CASE NO. 2:14-CV-00061-JRG |
| GOOGLE, INC. | § § § | |
| *Defendants*. | § | |

## **ORDER**

The Court enters this Order *sua sponte*. The Court has considered the Parties' briefing on Defendants' Joint Renewed Motion for Judgment on the Pleadings Declaring All Asserted Patent Claims Invalid Pursuant to 35 U.S.C. § 101(Dkt. No. 539). In its consideration of the briefing, the Court has found that the Parties have introduced and asked the Court to consider matter outside the pleadings. Accordingly, pursuant to Federal Rules of Civil Procedure 12(d), the Court will treat the Motion as one for summary judgment under Rule 56. Therefore, the Parties may, but are not required to, file briefing to present any and all additional materials that are, under Rule 56, pertinent to the motion according to the following schedule:

- Defendant's brief of not more than ten (10) pages is to be filed no later than July 3, 2015.

- 2 -

- Plaintiff's responsive brief of not more than ten (10) pages is to be filed no later than July 10, 2015.

**So Ordered and Signed on this**

**Jun 26, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE