# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., *et al.* <br><br> Defendants. | Civil Action No. 2:13-cv-1112-JRG |

### APPLE'S NOTICE OF DENIAL OF INSTITUTION OF CERTAIN *INTER PARTES* REVIEW PETITIONS FOR U.S. PATENT NOS. 7,774,280 AND 8,001,053

Pursuant to this Court's Standing Order of May 28, 2015, requiring Notice of Relevant Determinations from Related Proceedings in Cases Assigned to United States District Judge Rodney Gilstrap, Defendant Apple Inc. ("Apple") hereby gives notice of the below-listed decisions by the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office.

On July 1, 2015, the PTAB denied Apple's petition for *Inter Partes* Review of U.S. Patent No. 7,774,280 ("the '280 Patent") (IPR2015-00354, Paper No. 12). A copy of this Decision on Institution is attached as Exhibit A. (IPR2015-00354, Paper No. 12). Apple believes that this decision is materially relevant to the pending motion for reconsideration of the Court's claim construction ruling (Dkt. Nos. 480 & 490). The PTAB rejected ContentGuard's request that it construe the term 'repository' in accordance with this Court's construction, and the PTAB instead adhered to its prior construction of the term. Ex. A at 8-10.

On July 2, 2015, the PTAB denied Apple's petition for *Inter Partes* Review of U.S. Patent No. 8,001,053 ("the '053 Patent") (IPR2015-00358, Paper No. 9). A copy of the Decision on Institution for the '053 Patent is attached as Exhibit B. (IPR2015-00358, Paper No. 9).

Dated: July 6, 2015                                          Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Bryan K. Anderson
bkanderson@sidley.com
Nathan Greenblatt
ngreenblatt@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304
650/565-7007
Fax: 650-565-7100

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
Nathaniel C. Love
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
312/853-7359
Fax: 312/853-7036

*Attorneys for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on this 6th day of July, 2015.

/s/ Melissa R. Smith
Melissa R. Smith