**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| AMAZON.COM, INC., et al., | § § § | |
| *Defendants*. | § § § | |
| | § § | |
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § § | |
| *Defendant*. | § | |

**ORDER**

The Court enters this Order *sua sponte*. The Court hereby sets Defendants' Joint Motion for Judgment on the Pleadings Declaring All Asserted Patent Claims Invalid Pursuant to 35 U.S.C. § 101 (Dkt. No. 539) for a hearing at **1:30 p.m. CDT on July 27, 2015**.

Given the exceptional number of pre-trial motions that have been filed, the Court hereby schedules the following additional full days for hearing pre-trial matters:

- July 31, 2015;
- August 5, 2015; and
- August 7, 2015.

- 2 -

Unless otherwise ordered by the Court, hearings shall begin at 10 a.m. on each of these days and shall continue until counsel are excused by the Court.

**So ORDERED and SIGNED this 9th day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE