# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com, Inc., *et al*, <br><br> Defendants. | Civil Action No. 2:13-cv-01112 (JRG) <br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE

Pursuant to the Court's July 2, 2015 Order (Dkt. 710), Plaintiff ContentGuard Holdings, Inc. and Defendants Huawei Device USA, Inc.; Huawei Technologies Co. Ltd.; Motorola Mobility LLC; HTC Corporation and HTC America, Inc. ("Moving Defendants") jointly file this Notice.  The tables below list the pending motions joined by any of the Moving Defendants and status of each motion as agreed upon by ContentGuard and Moving Defendants.  Further, based on the Court's request at the July 1, 2015 hearing to streamline the pending *Daubert* motions, Defendants have filed consolidated motions that combine, streamline, and replace many of the separate *Daubert* motions filed by various Defendants on June 26, 2015.  Thus, the tables below also list whether any pending motion filed or joined by a Moving Defendant corresponds to a consolidated motion filed on July 8 or 9, 2015.

| Google Dkt. No. | Date | Movant | Pending Motion | Status |
|---|---|---|---|---|
| 232 | 6/26/2015 | Google (joined by Huawei, HTC, Motorola, and Samsung in the *Amazon* case; see D.I. 665, 668, 687, 691) | Defendant Google Inc.'s Motion to Strike Portions of the Expert Reports of Michael T. Goodrich and David Martin that Contradict the Court's Claim Construction Opinion and Order | Not Stayed; consolidated into D.I. 721 |

| Amazon Dkt. No. | Date | Movant | Pending Motion | Status |
|---|---|---|---|---|
| 670 | 6/26/2015 | Huawei | Huawei Defendants' Motion to Exclude Expert Opinions of Dr. David Teece for Failing to Calculate Damages Using a Smallest Salable Unit | Stayed; consolidated into D.I. 723 (Section I.F) |
| 676 | 6/26/2015 | HTC | Defendant HTC Corporation and HTC America, Inc.'s Motion for Judgment on the Pleadings for ContentGuard's Failure to State a Claim Upon Which Relief Can Be Granted Against HTC With Regard to the '859 Patent | Stayed |
| 677 | 6/26/2015 | Huawei Samsung HTC | Defendants' Motion to Exclude Testimony of Plaintiff's Infringement Expert Michael T. Goodrich Regarding Indirect Infringement | Not Stayed; consolidated into D.I. 721 (Section V) |
| 682 | 6/26/2015 | Amazon HTC (joinder filed at D.I. 693) | Amazon's Motion to Exclude The Testimony of Dr. Teece, Dr. Danaher, and Dr. Prince | Not Stayed; consolidated into D.I. 723 |
| 686 | 6/26/2015 | ContentGuard | Plaintiff ContentGuard Holdings, Inc.'s *Daubert* Motion to Exclude Portions of the Report and Testimony of Dr. John Phillip Mellor | Stayed |

| 689 | 6/26/2015 | Amazon Apple HTC Huawei Motorola Samsung | Defendants' Motion for Summary Judgment Limiting ContentGuard's Pre-Suit Damages for Failure to Comply with the Constructive Notice Requirement of 35 U.S.C. § 287 | Not Stayed |
|---|---|---|---|---|
| 695 | 6/26/2015 | Google Samsung Motorola HTC Huawei | Google and Android Device Defendants' Motion to Exclude Jeffrey Prince Expert Opinion Testimony Pursuant to Federal Rule of Evidence 702 | Not Stayed; consolidated into D.I. 723 |
| 700 | 6/26/2015 | Google Samsung Motorola HTC Huawei | Google and Android Device Defendants' Motion to Exclude Brett Danaher's Expert Opinion Testimony Pursuant to Federal Rule of Evidence 702 | Not Stayed; consolidated into D.I. 723 |
| 701 | 6/29/2015 | Google Samsung Motorola HTC Huawei | Google and Android Device Defendants' Motion to Exclude David Teece Expert Opinion Testimony Pursuant to Federal Rule of Evidence 702 | Not Stayed; consolidated into D.I. 723 |
| 719 | 7/3/2015 | Google Motorola Amazon Apple Huawei HTC Samsung | Defendants' Supplemental Brief in Support of Defendants' Joint Renewed Motion for Judgment of the Pleadings Declaring All Asserted Patent Claims Invalid Pursuant to 35 U.S.C. § 101 | Not Stayed |
| 721 | 7/8/2015 | Google Motorola Apple Huawei HTC Samsung | Defendants' Combined Motion to Strike Portions of the Expert Reports and Testimony of Michael T. Goodrich and David Martin | Not Stayed |
| 723 | 7/9/2015 | Google Motorola Apple Amazon Huawei HTC Samsung | Defendants' Joint Motion to Exclude the Testimony of Dr. Teece, Dr. Danaher & Dr. Prince | Not Stayed (except Section I.F) |

| | |
|---|---|
| Dated: July 9, 2015 | Respectfully submitted, |
| | |
| | _/s/ Sam Baxter_ (with permission) |
| | Samuel F. Baxter |
| | Texas State Bar No. 01938000 |
| | sbaxter@mckoolsmith.com |
| | MCKOOL SMITH P.C. |
| | 104 East Houston, Suite 300 |
| | Marshall, Texas 75670 |
| | Telephone: (903) 923-9000 |
| | Facsimile: (903) 923-9099 |
| Robert A. Cote | Holly E. Engelmann |
| rcote@mckoolsmith.com | hengelmann@mckoolsmith.com |
| Radu A. Lelutiu | Seth R. Hasenour |
| rlelutiu@mckoolsmith.com | shasenour@mckoolsmith.com |
| David R. Dehoney | MCKOOL SMITH P.C. |
| ddehoney@mckoolsmith.com | 300 Crescent Court, Suite 1500 |
| Dana Vallera | Dallas, Texas 75201 |
| dvallera@mckoolsmith.om | Telephone: (214) 978-4000 |
| MCKOOL SMITH P.C. | Facsimile: (214) 978-4004 |
| One Bryant Park, 47th Floor | |
| New York, New York 10036 | |
| Telephone: (212) 402-9400 | |
| Facsimile: (212) 402-9444 | |
| | |
| | **ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.** |

Dated: July 9, 2015                                  Respectfully submitted,


                                      */s/ Eric H. Findlay*_____

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft, P.C.
102 North College Ave., Suite 900
Tyler, TX 75702
(903) 534-1100
Fax:  (903) 534-1137

ATTORNEY FOR HTC CORPORATION AND HTC AMERICA, INC.


*/s/ Scott F. Partridge* (with permission)

Scott F. Partridge
State Bar No. 00786940
scott.partridge@bakerbotts.com
Baker Botts LLP
910 Louisiana, Suite 3000 One Shell Plaza
Houston, TX 77002-4995
(713) 229-1569
Fax:  (713) 229-7769

ATTORNEY FOR HUAWEI DEVICE USA, INC. AND HUAWEI TECHNOLOGIES CO., LTD.

*/s/ J. Mark Mann* (with permission)

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
MANN, TINDEL, THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
Fax:  (903) 657-6003

ATTORNEY FOR GOOGLE INC. AND MOTOROLA MOBILITY LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on July 9, 2015.  Local Rule CV-5(a)(3)(A).

          */s/ Terry D. Garnett*
          Terry D. Garnett