**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., | No. 2:13-cv-01112-JRG |
| *Plaintiff*, | |
| vs. | |
| Amazon.com, Inc.; Apple Inc.; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, | |
| *Defendants*. | |

**APPLE'S NOTICE OF JOINDER TO
AMAZON'S OPPOSITION TO CONTENTGUARD'S
EMERGENCY MOTION FOR PROTECTIVE ORDER [DKT. 488]**

Defendant Apple Inc. hereby provides notice that it joins docket number 488, "Amazon's Opposition to ContentGuard's Emergency Motion for Protective Order."

|  |  |
|---|---|
| Dated: July 21, 2015 | */s/ Melissa R. Smith*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, L.L.P.<br>303 S. Washington Ave.<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>Bryan K. Anderson<br>bkanderson@sidley.com<br>Nathan Greenblatt<br>ngreenblatt@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Bldg. 1<br>Palo Alto, CA 94304<br>650/565-7007<br>Fax: 650-565-7100<br><br>David T. Pritikin<br>dpritikin@sidley.com<br>Richard A. Cederoth<br>rcederoth@sidley.com<br>Ryan N. Phelan<br>rphelan@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>312/853-7359<br>Fax: 312/853-7036<br><br>***Attorneys for Defendant Apple Inc.*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on July 21, 2015.  *See* Local Rule CV-5(a)(3)(A).

*/s/ Melissa Smith*