IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC. | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:13-cv-01112-JRG |
| | § | |
| AMAZON.COM INC., et al | § | |
|     *Defendants*. | § | |

**AMENDED REPORT OF MEDIATION**

The above-captioned case was mediated by David Folsom on Tuesday, June 30, 2015, between Plaintiff, ContentGuard Holdings, Inc., and Defendant, Amazon.com, Inc., which resulted in a suspension. After continued discussions between the parties, a settlement has been reached.

Signed this 24th day of July 2015.

                                                      */s/ David Folsom* _____
                                                    David Folsom
                                                    TXBN: 07210800
                                                    JACKSON WALKER, LLP
                                                    6002-B Summerfield Drive
                                                    Texarkana, Texas  75503
                                                    Telephone: (903) 255-3250
                                                    Facsimile:  (903) 255-3265
                                                    E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 24th day of July 2015.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                    */s/ David Folsom* _____
                                                    David Folsom