# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| AMAZON.COM, INC., et al., | § § § | |
| *Defendants*. | § § § | |
| | § § | |
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

The Court enters this Order *sua sponte*. In the Court's Memorandum Opinion and Order addressing severance (Dkt. No. 456), the Court ordered the parties to meet and confer and submit a Joint Proposal for Separate Trials, which was subsequently submitted (Dkt. No. 620.) The Court ordered the parties to meet and confer after expert discovery had been completed and to either submit a revised joint proposal or to inform the court that no further revisions were required. (Dkt. No. 631.) In compliance with this directive, he parties filed a notice informing the Court of one change and stating that no other revisions were required. (Dkt. No. 653.) The Court held a hearing on the issue of separate trials on July 1, 2015. (Dkt. Nos. 709 and 711.) After the Court's hearing, the parties submitted a Corrected Joint Proposal for Separate Trials (Dkt. No. 712.) All of these matters are now before the Court.

The Parties' Corrected Joint Proposal for Separate Trials, in part, sets forth a trial schedule in which Google and Samsung would be jointly tried first and Apple would be tried second. The Court hereby adopts this proposed trial order. Google and Samsung will be jointly put to trial in a first trial, starting on Monday, September 14, 2015, and thereafter Apple will be tried second, at a date to be set. Should the Google and Samsung defendants settle, be dismissed, or such trial stayed or continued prior to jury selection on September 14, 2015, the Court will proceed to trial with Apple on September 14, 2015. Otherwise, the Apple trial will be placed into the Court's trial que and be set for trial at a date subsequent to the Google and Samsung trial.

**So ORDERED and SIGNED this 28th day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE