**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Google, Inc.<br><br>     Defendant. | Civil Action No. 2:14-cv-00061-JRG<br><br>JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Amazon.com, Inc., *et al.*<br><br>     Defendants. | Civil Action No. 2:13-cv-01112-JRG<br><br>JURY TRIAL DEMANDED |

**APPLE'S NOTICE OF FILING DEMONSTRATIVES
(08/05/2015 HEARING)**

Attached as Exhibit A are Apple's demonstratives presented during the hearing held on August 5, 2015.

Dated:  August 6, 2015                    Respectfully submitted,

                              */s/ Melissa R. Smith*
                              Melissa R. Smith
                              State Bar No. 24001351
                              GILLAM & SMITH, L.L.P.
                              303 S. Washington Ave.
                              Marshall, Texas 75670
                              Telephone: (903) 934-8450
                              Facsimile: (903) 934-9257
                              melissa@gillamsmithlaw.com

        Bryan K. Anderson
        bkanderson@sidley.com
        Nathan Greenblatt
        ngreenblatt@sidley.com
        SIDLEY AUSTIN LLP
        1001 Page Mill Road, Bldg. 1
        Palo Alto, CA 94304
        650/565-7007
        Fax: 650-565-7100

        David T. Pritikin
        dpritikin@sidley.com
        Richard A. Cederoth
        rcederoth@sidley.com
        Nathaniel C. Love
        nlove@sidley.com
        SIDLEY AUSTIN LLP
        One South Dearborn St.
        Chicago, IL 60603
        312/853-7359
        Fax: 312/853-7036

        *Attorneys for Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 6, 2015.

        */s/ Melissa R. Smith*
        Melissa R. Smith