**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CONTENTGUARD HOLDINGS, INC.,**<br><br>  Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.,** *et al*.<br><br>  Defendants. | **CASE NO. 2:13-cv-01112** |

**JOINT MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff ContentGuard Holdings, Inc. ("ContentGuard") and Amazon.com, Inc. ("Amazon") move for an order dismissing ContentGuard's claims against Amazon in this action WITH PREJUDICE and Amazon's counterclaims against ContentGuard in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Sam Baxter (with permission)* | */s/ Jennifer H. Doan* |
| Samuel F. Baxter | Jennifer H. Doan |
| Texas State Bar No. 01938000 | State Bar No. 08809050 |
| sbaxter@mckoolsmith.com | jdoan@haltomdoan.com |
| MCKOOL SMITH, P.C. | Joshua R. Thane |
| 104 East Houston, Suite 300 | State Bar No. 24060713 |
| Marshall, Texas 75670 | jthane@haltomdoan.com |
| Telephone: (903) 923-9000 | HALTOM & DOAN |
| Facsimile: (903) 923-9099 | 6500 Summerhill Road |
| | Crown Executive Center, Suite 100 |
| Robert A. Cote | Texarkana, TX 75505 |
| rcote@mckoolsmith.com | Telephone: (903) 255-1000 |
| Radu A. Lelutiu | Facsimile: (903) 255-0800 |
| rlelutiu@mckoolsmith.com | |
| David R. Dehoney | Glen E. Summers (admitted pro hac vice) |
| ddehoney@mckoolsmith.com | glen.sumers@bartlit-beck.com |
| MCKOOL SMITH P.C. | John Hughes (admitted pro hac vice) |
| One Bryant Park, 47th Floor | john.hughes@bartlit-beck.com |
| New York, New York 10036 | Katherine Hacker (admitted pro hac vice) |
| Telephone: (212) 402-9400 | kat.hacker@bartlit-beck.com |
| Facsimile: (212) 402-9444 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| Holly E. Engelmann | 1899 Wynkoop Street, 8th Floor |
| hengelmann@mckoolsmith.com | Denver, CO 80202 |
| Seth R. Hasenour | Telephone: (303) 592-3100 |
| shasenour@mckoolsmith.com | Facsimile: (303) 592-3140 |
| MCKOOL SMITH P.C. | |
| 300 Crescent Court, Suite 1500 | **ATTORNEYS FOR DEFENDANT** |
| Dallas, Texas 75201 | **AMAZON.COM, INC.** |
| Telephone: (214) 978-4000 | |
| Facsimile: (214) 978-4044 | |

**ATTORNEYS FOR PLAINTIFF
CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on September 2, 2015. Local Rule CV-5(a)(3)(A).

*/s/ Jennifer H. Doan*
Jennifer H. Doan