# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., § § § | |
| Plaintiff § | Civil Action No. 2:13-CV-1112 JRG |
| § | |
| v. § | |
| Amazon.com, Inc.et al., § § | |
| § | |
| Defendants § | JURY TRIAL DEMANDED |
| § | |

## JOINT MOTION TO DISMISS CERTAIN CLAIMS BY PLAINTIFF CONTENTGUARD HOLDINGS, INC. AND COUNTERCLAIMS BY DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, AND SAMSUNG ELECTRONICS AMERICA, INC.

Plaintiff ContentGuard Holdings, Inc. ("ContentGuard") and Defendants Samsung Electronics, Co., Ltd., Samsung Telecommunications America, LLC, and Samsung Electronics America, Inc. ("Samsung") respectfully file this joint motion.

ContentGuard's Second Amended Complaint accused Samsung of infringing (directly and/or indirectly) U.S. Patent No. 8,585,556 (hereinafter the "'556 Patent"). In its Answer and Counterclaims, Samsung denied infringement and sought declarations of noninfringement, invalidity, and unenforceability with respect to the '556 Patent.

Following the Court's issuance of a claim construction memorandum opinion and order that construed certain terms of the '556 Patent and rejected ContentGuard's request for judicial correction of certain language that appears in dependent claims 8 and 19, ContentGuard reassessed its claims with respect to the Dunkeld Patent and concluded that they present significant challenges. For that reason, ContentGuard approached Samsung to propose a

stipulation of noninfringement with respect to the '556 Patent. The parties then discussed and agreed to a joint motion requesting the Court's approval to dismiss the '556 Patent from the case.

In light of the foregoing, the parties respectfully request that the Court dismiss (1) ContentGuard's claims for infringement of the '556 Patent; and (2) Samsung's defenses and counterclaims with respect to this patent. Pursuant to the parties' agreement, the parties request that the dismissal be with prejudice with respect to ContentGuard's claims, but without prejudice with respect to Samsung's defenses and counterclaims.

Dated: September 4, 2015                     Respectfully submitted,

*/s/ Sam Baxter (w/permission by*            */s/ Neil P. Sirota (w/permission by*
 *Allen F. Gardner)*                          *Allen F. Gardner)*
Samuel F. Baxter                             Michael E. Jones
Texas State Bar No. 01938000                 State Bar No. 10929400
sbaxter@mckoolsmith.com                      mikejones@potterminton.com
MCKOOL SMITH P.C                             Allen F. Gardner
104 East Houston, Suite 300                  State Bar No. 24043679
Marshall, Texas 75670                        allengardner@potterminton.com
Telephone: (903) 923-9000                    POTTER MINTON
Facsimile: (903) 923-9099                    A Professional Corporation
                                             110 N. College, Suite 500
*Attorneys for Plaintiff*                    Tyler, Texas 75702
*ContentGuard Holdings, Inc*                 Telephone: (903) 597-8311
                                             Facsimile: (903) 593-0846

                                             Michael J. Barta
                                             District of Columbia Bar No. 431663
                                             michael.barta@bakerbotts.com
                                             BAKER BOTTS L.L.P.
                                             The Warner
                                             1299 Pennsylvania Ave., NW
                                             Washington, D.C. 20004-2400
                                             Telephone: (202) 639-7700
                                             Facsimile: (202) 639-7890

                                             Neil P. Sirota
                                             New York Bar No. 2562155
                                             neil.sirota@bakerbotts.com

Robert L. Maier
New York Bar No. 4123246
robert.maier@bakerbotts.com
Brian Boerman
New York Bar No. 4741211
brian.boerman@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 4, 2015.

*/s/ Allen F. Gardner*
Allen F. Gardner