**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ContentGuard Holdings, Inc., | ) | |
|       Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:13-cv-01112-JRG |
| Amazon.com, Inc. et al., | ) | |
|       Defendants. | ) | |
| ContentGuard Holdings, Inc., | ) | |
|       Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:14-cv-00061-JRG |
| Google, Inc., | ) | |
|       Defendant. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO EXCLUDE TESTIMONY OF DR. TEECE**

Before the Court is Defendants' motion for leave (Dkt. No. 905) to file their Motion to Exclude Testimony of Dr. Teece. Upon due consideration, the Court finds that the motion should be and is hereby Granted.

**So ORDERED and SIGNED this 8th day of September, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE