IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ContentGuard Holdings, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13-cv-01112-JRG |
| | ) | |
| Amazon.com, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ContentGuard Holdings, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14-cv-00061-JRG |
| | ) | |
| Google, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANTS' MOTIONS TO EXPEDITE BRIEFING**

Before the Court are Defendants' Motions for expedited briefing schedules (Dkt. No. 907 and 909) on Defendants' joint motion to exclude testimony of Dr. Teece (Dkt. No. 906) and Apple's Motion for Leave to Supplement Expert Report (Dkt. No. 908).  After due consideration, the Court finds that the motions should be granted and **ORDERS** the following briefing schedule for both motions:

- ContentGuard's Response due Wednesday, September 9, 2015 by 3:00 P.M. CDT
  Such Response will complete the briefing on these motions.

**So ORDERED and SIGNED this 8th day of September, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE