# Exhibit A

# CONTENTGUARD / SAMSUNG BILL OF COSTS – COURT REPORTER

| Date | Amount | Description |
|---|---|---|
| 9/9/2015 | $13,000.00 | Samsung's portion of bill for 7-day daily copy trial transcript |
| 9/3/2015 | $352.12 | Pretrial hearing 9/1/2015 transcript |
| 8/14/2015 | $1,222.01 | Pretrial hearings 8/5/2015, 8/7/2015 transcripts |
| 8/4/2015 | $724.00 | Pretrial hearings 7/27/15 transcripts |
| 3/2/2015 | $176.40 | Claim construction hearing 2/6/2015 transcript |
| 11/24/2014 | $145.80 | Hearing 11/18-19/2014 transcripts |
| **TOTAL:** | **$15,620.33** | |

# INVOICE

| DATE |
|------|
| 9/9/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---------|
| Mr. Michael E Jones |
| Potter Minton, a Professional Corporation |
| 110 N College Avenue |
| Suite 500 |
| Tyler, TX 75702 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 2:13-CV-1112-JRG: ContentGuard vs. Samsung; and 2:14-CV-61-JRG: ContentGuard vs. Google, before United States District Judge Rodney Gilstrap | |
| Defendant Samsung's Portion of Bill for 7-Day Daily Copy Trial (estimate) | $13,000.00 |
| **TOTAL REIMBURSEMENT** | $13,000.00 |

# INVOICE

| DATE |
|------|
| 9/3/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

6808-54

**BILL TO**

Mr. John Bufe
Potter Minton
110 N College Avenue
Suite 500
Tyler, TX 75702

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard Holdings vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap  Pretrial Hearing 9/1/15 (135 pages) | $352.12 |

**(DUE UPON RECEIPT)**

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | $352.12 |
|---|---|---|

# INVOICE

| DATE |
|---|
| 8/14/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---|
| Mr. Michael E Jones<br>Potter Minton<br>110 N College Avenue<br>Suite 500<br>Tyler, TX 75702 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard Holdings vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap | |
| Pretrial Hearing 8/5/15<br>(205 pages) | $617.56 |
| Pretrial Hearing 8/7/15<br>(189 pages) | $470.13 |
| Pretrial Hearing (Sealed Portion) 8/7/15<br>(189 pages) | $134.32 |

### (DUE UPON RECEIPT)

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | $1,222.01 |
|---|---|---|

INVOICE

| DATE |
|------|
| 8/4/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---------|
| Mr. Michael E Jones<br>Potter Minton<br>110 N College Avenue<br>Suite 500<br>Tyler, TX 75702 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:12-CV-1112-JRG: ContentGuard vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap<br><br>Pretrial Hearing 7/27/15<br>(121 pages)<br><br>Pretrial Hearing 7/27/15<br>(114 pages)<br><br>Pretrial Hearing 7/27/15<br>(85 pages)<br><br>(320 total pages)<br><br>**(DUE UPON RECEIPT)**<br><br>I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.<br><br>Shelly Holmes, CSR-TCRR<br>Official Reporter | $724.00 |
| TOTAL | $724.00 |

# INVOICE

| DATE |
|---|
| 3/2/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---|
| Mr. Allen Gardner<br>Potter Minton<br>110 N College Avenue<br>Suite 500<br>Tyler, TX 75702 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap<br><br>Claim Construction Hearing 2/6/15<br>(147 pages)<br><br><br>(DUE UPON RECEIPT) | $176.40 |
| TOTAL | $176.40 |

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

# INVOICE

| DATE |
|---|
| 11/24/2014 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

| BILL TO |
|---|
| Mr. Steve Liquori<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG:  ContentGuard Holdings, Inc., vs. Amazon.com, et al., before States District Judge Rodney Gilstrap<br><br>2:14-CV-61-JRG:  ContentGuard Holdings, Inc., vs. Google, before States District Judge Rodney Gilstrap | |
| Motion Hearing 11/18/14 (Morning Transcript)<br>(135 pages) | $121.50 |
| Motion Hearing 11/18/14 (Afternoon Transcript)<br>(13 pages) | $11.70 |
| Motion Hearing 11/19/14<br>(14 pages) | $12.60 |
| **TOTAL** | **$145.80** |