# Exhibit E

# CONTENTGUARD / SAMSUNG BILL OF COSTS - REPRODUCTION EXPENSES

| Date | Amount | Description |
|------|--------|-------------|
| 12/31/2014 | $366.78 | Outside Photocopy Services - CAPSICUM GROUP - Fee regarding printing of production documents |
| 3/31/2015 | $1,222.88 | Outside Photocopy Services - CAPSICUM GROUP - Fee regarding printing of documents for deposition preparation |
| 3/31/2015 | $820.61 | Outside Photocopy Services - TRANSPERFECT LEGAL SOLUTIONS - Fee regarding printing of in-camera review documents |
| 5/12/2015 | $3061.39 | Outside Photocopy Services - CAPSICUM GROUP - Fee regarding printing of trial exhibits |
| 5/27/2015 | $2155.61 | Outside Photocopy Services - CAPSICUM GROUP - Fee regarding printing of expert reports and deposition transcripts |
| 6/23/2015 | $2188.39 | Outside Photocopy Services - LIGHTSPEED LLC - Fee regarding printing of expert reports and deposition transcripts |
| 6/30/2015 | $3579.92 | Outside Photocopy Services - TRANSPERFECT LEGAL SOLUTIONS - Fee regarding printing of trial exhibits |
| 6/30/2015 | $3664.30 | Outside Photocopy Services - TRANSPERFECT LEGAL SOLUTIONS - Fee regarding printing of trial exhibits |
| 7/7/2015 | $3553.65 | Outside Photocopy Services - LIGHTSPEED LLC - Fee regarding printing of trial exhibits |
| 7/24/2015 | $285.02 | Outside Photocopy Services - LIGHTSPEED LLC - Fee regarding printing of deposition transcripts and expert reports |
| 7/27/2015 | $2460.57 | Outside Photocopy Services - KTS LITIGATION SUPPORT SERVICES - Fee regarding printing of expert reports and deposition transcripts |
| 7/28/2015 | $908.52 | Outside Photocopy Services - KTS LITIGATION SUPPORT SERVICES - Fee regarding printing of deposition minuscripts |
| 7/30/2015 | $11,633.56 | Outside Photocopy Services - LIGHTSPEED LLC - Fee regarding printing of trial exhibits |
| 8/5/2015 | $59.15 | Outside Photocopy Services - KTS LITIGATION SUPPORT SERVICES - Fee regarding printing of discovery responses |
| 8/14/2015 | $1148.48 | Outside Photocopy Services - LIGHTSPEED LLC - Fee regarding printing of trial exhibits |

| Date | Amount | Description |
|---|---|---|
| 8/31/2015 | $559.47 | Outside Photocopy Services - TRANSPERFECT LEGAL SOLUTIONS - Fee regarding printing of trial documents |
| 8/31/2015 | $788.03 | Outside Photocopy Services - TRANSPERFECT LEGAL SOLUTIONS - Fee regarding printing of trial documents |
| 9/11/2015 | $40,824.15 | Outside Photocopy Services - KTS LITIGATION SUPPORT SERVICES - Fee regarding printing of trial documents for use in trial |
| 9/23/2015 | $3874.85 | Outside Photocopy Services - KTS LITIGATION SUPPORT SERVICES - Fee regarding printing of trial documents for use in trial |
| SUBTOTAL: | $83,155.33 | |
| **TOTAL:** | **$47,048.63** | 50% adjustment for certain non-specific costs |



**CAPSICUM GROUP™**

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2014 | 15606 |

Bill To

**Baker Botts**
**Steven Liquori**
**30 Rockefeller Plaza**
**New York, NY 10012**

| P.O. No. | Terms |
|----------|-------|
| 2014-000341 | Upon Receipt |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|------|-----------------|-------------|-----------|------|--------|
| Paper Discovery | 12/15/2015 | ***Client Matter 072395.0221*** | 4,211 | 0.08 | 336.88 |
| Project Management - ... | 12/16/2014 | B/W Printing with Assembly | 4 | 150.00 | 600.00 |
| | | Set up and file reduction to 5 pages. FK | | | |
| | | Sales Tax | | 8.875% | 83.15 |

EIN 56-2359924

**Total** $1,020.03

Please make checks payable to:
Capsicum Group, LLC
2929 Arch Street
Suite 1525
Philadelphia, PA 19104
215-222-3101

An 18% per annum late fees will be added to any
and every month's bill that is not received within 30
days of the invoice date.

