# Exhibit F

## CONTENTGUARD / SAMSUNG BILL OF COSTS – GRAPHIC SUPPORT EXPENSES

| Date | Amount | Description |
|---|---|---|
| 8/11/15 | $17,357.82 | Graphic Support Services for Trial  - DOAR |
| 9/11/15 | $19,238.59 | Graphic Support Services for Trial  - DOAR |
| 9/28/15 | $99,110.19 | Graphic Support Services for Trial  - DOAR |
| SUBTOTAL: | $135,706.60 | |
| **TOTAL:** | **$47,497.31** | 65% reduction for certain non-taxable costs |

 **BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX  75226

 # Invoice

| Date | Invoice No. |
|---|---|
| 02/27/15 | 4664 |

Bill To:

Baker Botts L.L.P.
Mr. Neil Sirota
30 Rockefeller Plaza
New York, NY 10112

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 90002-0002 ContentGuard v Amazon.com etal | |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 01/25/15 | JB Design | Revise slides per Unikel's email. | 0.98 | 350.00 | 343.00T |
| 01/26/15 | JB Design | Revise slides per Landis' email. | 1.17 | 350.00 | 409.50T |
| 01/27/15 | JB Design | Revisions to slide drafts from Neil Sirota. | 1.25 | 350.00 | 437.50T |
| 01/27/15 | JB Design | New revisions per Unikel's email. | 1.1 | 350.00 | 385.00T |
| 01/27/15 | JB Design | Continue revisions to slides per Landis. | 2.8 | 350.00 | 980.00T |
| 01/28/15 | SB Design | Making changes to Grammar portion of Markman presentations. | 1.58 | 175.00 | 276.50T |
| 01/29/15 | EL Design | Working on Markman slide deck (Kat Hacker). | 3.28 | 150.00 | 492.00T |
| 01/30/15 | EL Case Mgmt | Editing Markman slide deck (Broughan Sidley). | 6.83 | 150.00 | 1,024.50T |
| 01/30/15 | JV Design | Meet with Todd Landis to edit Markman slides. | 4 | 225.00 | 900.00T |
| 02/02/15 | CG Design | Working on edits to slides. | 1.28 | 325.00 | 416.00T |
| 02/02/15 | EL Design | Edits on Markman slides. | 0.17 | 150.00 | 25.50T |
| 02/02/15 | JV Design | Meet with Todd Landis to edit Markman slides. | 9.02 | 225.00 | 2,029.50T |
| 02/03/15 | EL Design | Hacker's Markman slide edits. | 4.4 | 150.00 | 660.00T |
| 02/03/15 | JV Design | Meet with Todd Landis, Glenn Summers, Robert Unikel, Neil Sirota, Thomas Broughan to edit, revise and run-through Markman slides. | 13.55 | 225.00 | 3,048.75T |
| 02/04/15 | JV Design | Meet with Todd Landis, Glenn Summers, Robert Unikel, Neil Sirota, Thomas Broughan to edit, revise and run-through Markman slides. | 10.5 | 225.00 | 2,362.50T |
| 02/04/15 | SB Travel Hr. | Drive to Marshall from Dallas. | 2.28 | 175.00 | 399.00T |
| 02/04/15 | SB Design | Making changes to Markman presentations, sections for Repository/Trusted, Identification Certificate, Usage Rights, Document Platform and Distributed Repository. | 5.72 | 175.00 | 1,001.00T |
| 02/05/15 | JV Design | Markman Hearing Prep, Runthrough with Todd Landis, Slide deck revisions, Prepare demonstratives for printing. | 13.02 | 225.00 | 2,929.50T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$33,371.18** |

