# Exhibit G

**Wright, Andrea L.**                                                                                      AP 0152998

**From:** Sirota, Neil P.
**Sent:** Monday, April 06, 2015 11:14 AM
**To:** Wright, Andrea L.
**Subject:** FW: Payment of Technical Advisor
**Attachments:** 2-13-cv-1112 ContentGuard v Amazon 465 order to pay tech adv 2015-03-23.pdf; W-9 Law Office of David Keyzer PC 2014-06-02.pdf

Andrea – Can you have a check prepared/sent to Kaye Scholer LLP for $2,445.62? This corresponds to one-eighth (Samsung's share) of the attached invoice which Kaye Scholer will be paying on behalf of all the defendants in ContentGuard.

Neil

**From:** Unikel, Robert [mailto:Robert.Unikel@kayescholer.com]
**Sent:** Monday, April 06, 2015 11:02 AM
**To:** 'Glen Summers'; 'Anderson, Bryan K.'; Sirota, Neil P.; Terence D. Garrett; Partridge, Scott; EXT Everingham, Charles
**Cc:** Chao, Timothy; Malecek, Michael
**Subject:** Payment of Technical Advisor

All,

As you are aware, we have been ordered to make a single payment to the Court's technical advisor for services rendered in connection with the claim construction proceedings. The total amount owed by Defendants is $19,564.93. This breaks down to $2,445.62 per each of the eight Defendant groups.

We (Kaye Scholer) are willing to handle the single payment to the advisor if we can get everyone's commitment to send a check for their $2,445.62 portion to us in relatively short order.

If someone else wishes to handle the payment, we are fine with that as well.

Please let me know ASAP if you have any opposition to this plan.

Rob

Robert W Unikel
Kaye Scholer LLP               ← Send check to this Address
Three First National Plaza
70 West Madison Street | Suite 4200
Chicago, Illinois 60602
T: (312) 583-2340 | F: (312) 583-2547
robert.unikel@kayescholer.com | www.kayescholer.com

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-1112-JRG |
| AMAZON.COM, INC., et al., | § § | |
| Defendants. | § § § | |
| CONTENT GUARD HOLDINGS, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC., | § § § | |
| Defendant. | § | |

**ORDER**

The Court previously appointed David Keyzer to the position of technical advisor in the above-captioned action, with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through March 20, 2015, in the amount of $39,129.86, and hereby **ORDERS** payment to be made to Mr. Keyzer within 30 days of this Order as follows:

| | |
|---|---|
| Plaintiffs: | $19,564.93 |
| Defendants: | $19,564.93 |
| TOTAL: | of $39,129.86 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Keyzer on behalf of all Defendants.

So ORDERED and SIGNED this 20th day of March, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
**Law Office of David Keyzer, P.C.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [ ] C Corporation
- [x] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- [ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
**5170 Golden Foothill Parkway**

City, state, and ZIP code
**El Dorado Hills, CA 95762**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

Employer identification number: **45-5330670**

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ *David Keyzer* Date ▶ June 2, 2014

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:
- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)