 **CAPSICUM GROUP**™

**Digital Forensics & Investigations**
**Paper & Electronic Discovery**
**Data & Tape Recovery**
**Technology Security & Compliance**

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2015 | 15817 |

Bill To

**Baker Botts**
**Steven Liquori**
**30 Rockefeller Plaza**
New York, NY 10012

| P.O. No. | Terms |
|----------|-------|
| 2014-000341 | Upon Receipt |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|------|-----------------|-------------|-----------|------|--------|
| Paper Discovery | 3/26/2015 | ***Client Matter 072395.0221*** | | | |
| | | B/W Printing | 14,040 | 0.08 | 1,123.20 |
| | | Sales Tax | | 8.875% | 99.68 |

EIN 56-2359924

| | Total | $1,222.88 |
|--|-------|-----------|

Please make checks payable to:
Capsicum Group, LLC
2929 Arch Street
Suite 1525
Philadelphia, PA 19104
215-222-3101

An 18% per annum late fees will be added to any
and every month's bill that is not received within 30
days of the invoice date.



**Bill To:**

Baker Botts LLP
Attn: John P. Mitchell
30 Rockefeller Plaza
New York, NY 10112
USA

**Requested By:**

John P. Mitchell
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 076834 | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 03/31/2015 | | |
| **Invoice Due:** | 04/30/2015 | **Payment Terms:** | Net 30 |
| **Contract #:** | DM0078892 | **Purchase Order #:** | |
| **Client Project ID:** | n/a | | |
| **Case Name:** | 072395.0221 | **Matter #:** | 072395.0221 |

**Requested Date:**
**Project Notes:**
    072395.0221

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **P x V \| Bind** | | | | |
| 5" Ring Binder | 1.00 | Each | 40.00 | 40.00 |
| File Conversion | 2,640.00 | Page | 0.04 | 105.60 |
| Printing Two Sided W/Assembly | 1,611.00 | Page | 0.12 | 193.32 |
| **P x 2 \| Bind** | | | | |
| 3" Ring Binder | 6.00 | Each | 15.00 | 90.00 |
| Printing Two Sided W/Assembly | 4,670.00 | Page | 0.12 | 560.40 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 989.32 |
| **Tax Amount:** | US$87.82 |
| **Total Amount Due:** | US$ 1,077.14 |

| PAYMENT INSTRUCTIONS | |
|---|---|
| Please remit payment to:<br>TransPerfect Document Management, Inc.<br>Attn.: Accounts Receivable<br>Three Park Avenue, 39th Floor<br>New York, NY 10016<br>212.689.5555<br>Tax ID # : 80-0092152 | Wire Transfer Details:<br>Signature NY<br>A/C #: 1500646914<br>ABA Routing #: 026013576<br>SWIFT CODE: SIGNUS33 |

**Please reference the Contract #  DM0078892 and Invoice # 076834 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

 **CAPSICUM GROUP**™

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2015 | 15933 |

Bill To

**Baker Botts**
**Steven Liquori**
**30 Rockefeller Plaza**
**New York, NY 10012**

| P.O. No. | Terms |
|----------|-------|
| 2014-000341 | Upon Receipt |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|------|-----------------|-------------|-----------|------|--------|
| | | ***Client Matter 072395.0221*** | | | |
| Paper Discovery | 5/8/2015 | Color Printing | 5,858 | 0.60 | 3,514.80 |
| Paper Discovery | 5/8/2015 | Tabs | 168 | 0.35 | 58.80 |
| Paper Discovery | 5/8/2015 | 5" Binders | 4 | 40.00 | 160.00 |
| Paper Discovery | 5/8/2015 | Endorse | 2.929 | 0.02 | 58.58 |
| | | | | | |
| Discount | 5/12/2015 | 20% Discount per agreement | | -824.71 | -824.71 |
| | | Sales Tax | | 8.875% | 259.29 |

EIN 56-2359924

| **Total** | **$3,226.76** |
|-----------|---------------|

Please make checks payable to:
Capsicum Group, LLC
2929 Arch Street
Suite 1525
Philadelphia, PA 19104
215-222-3101

An 18% per annum late fees will be added to any
and every month's bill that is not received within 30
days of the invoice date.



**CAPSICUM GROUP**

Digital Forensics & Investigations
Paper & Electronic Discovery
Data & Tape Recovery
Technology Security & Compliance

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/27/2015 | 15942 |

Bill To

**Baker Botts**
**Steven Liquori**
**30 Rockefeller Plaza**
**New York, NY 10012**

| P.O. No. | Terms |
|----------|-------|
| 2014-000341 | Upon Receipt |

| Item | Date of Service | Description | Qty / Hrs | Rate | Amount |
|------|-----------------|-------------|-----------|------|--------|
| | | ***Client Matter 072395.0221*** | | | |
| Paper Discovery | 5/22/2015 | B/W Printing | 24,741 | 0.08 | 1,979.28 |
| Paper Discovery | 5/22/2015 | Redwelds | 3 | 2.50 | 7.50 |
| | | Sales Tax | | 8.875% | 176.33 |

EIN 56-2359924

| **Total** | $2,163.11 |
|-----------|-----------|

Please make checks payable to
Capsicum Group, LLC
2929 Arch Street
Suite 1525
Philadelphia, PA 19104
215-222-3101

An 18% per annum late fees will be added to any and every month's bill that is not received within 30 days of the invoice date.