Please find Total Balance Due on Page 3





# Invoice

2701 Canton St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 02/27/15 | 4664 |

**Bill To:**

Baker Botts L.L.P.
Mr. Neil Sirota
30 Rockefeller Plaza
New York, NY 10112

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 90002-0002 ContentGuard v Amazon.com etal | |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 02/05/15 | JV Design | Travel to Marshall from Dallas. | 2.5 | 225.00 | 562.50T |
| 02/05/15 | SB Design | Edits to Combined deck and run-through of whole deck. Begin at 1:20. | 3.27 | 175.00 | 572.25T |
| 02/05/15 | SB Presentation | Presentation for Amazon motion to dismiss based on the 101. | 3 | 175.00 | 525.00T |
| 02/06/15 | JV Design | Run-through with Todd Landis. Set up courtroom. Present at Markman Hearing. Breakdown courtroom. | 8.5 | 225.00 | 1,912.50T |
| 02/06/15 | SB Travel Hr. | Drive from Marshall to Dallas. | 2.43 | 175.00 | 425.25T |
| 02/06/15 | SB Presentation | Presentation for Markman. | 4.67 | 175.00 | 817.25T |
| 02/06/15 | SB Design | Creating slides for new terms; "nonce", "random registration identifier", and "other portion". | 1.15 | 175.00 | 201.25T |
| 02/07/15 | JV Design | Travel to Dallas from Marshall. | 2.5 | 225.00 | 562.50T |
| | Reimb Group | | | | |
| 02/04/15 | | SB: 2/4 Dinner while in Marshall, TX for Markman Hearing support. | | 7.24 | 7.24T |
| 02/05/15 | | JV: 2/5 dinner in Marshall, TX- presentation support. | | 8.87 | 8.87T |
| 02/05/15 | | JV: 2/5 Breakfast while in Marshall, TX for Markman Hearing support. | | 5.17 | 5.17T |
| 02/05/15 | | JV: 2/5 Lunch while in Marshall, TX for Markman Hearing support. | | 13.91 | 13.91T |
| 02/05/15 | | SB: 2/5 Dinner while in Marshall, TX for Markman Hearing support. | | 23.55 | 23.55T |
| 02/05/15 | | SB: 2/5 Meal while in Marshall, TX for Markman Hearing support. | | 7.57 | 7.57T |
| 02/06/15 | | SB: AA batteries needed while in Marshall, TX for Markman Hearing support. | | 31.37 | 31.37T |
| 02/06/15 | | JV: 2/6 Lunch while in Marshall, TX for Markman Hearing support. | | 6.92 | 6.92T |
| 02/07/15 | | JV: 2/4 - 2/6 Lodging while in Marshall, TX for Markman Hearing support. | | 223.74 | 223.74T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|--|--|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$33,371.18** |

Please find Total Balance Due on Page 3



# Invoice

| Date | Invoice No. |
|------|-------------|
| 02/27/15 | 4664 |

**2701 Canton St.**
**Dallas, TX 75226**

Bill To:

Baker Botts L.L.P.
Mr. Neil Sirota
30 Rockefeller Plaza
New York, NY 10112

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 90002-0002 ContentGuard v Amazon.com etal | |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 02/07/15 | | SB: 2/4 - 2/6 Lodging while in Marshall, TX for Markman Hearing support. | | 223.74 | 223.74T |
| 02/08/15 | | 5,480 color copies, 600 5-tab dividers, custom labeled and assembled into docs, 40 spiral binding. | | 6,577.55 | 6,577.55T |
| | | Total Reimbursable Expenses | | | 7,129.63 |
| | | | | | |
| | | Total due from Akin Gump for DIRECTV: $6,674.26 | | | |
| | | | | | |
| | | Total due from Bartlit Beck Herman Palenchar & Scott LLP for Amazon: $6,674.23 | | | |
| | | | | | |
| | | Total due from Baker Botts L.L.P. for Samsung: $6,674.23 | | | |
| | | | | | |
| | | Total due from Apple: $6,674.23 | | | |
| | | | | | |
| | | Total due from Kaye Scholer LLP for Google: $6,674.23 | | | |
| | | Sales Tax - Outlet 2 D2 | | 8.25% | 2,543.30 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | $33,371.18 |
| Payments | $0.00 |
| **Balance Due** | **$33,371.18** |



# Invoice


**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX  75226

| Date | Invoice No. |
|------|-------------|
| 01/30/15 | 4642 |

**Bill To:**

Baker Botts L.L.P.
Mr. Neil Sirota
30 Rockefeller Plaza
New York, NY 10112

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 90002-0002 ContentGuard v Amazon.com etal | |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 01/08/15 | AH Design | Create demonstrative slides for Markman Hearing. | 11.87 | 200.00 | 2,374.00T |
| 01/09/15 | AH Design | Continue working on demonstrative slides for Markman Hearing. | 7.87 | 200.00 | 1,574.00T |
| 01/12/15 | JB Case Mgmt | Add argumentative slides and complete draft; send to Eric. | 2 | 350.00 | 700.00T |
| 01/23/15 | JB Design | Prepare slide drafts for Unikel. | 3.87 | 350.00 | 1,354.50T |
| | | Total due from Akin Gump for DIRECTV: $1,299.54 | | | |
| | | Total due from Bartlit Beck Herman Palenchar & Scott LLP for Amazon: $1,299.54 | | | |
| | | Total due from Baker Botts L.L.P. for Samsung: $1,299.54 | | | |
| | | Total due from Sidley Austin LLP for Apple: $1,299.54 | | | |
| | | Total due from Kaye Scholer LLP for Google: $1,299.54 | | | |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 495.21 |

| Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business! | | |
|---|---|---|
| | **Total** | $6,497.71 |
| | **Payments** | $0.00 |
| | **Balance Due** | **$6,497.71** |

DOAR

September 28, 2015
**VIA Electronic Mail**

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY 10112

*AP 0160139*

*$99,110.19*

Re: ContentGuard v Samsung - BAK003-004

Dear Mr. Maier,

Enclosed please find invoice # T-13829 in the amount of $99,110.19 which represents the fees in the above referenced matter.