**LightSpeed LLC**

1325 G Street, NW
Suite B-1
Washington, DC 20005
(202)464-3200
admin@lightspeedlegal.com
www.lightspeedlegal.com


<span>LIGHTSPEED</span>
total case lifecycle solutions

# INVOICE

BILL TO
Stacy Southard
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

INVOICE # 1506170
DATE 06/23/2015
DUE DATE 07/23/2015
TERMS Net 30

CLIENT
MATTER:        ACCOUNT MGR: JOB NUMBER:
072395.0221    TL           1506170

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Blowbacks:B&W Assembled Blowbacks**<br>B&W prints x1 w/ full assembly from Flash Drive | 5,044 | 0.12 | 605.28 |
| Details: Double-Sided, regular paper, print on the first 10 pages of excels | | | |
| **Blowbacks:Color Blowbacks**<br>Color for color prints | 1,138 | 0.99 | 1,126.62 |
| **Supplies:Tabs - Custom Tabs**<br>Custom Tabs per PDF | 250 | 0.99 | 247.50 |
| **Services:Technical Project Admin**<br>Technical Time to identify color, Reduce Excels to 10 pages and Reduce documents over 200 to the first 20 pages. Billed per technical hour. | 1.50 | 225.00 | 337.50 |

Thank you for choosing LightSpeed, LLC

Fed. Tax ID#: 20-4895454

| | |
|---|---|
| SUBTOTAL | 2,316.90 |
| TAX (5.75%) | 133.22 |
| TOTAL | 2,450.12 |
| BALANCE DUE | **$2,450.12** |



# TRANSPERFECT
## LEGAL SOLUTIONS

| **Bill To:** | **Requested By:** |
|---|---|
| Baker Botts LLP | Mr. Steve Liquori |
| Attn: Mr. Steve Liquori | Baker Botts LLP |
| 30 Rockefeller Plaza | 30 Rockefeller Plaza |
| 45th Floor | 45th Floor |
| New York, NY 10112 | New York, NY 10112 |
| USA | USA |

| **Invoice #:** | 081114 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
|---|---|---|---|
| **Invoice Date:** | 06/30/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2015 | | |
| **Contract #:** | **DM0083509** | **Purchase Order #:** | |
| **Case Name:** | 072395.0221 | **Matter #:** | 072395.0221 |
| **Requested Date:** | 06/22/2015 | | |

**Project Notes:**

    072395.0221

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 4** | | | | |
| Custom Tabs | 480.00 | Each | 0.65 | 312.00 |
| Printing Two Sided | 32,881.00 | Page | 0.10 | 3,288.10 |
| Tabs | 1,976.00 | Each | 0.25 | 494.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$4,094.10 |
| **Tax Amount:** | US$363.35 |
| **Total Amount Due:** | US$4,457.45 |

## PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0083509 and Invoice # 081114 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Baker Botts LLP
Attn: Mr. Steve Liquori
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

**Requested By:**

Mr. Steve Liquori
Baker Botts LLP
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

| | |
|---|---|
| **Invoice #:** | 081090 |
| **Invoice Date:** | 06/30/2015 |
| **Invoice Due:** | 07/30/2015 |
| **Contract #:** | **DM0083434** |
| **Case Name:** | 072395.0221. |
| **Requested Date:** | 06/18/2015 |
| **Project Notes:** | |

| | |
|---|---|
| **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Payment Terms:** | Net 30 |
| **Purchase Order #:** | 072395.0221 |
| **Matter #:** | 072395.0221. |

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2** | | | | |
| Printing Two Sided W/Assembly | 15,496.00 | Page | 0.10 | 1,549.60 |
| Tabs | 500.00 | Each | 0.25 | 125.00 |
| Technical Labor | 1.00 | Hour | 125.00 | 125.00 |
| **Print x 2** | | | | |
| File Conversion | 310.00 | Page | 0.04 | 12.40 |
| Printing Two Sided W/Assembly | 18,036.00 | Page | 0.10 | 1,803.60 |
| Tabs | 160.00 | Each | 0.65 | 104.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$3,719.60 |
| **Tax Amount:** | US$330.15 |
| **Total Amount Due:** | US$4,049.75 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0083434 and Invoice # 081090 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