Your payment may be in the form of a check or wire transfer. The wire transfer information is as follows:

DOAR, Inc.
**Federal Tax ID #11-2938464**

**Bank Information:**

Bank of America
One Bryant Park
New York, NY 10036
Bank Phone (646) 855-2791

> Please reference the invoice number(s) on the check or wire transfer for proper payment allocation.

ABA Routing Number- 026009593
Account Number - 483043592820

If you have any questions, please call me directly at (516) 823-3921.

Very truly yours,

Samanthia Graham
Accountant

 **DOAR**

# INVOICE

| | | |
|---|---|---|
| **Invoice Date:** | 09/28/15 | |
| **Invoice #:** | T-13829 | |
| **Period Ending:** | 09/28/15 | |
| **Due Date:** | 10/28/15 | **Net 30 Days** |
| **Matter #:** | BAK003-004 | |
| **Job Name:** | | |
| | ContentGuard v Samsung | |
| **Reference #:** | | |

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY 10112

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Services | | | $ 96,458.00 |
| Travel and Expenses | | | 2,652.19 |

Services Rendered Through September 2015

**NOTE: Additional detail attached**

| | | | | Subtotal: | $ 99,110.19 |
|---|---|---|---|---|---|
| Taxable (*) | $ 0.00 | Non-Taxable | $ 99,110.19 | Sales Tax: | 0.00 |
| | | | | Total: | $ 99,110.19 |

170 EARLE AVENUE LYNBROOK, NEW YORK 11563 TEL 800.875.8705 FAX 516.823.4400 WWW.DOAR.COM
All past due accounts will be subject to a service charge of 1.5% per month.

(18 % Annual Percentage Rate)

Page - 1

Job: LIT-1346 ContentGuard v Samsung
Billed Through 9/28/2015
Client Reference: n/a

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 9/1/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Global Formating of opening. Development of callouts and charts | 3.50 | 215.00 | 752.50 |
| 9/1/2015 | Corley Schaller | Professional Services | Consultant 1 | Review and QC for draft Opening deck - edits - call for revisions - work with Artist to expedite changes - circulate final files | 3.30 | 270.00 | 891.00 |
| 9/3/2015 | Andy Cepregi | Professional Services | Consultant 1 | Begin Wolff and Obeidat deposition video edit project. | 5.30 | 270.00 | 1,431.00 |
| 9/4/2015 | Andy Cepregi | Professional Services | Consultant 1 | Finish Wolff and Obeidat deposition video clip creation. Render and loading of same. | 6.00 | 270.00 | 1,620.00 |
| 9/5/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Global opening formatting. | 1.00 | 215.00 | 215.00 |
| 9/5/2015 | Andy Cepregi | Professional Services | Consultant 1 | Revisions to Wolff and Obeidat video presentations. | 3.10 | 270.00 | 837.00 |
| 9/5/2015 | Corley Schaller | Professional Services | Consultant 1 | (Saturday) Rush edit to slide deck - waiting time for client call/comments - review - client communications - additional tweaks | 5.30 | 270.00 | 1,431.00 |
| 9/6/2015 | Corley Schaller | Professional Services | Consultant 1 | (Sunday) Revisions to Opening deck - review edits - client comms - quality control - additional edits - Artist comms - review and send - multiple rounds of revisions - waiting time for additional edits (client request) | 10.60 | 270.00 | 2,862.00 |
| 9/7/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Development of "Botello Direct" presentation "associated vs attached or treated as attached" edits alternative slide to "Attached Or Treated As Attached" | 9.00 | 215.00 | 1,935.00 |
| 9/7/2015 | Corley Schaller | Professional Services | Consultant 1 | Edits to Opening deck - Concept development for Botello Direct slides - review with Artist - file prep - client calls - | 9.30 | 270.00 | 2,511.00 |
| 9/7/2015 | Corley Schaller | Professional Services | Consultant 1 | Late night edits to Opening and Botello slides. | 0.90 | 270.00 | 243.00 |
| 9/8/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Global Edits to version 39 of the Opening | 2.00 | 215.00 | 430.00 |
| 9/8/2015 | Corley Schaller | Professional Services | Consultant 1 | Edits to Opening slides - review with Artist - quality control and tweaks - send to client - client comms - revisions - file prep | 5.70 | 270.00 | 1,539.00 |