**LightSpeed LLC**

1325 G Street, NW
Suite B-1
Washington, DC  20005
(202)464-3200
admin@lightspeedlegal.com
www.lightspeedlegal.com

L I G H T S P E E D

# INVOICE

INVOICE # 1507015
DATE 07/07/2015
DUE DATE 08/06/2015
TERMS  Net 30

BILL TO
Stacy Southard
Steven Liquori
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC  20004

Please detach top portion and return with your payment.

| CLIENT MATTER: | ACCOUNT MGR: | JOB NUMBER: |
|---|---|---|
| 072395.0221 | TL | 1507015 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/2015 | **Blowbacks:B&W Assembled Blowbacks** <br> B&W A5  prints w/ full assembly from FTP | 3,493 | 0.19 | 663.67 |
| | Details: Double-sided, insert into GBC | | | |
| 07/06/2015 | **Blowbacks:Color Blowbacks** <br> Color for color prints w/ full assembly | 2,724 | 0.99 | 2,696.76 |
| 07/06/2015 | **EDD:Engineer Time - Senior** <br> Tiffing 11 excel files (330 pages), billed per technical hour | 0.25 | 225.00 | 56.25 |
| 07/06/2015 | **Supplies:Tabs - Custom Tabs** <br> Custom Tabs per "DX-" Number | 272 | 0.99 | 269.28 |
| 07/06/2015 | **Supplies:GBC** <br> GBC Binding | 9 | 3.95 | 35.55 |

Thank you for choosing LightSpeed, LLC

Fed. Tax  ID# 20-4895454

| | |
|---|---|
| SUBTOTAL | 3,721.51 |
| TAX (5.75%) | 213.99 |
| TOTAL | 3,935.50 |
| BALANCE DUE | **$3,935.50** |

**LightSpeed LLC**

1328 G Street, NW
Suite B-1
Washington, DC 20005
(202)464-3200
admin@lightspeedlegal.com
www.lightspeedlegal.com



# INVOICE

INVOICE # 1507171
DATE 07/24/2015
DUE DATE 08/23/2015
TERMS Net 30

**BILL TO**
Stacy Southard
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

Please detach top portion and return with your payment.

| CLIENT MATTER: | ACCOUNT MGR: | JOB NUMBER: |
| --- | --- | --- |
| Contentguard v. Samsung | TL | 1507171 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 07/23/2015 | **Blowbacks:B&W Assembled Blowbacks** <br> B&W prints w/ full assembly from Flash Drive | 2,246 | 0.12 | 269.52 |
|  | Part 1: Blowback x1, B/W, Double-sided, custom tabs, print first 20 pages for documents 500+ pages, creat cover "Paul Clark Deposition and Expert Report" |  |  |  |
|  | Part 2: Blowback x1, B/W, Double-sided, custom tabs per file name, only print first 20 pages of 500+ page documents, creat cover reading "Goodrich Exper Reports and Depositions" |  |  |  |
| 07/23/2015 | **Supplies:Tabs - Custom Tabs** <br> Custom Tabs per file name | 9 | 0.99 | 8.91 |
| 07/23/2015 | **Supplies:GBC** <br> GBC Binding | 3 | 3.95 | 11.85 |

Thank you for choosing LightSpeed, LLC

Fed. Tax ID#: 20-4695454

| | |
| --- | --- |
| SUBTOTAL | 290.28 |
| TAX (5.75%) | 16.69 |
| TOTAL | 306.97 |
| **BALANCE DUE** | **$306.97** |



**KTS**
**LITIGATION**
**SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/27/2015 | 9944 |

**BILL TO**

Potter Minton, PC
Attn: Jo Vallery
110 N. College, Ste. 500
Tyler, Tx 75702

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | 6808-54, ContentGuard v. Samsung |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 28,413 | 8.5x11 B&W blow backs | 0.08 | 2,273.04T |
| 1,054 | Legal exhibit divider (number) assembled into documents | 0.55 | 579.70T |
| | Pick up & delivery - **NO CHARGE** | 0.00 | 0.00T |
| | Sales Tax | 8.25% | 235.35 |

We Accept Major Credit Cards

## Total

$3,088.09

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party

Customer Acceptance Signature:                                          Date:



**KTS**
LITIGATION
SUPPORT SERVICES

A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/28/2015 | 9948 |

| BILL TO |
|---------|
| Potter Minton, PC<br>Attn: Jo Vallery<br>110 N. College, Ste. 500<br>Tyler, Tx 75702 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | 6808-54, ContentGuard v. Samsung |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 10,491 | 8.5x11 B&W blow backs | 0.08 | 839.28T |
| 274 | Legal exhibit divider (number) assembled into documents | 0.55 | 150.70T |
|  | Pick up & delivery - **NO CHARGE** | 0.00 | 0.00T |
|  | Sales Tax | 8.25% | 81.67 |