**Baker Botts LLP Professional Services Detail**

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 9/10/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Global Edits to version 41 of the Opening Botello Direct reformatting | 7.00 | 215.00 | 1,505.00 |
| 9/10/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Opening_44 Stefik Cross_02 | 2.60 | 215.00 | 559.00 |
| 9/10/2015 | Corley Schaller | Professional Services | Consultant 1 | Sending out files - revisions to Opening - discuss with Artist - client calls to discuss edits - Revisions to Botello direct - image search - review and quality control - contact local counsel - sent PPT template - additional tweaks and review for Botello Direct/Opening | 8.70 | 270.00 | 2,349.00 |
| 9/10/2015 | Corley Schaller | Professional Services | Consultant 1 | Additional revisions - Circulate files (late evening) | 0.40 | 270.00 | 108.00 |
| 9/10/2015 | Corley Schaller | Professional Services | Consultant 1 | Late evening request for Stefik Cross slides - review materials - waiting time for documents - concept development | 1.50 | 270.00 | 405.00 |
| 9/11/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Updates and formatting to the opening, Stefik Cross, Wolff Cross | 3.00 | 215.00 | 645.00 |
| 9/11/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Opening edits and revisions. Cross exam presentation prep. | 8.20 | 270.00 | 2,214.00 |
| 9/11/2015 | Corley Schaller | Professional Services | Consultant 1 | (Overnight) request for Stefik Cross slides - review materials with Artist - waiting time for proofs - Concept develoment for bar chart for Opening - discuss with Artist | 3.30 | 270.00 | 891.00 |
| 9/11/2015 | Corley Schaller | Professional Services | Consultant 1 | Review Stefik Cross drafts - revisions and quality control - send to client | 1.20 | 270.00 | 324.00 |
| 9/11/2015 | Corley Schaller | Professional Services | Consultant 1 | Rush edits to Opening deck - Rush edits to Stefik Cross - quality control - cross check text off patents/exhibits - send files - New Wolff Cross Slides | 7.60 | 270.00 | 2,052.00 |
| 9/12/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Formatting, animation for the opening. Sefik Slides re-structuring. | 6.00 | 215.00 | 1,290.00 |
| 9/12/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Opening rehearsals and edits. Plaintiff document database update. | 7.30 | 270.00 | 1,971.00 |
| 9/12/2015 | Corley Schaller | Professional Services | Consultant 1 | Standby for revisions - rush edits to Opening deck - review with Artist - discuss with PTC onsite - rush edits to Stefik Cross - revisions - quality control - cross check text with patents/lines - circulate to team | 10.30 | 270.00 | 2,781.00 |

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 9/13/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design<br>Bar Chart Animation/formatting | 1.00 | 215.00 | 215.00 |
| 9/13/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Opening runthrough and edits. Stefik exam prep and rehearsal. | 14.10 | 270.00 | 3,807.00 |
| 9/13/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Opening_62 | 0.20 | 215.00 | 43.00 |
| 9/13/2015 | Corley Schaller | Professional Services | Consultant 1 | (Overnight) Awaiting final tweaks to Opening from team - sending out files | 0.50 | 270.00 | 135.00 |
| 9/13/2015 | Corley Schaller | Professional Services | Consultant 1 | (Sunday) Revisons to Opening deck - Revisions to Stefik Cross - New slides for Kwak testimony - revisions - quality control - discuss with PTC/client - review with Artist - waiting time for edits | 8.30 | 270.00 | 2,241.00 |
| 9/14/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court Support. | 12.00 | 270.00 | 3,240.00 |
| 9/14/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Stefik and Goodrich witness prep. | 3.00 | 270.00 | 810.00 |
| 9/14/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Goodrich_01 | 1.20 | 215.00 | 258.00 |
| 9/14/2015 | Corley Schaller | Professional Services | Consultant 1 | Late night rush slide for Opening (13) | 0.60 | 270.00 | 162.00 |
| 9/14/2015 | Corley Schaller | Professional Services | Consultant 1 | Rush slides for morning - sent to team - waiting for edits | 2.30 | 270.00 | 621.00 |
| 9/14/2015 | Corley Schaller | Professional Services | Consultant 1 | (Late evening) Standby time for NEW slides (Goodrich) - Client comms - Review support materials - concept development - edits | 5.20 | 270.00 | 1,404.00 |
| 9/15/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court Support. Morning runthrough of Stefik. | 11.50 | 270.00 | 3,105.00 |
| 9/15/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Dozois and Baker prep and runthrough. | 6.00 | 270.00 | 1,620.00 |
| 9/15/2015 | Corley Schaller | Professional Services | Consultant 1 | (Overnight) Edits to Goodrich - Revisions to Stefik slides | 0.90 | 270.00 | 243.00 |
| 9/15/2015 | Corley Schaller | Professional Services | Consultant 1 | Early AM standby for edits | 1.00 | 270.00 | 270.00 |
| 9/15/2015 | Corley Schaller | Professional Services | Consultant 1 | Review script for Baker Cross - Concept development for Baker slide deck - clients comms - revisions - standby for edits - send files | 5.40 | 270.00 | 1,458.00 |
| 9/16/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court Support. | 11.00 | 270.00 | 2,970.00 |
| 9/16/2015 | Corley Schaller | Professional Services | Consultant 1 | Standby for edits - file maintenance - review - quality control | 1.00 | 270.00 | 270.00 |
| 9/17/2015 | Andy Cepregi | Professional Services | Consultant 1 | Graphic design | 9.50 | 270.00 | 2,565.00 |
| 9/18/2015 | Danis Brito | Professional Services | Multimedia 1 | Global formatting of the Google CLosing presentation. Charts, Island concept. | 4.50 | 215.00 | 967.50 |