We Accept Major Credit Cards

**Total**     $1,071.65

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature:        Date:

**LightSpeed LLC**

1325 G Street, NW
Suite B-1
Washington, DC 20005
(202)464-3200
admin@lightspeedlegal.com
www.lightspeedlegal.com

LIGHTSPEED

# INVOICE

INVOICE # 1507161
DATE 07/30/2015
DUE DATE 08/29/2015
TERMS Net 30

BILL TO
Stacy Southard
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

Please detach top portion and return with your payment.

| CLIENT MATTER: | ACCOUNT MGR: | JOB NUMBER: |
|---|---|---|
| 072395.0221 | TL | 1507161, 1507167 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/22/2015 | **Blowbacks:B&W Assembled Blowbacks**<br>[1507161] B&W prints w/ full assembly into minibooks from Flash Drive | 18,969 | 0.19 | 3,604.11 |
| | "Samsung Non-Infringement Trial Exhibits"<br>Part 1: Blowback x1, B/W, Double-sided, print only the first **20 pages** of<br>documents over 500 pages, creat cover reading "Samsung<br>Non'Infringement Trial Exhibits"<br>Source: DX-2000 through DX-2271 | | | |
| | "Content Guard Trial Exhibits"<br>Part 2: Blowback x1, B/W, Double-sided, print only first 20 pages of<br>documents over 500 pages, creat cover reading, "Content Guard Trial<br>Exhibits"<br>Source: PX-0001 through PX-0733 | | | |
| 07/22/2015 | **Supplies:Tabs - Custom Tabs**<br>[1507161] Custom Tabs | 579 | 0.99 | 573.21 |
| 07/22/2015 | **Supplies:GBC**<br>[1507161] GBC Binding | 28 | 3.95 | 110.60 |
| 07/23/2015 | **Blowbacks:B&W Assembled Blowbacks**<br>[1507167] "Google/Samsung Marking Trial Exhibits" | 38,931 | 0.19 | 7,396.89 |
| | B&W prints x1w/ full assembly into minibooks from Flash Drive | | | |
| | Details: B/W, Double-sided, A5 paper for GBC minibooks, print only first<br>20 pages of documents 500+ pages, create cover | | | |
| 07/23/2015 | **Supplies:Tabs - Custom Tabs**<br>[1507167] Custom Tabs | 777 | 0.99 | 769.23 |
| 07/23/2015 | **Supplies:GBC**<br>[1507167] GBC Binding | 51 | 3.95 | 201.45 |

Thank you for choosing LightSpeed, LLC

Fed. Tax ID#: 20-4895454

| | |
|---|---:|
| SUBTOTAL | 12,655.49 |
| TAX (5.75%) | 727.69 |
| TOTAL | 13,383.18 |
| BALANCE DUE | **$13,383.18** |



**KTS**

LITIGATION
SUPPORT SERVICES

A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/5/2015 | 9953 |

| BILL TO |
|---------|
| Potter Minton, PC<br>Attn: Jo Vallery<br>110 N. College, Ste. 500<br>Tyler, Tx 75702 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| | Due on receipt | 6808-54, ContentGuard v. Samsung |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 683 | 8.5x11 B&W blow backs | 0.08 | 54.64T |
| 52 | Legal exhibit divider (number) assembled into documents | 0.55 | 28.60T |
| 1 | Delivery - R/T, Tyler to Marshall | 120.00 | 120.00 |
| | Sales Tax | 8.25% | 6.87 |

We Accept Major Credit Cards

**Total** $210.11

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____ Date: _____

AP0159622

**LightSpeed LLC**

1325 G Street, NW
Suite B-1
Washington, DC 20005
(202)464-3200
admin@lightspeedlegal.com
www.lightspeedlegal.com

LIGHTSPEED
total case lifecycle solutions

# INVOICE

INVOICE # 1508030
DATE 08/14/2015
DUE DATE 09/13/2015
TERMS Net 30

BILL TO
Stacy Southard
Baker Botts LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004

Please detach top portion and return with your payment.

| CLIENT MATTER: | ACCOUNT MGR: | JOB NUMBER: |
|---|---|---|
| 072395.0221 | TL | 1508030 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/06/2015 | **Blowbacks:B&W Assembled Blowbacks**<br>B&W prints x1 w/ full assembly from Flash Drive | 462 | 0.12 | 55.44T |
| | Details: Double-sided, 3-hole paper, insert into binders | | | |
| 08/06/2015 | **Blowbacks:Color Blowbacks**<br>Color for color prints | 1,041 | 0.99 | 1,030.59T |
| 08/06/2015 | **Supplies:Tabs - Custom Tabs**<br>Custom Tabs per file name | 61 | 0.99 | 60.39T |
| 08/06/2015 | **Supplies:Binders 3**<br>Binders - 3" | 1 | 12.00 | 12.00T |
| 08/06/2015 | **Supplies:Binders 2**<br>Binders - 2" | 1 | 8.00 | 8.00T |