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 9/18/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: GOOGLE_Closing_02 | 1.80 | 215.00 | 387.00 |
| 9/18/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Kwak_02 | 2.30 | 215.00 | 494.50 |
| 9/18/2015 | Corley Schaller | Professional Services | Consultant 1 | Review closing presentation markups - Discuss with team - Concept development for initial draft deck - revisions - evening production and edits | 10.20 | 270.00 | 2,754.00 |
| 9/19/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: SAMSUNG_Closing | 3.20 | 215.00 | 688.00 |
| 9/19/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Kwak | 0.50 | 215.00 | 107.50 |
| 9/19/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Dan Jackson Direct Demonstratives 9-16-15 | 1.30 | 215.00 | 279.50 |
| 9/19/2015 | Corley Schaller | Professional Services | Consultant 1 | Overning edits - revisions - discuss with Artist- QC | 2.10 | 270.00 | 567.00 |
| 9/19/2015 | Corley Schaller | Professional Services | Consultant 1 | Early AM review - edits - circulate revised Kwak deck to team | 0.90 | 270.00 | 243.00 |
| 9/19/2015 | Corley Schaller | Professional Services | Consultant 1 | (Saturday) Client comms - revisions and new slides for Closing deck (Samsung/Google) - discuss with client(s) - review with Artist - concept development - edits/reformatting - revisions/new slides for Kwak - reformatting Dan Jackson | 11.70 | 270.00 | 3,159.00 |
| 9/20/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room Support. Kwak presentation creation and Prep. Jackson runthrough with team at Potter. | 3.50 | 270.00 | 945.00 |
| 9/20/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: SAMSUNG_Closing Kwak | 1.30 | 215.00 | 279.50 |
| 9/20/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: SAMSUNG_Closing | 5.50 | 215.00 | 1,182.50 |
| 9/20/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: SAMSUNG_Closing | 0.50 | 215.00 | 107.50 |
| 9/20/2015 | Corley Schaller | Professional Services | Consultant 1 | (Sunday) Reformatting/recreating slides from Dan Jackson deck - rush edits to Kwak deck - revisions - Overhaul Closing deck - doc prep - review with Artist - edits - client comms | 13.80 | 270.00 | 3,726.00 |
| 9/21/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design formatting of SAMSUNG Closing ALT Slides | 7.50 | 215.00 | 1,612.50 |
| 9/21/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court support. | 9.50 | 270.00 | 2,565.00 |
| 9/21/2015 | Corley Schaller | Professional Services | Consultant 1 | Review details for alternative Closing slides - concept development for alt Closing deck - review with Artist - assemble support materials - edits - review | 6.90 | 270.00 | 1,863.00 |
| 9/21/2015 | Corley Schaller | Professional Services | Consultant 1 | Evening edits to Closing deck - waiting for revisions from team - review comments - revisions to Closing deck - pull testimony from trial transcript - quality control | 4.80 | 270.00 | 1,296.00 |

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 9/22/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design | 7.50 | 215.00 | 1,612.50 |
| | | | | Global Formatting of of the closing presentation | | | |
| 9/22/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court Support. | 10.30 | 270.00 | 2,781.00 |
| 9/22/2015 | Andy Cepregi | Professional Services | Consultant 1 | War Room support. Closing runthroughs and edits. | 6.50 | 270.00 | 1,755.00 |
| 9/22/2015 | Corley Schaller | Professional Services | Consultant 1 | Edits to Closing deck and Notes section - file prep for exchange | 2.90 | 270.00 | 783.00 |
| 9/22/2015 | Corley Schaller | Professional Services | Consultant 1 | (Overnight) Edits to Closing slides - standby for revisions | 1.30 | 270.00 | 351.00 |
| 9/22/2015 | Corley Schaller | Professional Services | Consultant 1 | Rush edits to Closing deck during court - review | 0.80 | 270.00 | 216.00 |
| 9/22/2015 | Corley Schaller | Professional Services | Consultant 1 | (Evening) Edits to Closing deck - client calls to discuss edits/new slides - quality control - adjustments - Compilation of multipl decks - final tweaks and review - sending out | 6.40 | 270.00 | 1,728.00 |
| 9/23/2015 | Andy Cepregi | Professional Services | Consultant 1 | Trial Presentation and In-Court Support.  Morning rehersal of closing. | 8.10 | 270.00 | 2,187.00 |
| 9/23/2015 | Corley Schaller | Professional Services | Consultant 1 | (Overnight) Final tweaks and file prep for Closing deck - additional decks sans slide numbers - standby for revisions - NEW slides for ALT Closing deck for 8am exchange | 6.80 | 270.00 | 1,836.00 |
| 9/23/2015 | Corley Schaller | Professional Services | Consultant 1 | Last minute tweaks and quality control for FINAL Closing deck for exchange - file search - Final adjustments for presentation file | 2.80 | 270.00 | 756.00 |