Thank you for choosing LightSpeed, LLC

Fed. Tax ID#: 20-4895454

| | |
|---|---|
| SUBTOTAL | 1,166.42 |
| TAX (5.75%) | 67.07 |
| TOTAL | 1,233.49 |
| BALANCE DUE | |

## $1,233.49



**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

Baker Botts LLP
Attn: Mr. Steve Liquori
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

**Requested By:**

Mr. Steve Liquori
Baker Botts LLP
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 083376 | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 08/31/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 09/30/2015 | | |
| **Contract #:** | **DM0086544** | **Purchase Order #:** | 072395.0221 |
| | | **Matter #:** | 072395.0221 |

**Requested Date:** 08/29/2015

**Project Notes:**

Project: Print x 2 | Bind
Date Requested: 8/29/2015
Client Matter: 072395.0221

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2 | Bind** | | | | |
| 2" Ring Binder | 2.00 | Each | 10.00 | 20.00 |
| Color Printing | 878.00 | Page | 0.55 | 482.90 |
| Custom Tabs | 38.00 | Each | 0.65 | 24.70 |
| Printing Two Sided W/Assembly | 344.00 | Page | 0.09 | 30.96 |
| Tabs | 28.00 | Each | 0.25 | 7.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$565.56 |
| **Tax Amount:** | US$50.22 |
| **Total Amount Due:** | **US$615.78** |

| PAYMENT INSTRUCTIONS |
|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0086544 and Invoice # 083376 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Baker Botts LLP
Attn: Mr. Steve Liquori
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

**Requested By:**

Mr. Steve Liquori
Baker Botts LLP
30 Rockefeller Plaza
45th Floor
New York, NY 10112
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 083308 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
| **Invoice Date:** | 08/31/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 09/30/2015 | | |
| **Contract #:** | DM0086145 | **Purchase Order #:** | 072395.0221 |
| | | **Matter #:** | 072395.0221 |

**Requested Date:** 08/17/2015

**Project Notes:**

Received 8/17/15
Print x 1, bind
CM# 072395.0221

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 \| Bind** | | | | |
| 4" Ring Binder | 1.00 | Each | 20.00 | 20.00 |
| Color Printing | 82.00 | Page | 0.55 | 45.10 |
| Custom Tabs | 64.00 | Each | 0.65 | 41.60 |
| Printing Two Sided W/Assembly | 1,017.00 | Page | 0.09 | 91.53 |
| **Print x 1 \| Bind** | | | | |
| 5" Ring Binder | 1.00 | Each | 30.00 | 30.00 |
| Color Printing | 1,008.00 | Page | 0.55 | 554.40 |
| Custom Tabs | 74.00 | Each | 0.65 | 48.10 |
| Printing Two Sided W/Assembly | 364.00 | Page | 0.09 | 32.76 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$863.49 |
| **Tax Amount:** | US$76.68 |
| **Total Amount Due:** | US$940.17 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