**Total** 96,458.00

Job: LIT-1346 ContentGuard v Samsung
Billed Through 9/28/2015
Client Reference: n/a

Baker Botts LLP Travel and Expenses Detail

| Date | Person | Item | Description | Units | Rate | Extended |
|------|--------|------|-------------|-------|------|----------|
| 9/10/2015 | Andy Cepregi | Meals | Lunch | 1 | 37.54 | 37.54 |
| 9/10/2015 | Andy Cepregi | Office Supplies | War Room snacks and drinks. | 1 | 153.31 | 153.31 |
| 9/11/2015 | Andy Cepregi | Meals | Dinner. | 1 | 23.65 | 23.65 |
| 9/11/2015 | Andy Cepregi | Office Supplies | Paper and USB cable. | 1 | 231.60 | 231.60 |
| 9/11/2015 | Andy Cepregi | Office Supplies | Thumb drives and snacks. | 1 | 45.53 | 45.53 |
| 9/14/2015 | Andy Cepregi | Other | Cold Medicine and cough drops. | 1 | 45.64 | 45.64 |
| 9/16/2015 | Andy Cepregi | Other | Beverages for War Room. | 1 | 229.41 | 229.41 |
| 9/16/2015 | Andy Cepregi | Rental Car | Gas. | 1 | 21.88 | 21.88 |
| 9/20/2015 | Andy Cepregi | Rental Car | Gas. | 1 | 22.94 | 22.94 |
| 9/23/2015 | Andy Cepregi | Air | Plane from Dallas to Newark. | 1 | 876.09 | 876.09 |
| 9/23/2015 | Andy Cepregi | Car Service | Uber from Airport to home. | 1 | 182.85 | 182.85 |
| 9/23/2015 | Andy Cepregi | Rental Car | 2 week rental. | 1 | 781.75 | 781.75 |
| | | | | | | 2,652.19 |

 **DOAR**

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 09/11/15 |
| **Invoice #:** | T-13817 |
| **Period Ending:** | 08/31/15 |
| **Due Date:** | 10/11/15    **Net 30 Days** |
| **Matter #:** | BAK003-004 |
| **Job Name:** | |
| | ContentGuard v Samsung |
| **Reference #:** | |

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY  10112

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Services | | | $ 18,899.50 |
| Travel and Expenses | | | 339.09 |

Services Rendered Through August 2015

**NOTE: Additional detail attached**

| | | | | | |
|---|---|---|---|---|---|
| Taxable (*) | $ 0.00 | Non-Taxable | $ 19,238.59 | **Subtotal:** | $ 19,238.59 |
| | | | | **Sales Tax:** | 0.00 |
| | | | | **Total:** | $ 19,238.59 |

170 EARLE AVENUE  LYNBROOK, NEW YORK 11563   TEL 800.875.8705  FAX 516.823.4400  WWW.DOAR.COM
All past due accounts will be subject to a service charge of 1.5% per month.
(18 % Annual Percentage Rate)

Page - 1

Job: LIT-1346 ContentGuard v Samsung
Billed Through 8/31/2015
Client Reference: n/a