**Please reference the Contract # DM0086145 and Invoice # 083308 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.



**KTS**
**LITIGATION**
**SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711

EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/11/2015 | 9993 |

**BILL TO**

Potter Minton, PC
Attn: Amanda Tekell
110 N. College, Ste. 500
Tyler, Tx 75702

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | ContentGuard v. Samsung 6808-54 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---------:|-------------|-----:|-------:|
| 604 | 8.5 x 11 color copies (Prep from Google binder) | 0.95 | 573.80T |
|  | Discount (Volume Discount) | -30.00% | -172.14 |
| 216 | 8.5x11 B&W blow backs (Prep from Google binder) | 0.08 | 17.28T |
| 6 | 5-tab divider, custom labeled, assembled into documents (Prep from Google binder) | 1.65 | 9.90T |
|  | Discount (Volume Discount) | -30.00% | -2.97 |
| 28 | Legal exhibit divider (number) assembled into documents (Prep from Google binder) | 0.55 | 15.40T |
| 1 | 3 ring binder (3") (Prep from Google binder) | 18.00 | 18.00T |
| 7,390 | 8.5 x 11 color copies (CG Pre-Admitted Trial Exhibits) | 0.95 | 7,020.50T |
|  | Discount (Volume Discount) | -30.00% | -2,106.15 |
| 19,274 | 8.5x11 B&W blow backs (CG Pre-Admitted Trial Exhibits) | 0.08 | 1,541.92T |
| 1,264 | 5-tab divider, custom labeled, assembled into documents (CG Pre-Admitted Trial Exhibits) | 1.65 | 2,085.60T |
|  | Discount (Volume Discount) | -30.00% | -625.68 |
| 22 | 3 ring binder (4") (CG Pre-Admitted Trial Exhibits) | 27.50 | 605.00T |
|  | Discount (Volume Discount) | -25.00% | -151.25 |
| 6,184 | 8.5 x 11 color copies (Samsung Pre-Admitted Trial Exhibits) | 0.95 | 5,874.80T |
|  | Discount (Volume Discount) | -30.00% | -1,762.44 |
| 5,708 | 8.5x11 B&W blow backs (Samsung Pre-Admitted Trial Exhibits) | 0.08 | 456.64T |
| 544 | 5-tab divider, custom labeled, assembled into documents (Samsung Pre-Admitted Trial Exhibits) | 1.65 | 897.60T |
|  | Discount (Volume Discount) | -30.00% | -269.28 |
| 10 | 3 ring binder (4") (Samsung Pre-Admitted Trial Exhibits) | 27.50 | 275.00T |
|  | Discount (Volume Discount) | -25.00% | -68.75 |
| 2,286 | 8.5 x 11 color copies (Google's Pre-Admitted Trial Exhibits) | 0.95 | 2,171.70T |
|  | Discount (Volume Discount) | -30.00% | -651.51 |
| 29,404 | 8.5x11 B&W blow backs (Google's Pre-Admitted Trial Exhibits) | 0.08 | 2,352.32T |

We Accept Major Credit Cards

## Total

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____     Date: _____



**KTS**
LITIGATION
SUPPORT SERVICES
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711

EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/11/2015 | 9993 |

| BILL TO |
|---------|
| Potter Minton, PC<br>Attn: Amanda Tekell<br>110 N. College, Ste. 500<br>Tyler, Tx 75702 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| | Due on receipt | ContentGuard v. Samsung 6808-54 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1,326 | 5-tab divider, custom labeled, assembled into documents (Google's Pre-Admitted Trial Exhibits) | 1.65 | 2,187.90T |
| | Discount (Volume Discount) | -30.00% | -656.37 |
| 24 | 3 ring binder (4") (Google's Pre-Admitted Trial Exhibits) | 27.50 | 660.00T |
| | Discount (Volume Discount) | -25.00% | -165.00 |
| 2,941 | 8.5 x 11 color copies (CG Reserved) | 0.95 | 2,793.95T |
| | Discount (Volume Discount) | -30.00% | -838.19 |
| 14,221 | 8.5x11 B&W blow backs (CG Reserved) | 0.08 | 1,137.68T |
| 362 | 5-tab divider, custom labeled, assembled into documents (CG Reserved) | 1.65 | 597.30T |
| | Discount (Volume Discount) | -30.00% | -179.19 |
| 9 | 3 ring binder (4") (CG Reserved) | 27.50 | 247.50T |
| | Discount (Volume Discount) | -25.00% | -61.88 |
| 1,070 | 8.5 x 11 color copies (Google Reserved) | 0.95 | 1,016.50T |
| | Discount (Volume Discount) | -30.00% | -304.95 |
| 18,596 | 8.5x11 B&W blow backs (Google Reserved) | 0.08 | 1,487.68T |
| 457 | 5-tab divider, custom labeled, assembled into documents (Google Reserved) | 1.65 | 754.05T |
| | Discount (Volume Discount) | -30.00% | -226.22 |
| 15 | 3 ring binder (4") (Google Reserved) | 27.50 | 412.50T |
| | Discount (Volume Discount) | -25.00% | -103.13 |
| 9,276 | 8.5 x 11 color copies (Samsung Pre-Admitted Trial Exhibits) | 0.95 | 8,812.20T |
| | Discount (Volume Discount) | -30.00% | -2,643.66 |
| 8,562 | 8.5x11 B&W blow backs (Samsung Pre-Admitted Trial Exhibits) | 0.08 | 684.96T |
| 1,632 | Folder - letter (custom labeled) with document assembly (Samsung Pre-Admitted Trial Exhibits) | 1.65 | 2,692.80T |
| | Discount (Volume Discount) | -30.00% | -807.84 |
| 1,143 | 8.5 x 11 color copies (Google's Pre-Admitted Trial Exhibits) | 0.95 | 1,085.85T |
| | Discount (Volume Discount) | -30.00% | -325.76 |