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|---|---|---|---|---|---|---|---|
| 8/3/2015 | Corley Schaller | Professional Services | Consultant 1 | Receive support materials - review files for inserting - pull exhibits from DB - client comms | 1.40 | 270.00 | 378.00 |
| 8/4/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Development of charts and callouts. Conversion of presentation from standard to widescreen | 4.50 | 215.00 | 967.50 |
| 8/4/2015 | Andy Cepregi | Professional Services | Consultant 1 | Video and document database updates as per new documents. Courtroom logistics planning. | 4.00 | 270.00 | 1,080.00 |
| 8/4/2015 | Corley Schaller | Professional Services | Consultant 1 | Exhibit review. Prepare files for Artist - slide references - client comms - revisions to initial draft - concept adjustments - client call to walk through materials | 6.90 | 270.00 | 1,863.00 |
| 8/5/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Development of charts and callouts. Global formatting of the Opening. | 4.00 | 215.00 | 860.00 |
| 8/5/2015 | Andy Cepregi | Professional Services | Consultant 1 | Document retrieval and conversion for use in Opening graphics presentation. Edits and revisions to opening deck. Deposition and document database updates. | 3.30 | 270.00 | 891.00 |
| 8/5/2015 | Corley Schaller | Professional Services | Consultant 1 | Review materials - locate support information - inserting exhibits - building out clicks/animations for Opening - quality control check - revisions - client comms | 7.80 | 270.00 | 2,106.00 |
| 8/7/2015 | Corley Schaller | Professional Services | Consultant 1 | Converting Opening back from widescreen (16:9) format to standard (4:3) ratio | 4.30 | 270.00 | 1,161.00 |
| 8/11/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Opening_19_Conversion_Revs | 5.00 | 215.00 | 1,075.00 |
| 8/11/2015 | Corley Schaller | Professional Services | Consultant 1 | Client call to review slides - edits and QC - discuss with Artist - review | 3.80 | 270.00 | 1,026.00 |
| 8/12/2015 | Arbi Khodagholian | Professional Services | Multimedia 1 | Communication Design: Opening_21_CS Revs | 3.50 | 215.00 | 752.50 |
| 8/12/2015 | Corley Schaller | Professional Services | Consultant 1 | Review Artist changes from 8/11 - Edits to slides - Universal changes - concept development - quality control - build out slide transitions. | 5.20 | 270.00 | 1,404.00 |
| 8/13/2015 | Corley Schaller | Professional Services | Consultant 1 | Opening regarding-view. Adjustments as per client. | 0.60 | 270.00 | 162.00 |
| 8/27/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design "The Value Of ContentGuard At The Time Of The Hypothetical Negotiation" | 2.00 | 215.00 | 430.00 |
| 8/27/2015 | Corley Schaller | Professional Services | Consultant 1 | Conference call to discuss edits - research - edits to slides - circulating proofs | 1.30 | 270.00 | 351.00 |
| 8/28/2015 | Corley Schaller | Professional Services | Consultant 1 | Review materials for Direct Exam of James Botello | 1.10 | 270.00 | 297.00 |
| 8/30/2015 | Corley Schaller | Professional Services | Consultant 1 | Review NEW Opening outline - notes - meeting plan | 1.20 | 270.00 | 324.00 |

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | Description | Hours | Rate | Extended |
|------|-------------|----------|------|-------------|-------|------|----------|
| 8/31/2015 | Danis Brito | Professional Services | Multimedia 1 | Graphic design Development and formatting of revised opening text, callouts, charts and concepts. | 8.50 | 215.00 | 1,827.50 |
| 8/31/2015 | Corley Schaller | Professional Services | Consultant 1 | Meeting prep/review - Overhaul Opening deck - client call to review outline - locating and pulling exhibits for Artist - review with Artist - QC - research | 7.20 | 270.00 | 1,944.00 |

**Total** 18,899.50

Job: LIT-1346 ContentGuard v Samsung
Billed Through 8/31/2015
Client Reference: n/a

Baker Botts LLP Travel and Expenses Detail

| Date | Person | Iter Description | Units | Rate | Extended |
|------|--------|-----------------|-------|------|----------|
| 8/27/2015 | Andy Cepregi | Air Flight to Dallas. | 1 | 339.09 | 339.09 |
| | | | | | **339.09** |

 **DOAR**

*AP 0159338*

September 11, 2015
**VIA Electronic Mail**

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY 10112

Re: ContentGuard v Samsung - BAK003-004

Dear Mr. Maier,
Enclosed please find invoice # T-13817 in the amount of $19,238.59 which represents

the fees in the above referenced matter.

Your payment may be in the form of a check or wire transfer. The wire transfer
information is as follows:

DOAR, Inc.
**Federal Tax ID #11-2938464**

Bank Information:

Bank of America
One Bryant Park
New York, NY 10036
Bank Phone (646) 855-2791

> Please reference the invoice
> number(s) on the check or
> wire transfer for proper
> payment allocation.

ABA Routing Number- 026009593
Account Number - 483043592820

If you have any questions, please call me directly at (516) 823-3921.

Very truly yours,

Samanthia Graham
Accountant


**DOAR**

*APO158050*

August 11, 2015
**VIA Electronic Mail**

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY 10112

$17,357.82

Re: ContentGuard v Samsung - BAK003-004

Dear Mr. Maier,
Enclosed please find invoice # T-13775 in the amount of $17,357.82 which represents
the fees in the above referenced matter.

Your payment may be in the form of a check or wire transfer. The wire transfer
information is as follows:

DOAR, Inc.
**Federal Tax ID #11-2938464**

Bank Information:
Bank of America
One Bryant Park
New York, NY 10036
Bank Phone (646) 855-2791

| Please reference the invoice number(s) on the check or wire transfer for proper payment allocation. |
| --- |

ABA Routing Number- 026009593
Account Number - 483043592820

If you have any questions, please call me directly at (516) 823-3921.