We Accept Major Credit Cards

# Total

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____  Date: _____



**KTS**
LITIGATION
SUPPORT SERVICES
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711

EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/11/2015 | 9993 |

**BILL TO**

Potter Minton, PC
Attn: Amanda Tekell
110 N. College, Ste. 500
Tyler, Tx 75702

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| | Due on receipt | ContentGuard v. Samsung 6808-54 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 14,702 | 8.5x11 B&W blow backs (Google's Pre-Admitted Trial Exhibits) | 0.08 | 1,176.16T |
| 663 | Folder - letter (custom labeled) with document assembly (Google's Pre-Admitted Trial Exhibits) | 1.65 | 1,093.95T |
| | Discount (Volume Discount) | -30.00% | -328.19 |
| 663 | Folder - letter (custom labeled) with document assembly (Google's Pre-Admitted Trial Exhibits) | 1.65 | 1,093.95T |
| | Discount (w/o document assembly due to project being cancelled) | -50.00% | -546.98 |
| 4,139 | 8.5 x 11 color copies (CG Pre-Admitted Trial Exhibits) | 0.95 | 3,932.05T |
| | Discount (Volume Discount) | -30.00% | -1,179.62 |
| 12,344 | 8.5x11 B&W blow backs (CG Pre-Admitted Trial Exhibits) | 0.08 | 987.52T |
| 632 | Folder - letter (custom labeled) with document assembly (CG Pre-Admitted Trial Exhibits) | 1.65 | 1,042.80T |
| | Discount (Volume Discount) | -30.00% | -312.84 |
| 632 | Folder - letter (custom labeled) with document assembly (CG Pre-Admitted Trial Exhibits) | 1.65 | 1,042.80T |
| | Discount (w/o document assembly due to project being cancelled) | -50.00% | -521.40 |
| 1,070 | 8.5 x 11 color copies (Google Reserved) | 0.95 | 1,016.50T |
| | Discount (Volume Discount) | -30.00% | -304.95 |
| 18,596 | 8.5x11 B&W blow backs (Google Reserved) | 0.08 | 1,487.68T |
| 457 | Folder - letter (custom labeled) with document assembly (Google Reserved) | 1.65 | 754.05T |
| | Discount (Volume Discount) | -30.00% | -226.22 |
| 2,401 | 8.5 x 11 color copies (CG Reserved) | 0.95 | 2,280.95T |
| | Discount (Volume Discount) | -30.00% | -684.29 |
| 9,402 | 8.5x11 B&W blow backs (CG Reserved) | 0.08 | 752.16T |
| 181 | Folder - letter (custom labeled) with document assembly (CG Reserved) | 1.65 | 298.65T |

We Accept Major Credit Cards

# Total

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____     Date: _____



**KTS**
**LITIGATION**
**SUPPORT SERVICES**
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

OUR ADDRESS HAS CHANGED.
PLEASE MAKE NOTE OF THE
NEW ADDRESS AND SEND
PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/11/2015 | 9993 |

| BILL TO |
|---------|
| Potter Minton, PC<br>Attn: Amanda Tekell<br>110 N. College, Ste. 500<br>Tyler, Tx 75702 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| | Due on receipt | ContentGuard v. Samsung 6808-54 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Discount (Volume Discount) | -30.00% | -89.60 |
| 36 | 8.5 x 11 color copies (CG Redactions) | 0.95 | 34.20T |
| | Discount (Volume Discount) | -30.00% | -10.26 |
| 22 | 8.5x11 B&W blow backs (CG Redactions) | 0.08 | 1.76T |
| | Sales Tax | 8.25% | 4,055.27 |

We Accept Major Credit Cards

**Total** $53,210.07

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____ Date: _____



# KTS
## LITIGATION
## SUPPORT SERVICES
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

OUR ADDRESS HAS CHANGED. PLEASE MAKE NOTE OF THE NEW ADDRESS AND SEND PAYMENTS ACCORDINGLY.

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/23/2015 | 9994 |

**BILL TO**

Potter Minton, PC
Attn: Amanda Tekell
110 N. College, Ste. 500
Tyler, Tx 75702

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | ContentGuard v. Samsung 6808-54 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4,500 | 8.5 x 11 color copies (Binders.zip) | 0.95 | 4,275.00T |
| | Discount (Volume Discount) | -30.00% | -1,282.50 |
| 7,338 | 8.5x11 B&W blow backs (Binders.zip) | 0.08 | 587.04T |
| 378 | Legal exhibit divider (number) assembled into documents (Binders.zip) | 0.55 | 207.90T |
| 12 | 3 ring binder (1") (Binders.zip) | 7.70 | 92.40T |
| 24 | 3 ring binder (1 1/2") (Binders.zip) | 10.00 | 240.00T |
| | Pick up & delivery - **NO CHARGE** | 0.00 | 0.00T |
| | Sales Tax | 8.25% | 339.89 |

We Accept Major Credit Cards

**Total** $4,459.73

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____   Date: _____