Very truly yours,

Samanthia Graham
Accountant

 **DOAR**

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 08/11/15 |
| **Invoice #:** | T-13775 |
| **Period Ending:** | 07/31/15 |
| **Due Date:** | 09/10/15  **Net 30 Days** |
| **Matter #:** | BAK003-004 |
| **Job Name:** | ContentGuard v Samsung |
| **Reference #:** | |

Baker Botts LLP
Rob Maier
30 Rockefeller Plaza
New York, NY 10112

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Professional Services | | | $ 17,341.00 |
| Travel and Expenses | | | 16.82 |

Services Rendered Through July 2015

**NOTE: Additional detail attached**

| | | | | | | |
|---|---|---|---|---|---|---|
| Taxable (*) | $ 0.00 | Non-Taxable | $ 17,357.82 | **Subtotal:** | | $ 17,357.82 |
| | | | | **Sales Tax:** | | 0.00 |
| | | | | **Total:** | | $ 17,357.82 |

170 EARLE AVENUE  LYNBROOK, NEW YORK 11563  TEL 800.875.8705  FAX 516.823.4400  WWW.DOAR.COM
All past due accounts will be subject to a service charge of 1.5% per month.
(18 % Annual Percentage Rate)

Page - 1

Job: LIT-1346 ContentGuard v Samsung
Billed Through 7/31/2015
Client Reference: n/a

Baker Botts LLP Professional Services Detail

| Date | Professional | Category | Task | | Description | Hours | Rate | Extended |
|------|-------------|----------|------|---|-------------|-------|------|----------|
| 7/17/2015 | Andy Cepregi | Professional Services | Consultant | 1 | Trial exhibit load and conversion. Database creation. | 4.40 | 270.00 | 1,188.00 |
| 7/21/2015 | Andy Cepregi | Professional Services | Consultant | 1 | Initial database creation. Video and document database creation. | 9.30 | 270.00 | 2,511.00 |
| 7/21/2015 | Corley Schaller | Professional Services | Consultant | 1 | Review Tech tutorials and Markman presentations - Research patents | 1.50 | 270.00 | 405.00 |
| 7/24/2015 | Andy Cepregi | Professional Services | Consultant | 1 | Call with Josh, Corley, and Brian regarding Opening slides. Continued video database loading and updates. | 5.00 | 270.00 | 1,350.00 |
| 7/24/2015 | Corley Schaller | Professional Services | Consultant | 1 | Graphics kickoff call - Discuss case and needs for Opening presentation - review opening slides - create template | 2.80 | 270.00 | 756.00 |
| 7/26/2015 | Corley Schaller | Professional Services | Consultant | 1 | Draft slide creation for Opening - concept ideas and development | 2.10 | 270.00 | 567.00 |
| 7/27/2015 | Danis Brito | Professional Services | Multimedia | 1 | Graphic design Global formatting and concept development of the Opening | 7.00 | 215.00 | 1,505.00 |
| 7/27/2015 | Corley Schaller | Professional Services | Consultant | 1 | Concept development for Opening - review with Artist - research technology - revisions | 6.90 | 270.00 | 1,863.00 |
| 7/28/2015 | Danis Brito | Professional Services | Multimedia | 1 | Graphic design Concept: Associated/Separate Delivery v. Attached/Moving Together | 4.00 | 215.00 | 860.00 |
| 7/28/2015 | Corley Schaller | Professional Services | Consultant | 1 | Concept development for Opening presentation - mockups for concepts - icon search - revisions and reformatting - review with Artist - client comms | 7.80 | 270.00 | 2,106.00 |
| 7/29/2015 | Danis Brito | Professional Services | Multimedia | 1 | Graphic design Concept: Associated, Treated As Attached, Attached. | 4.00 | 215.00 | 860.00 |
| 7/29/2015 | Corley Schaller | Professional Services | Consultant | 1 | Concept development for Opening - walk through outline and revise deck - alternate concepts for Hypothetical Negotiations - review with Artis - build out clicks/transitions - client comms | 6.80 | 270.00 | 1,836.00 |
| 7/30/2015 | Danis Brito | Professional Services | Multimedia | 1 | Graphic design Damages "tree" Concept | 4.00 | 215.00 | 860.00 |
| 7/30/2015 | Corley Schaller | Professional Services | Consultant | 1 | Alternative concept for Hypothetical Negotiation | 1.70 | 270.00 | 459.00 |
| 7/31/2015 | Danis Brito | Professional Services | Multimedia | 1 | Graphic design Damages "tree" Concept | 1.00 | 215.00 | 215.00 |

**Total**

17,341.00

Job: LIT-1346 ContentGuard v Samsung
Billed Through 7/31/2015
Client Reference: n/a

Baker Botts LLP Travel and Expenses Detail

| Date | Person | Item | Description | Units | Rate | Extended |
|------|--------|------|-------------|-------|------|----------|
| 7/28/2015 | Corley Schaller | Meals | Working lunch | 1 | 16.82 | 16.82 |
| | | | | | | **16.82** |