# Exhibit H

**CONTENTGUARD / SAMSUNG BILL OF COSTS - INTERPRETATION EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 3/18/2015 | $4,842.28 | Interpretation Services - PAN-ASIA CONSULTING & LANGUAGE SERVICES, INC. - Interpretation of deposition of Seong B. Lee in New York, New York on 3/12/2015 |
| 3/18/2015 | $5,090.63 | Interpretation Services - PAN-ASIA CONSULTING & LANGUAGE SERVICES, INC. - Interpretation of deposition of Youngjin Kwon in New York, New York on 3/16/2015. |
| 9/29/15 | $6,212.00 | Interpretation Services - PAN-ASIA CONSULTING & LANGUAGE SERVICES, INC. - Interpretation of deposition of James Kwak in Dallas, Texas on 9/4/2015 |
| 9/29/15 | $16,817.69 | Interpretation Services - PAN-ASIA CONSULTING & LANGUAGE SERVICES, INC. - Interpretation of trial testimony in Marshall, Texas between 9/10/2015 and 9/22/2015 (9 trial days) |
| **TOTAL:** | **$32,962.60** | |

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA  22030

(703)585-3100
info@pacls.com

## Invoice

| Date | Invoice # |
|---|---|
| 03/18/2015 | 12399 |
| Terms | Due Date |
| Net 30 | 04/17/2015 |

**Bill To**

Neil P. Sirota
Baker Botts,, LLP.
.30 Rockefeller Plaza
New York, New York 10112

| Date | Service | Activity | Amount |
|---|---|---|---|
| 03/09/2015 | Deposition | Case: ContentGuard v. SEC<br>Witness: Seong B. Lee<br>Interpreter: James Victory<br><br>March 9, 2015 (prep): 9:30 - 5:30 : 1 day@1300/day : 1300.00<br>March 10, 2015 (prep): 9 - 6:45 pm: 1 day + 2 hours OT@200/hour : 1700.00<br>March 11, 2015 (depo): 8:30 - 4 : 1 day: 1300.00<br>Service Total: $4,300.00<br><br>Expenses:<br>Travel: Roundtrip between VA and DC: 700<br>Hotel: $1,097.28 (4 nights) - Receipt attached (combined receipt)<br>Per Diem: 300 (75@night- 4 nights)<br>Parking: 195 (receipt attached - page 1 of the attached hotel receipt)<br><br>Total: $6,592.28<br><br>Continue to the next page | 6,592.28 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 03/13/2015 | Deposition | Case: ContentGuard v. SEC<br>Witness: Youngjin Kwon<br>Interpreter: Ann Park<br><br>March 13, 2015 (prep): 9 - 6:30 : 1 day@1300/day + 1.5 hours OT@200/hr : 1600.00<br>March 14, 2015 (prep): 9:30 - 3:30 pm: 1 day : 1300.00<br>March 15, 2015 (prep): 10 - 12:30 : 1 day: 1300.00<br>March 16, 2015 (depo): 9 am - 6 pm: 1 day + 1 hour OT : 1500.00<br>March 17, 2015 : reserved, but waived<br>Service Total: $5,700.00<br><br>Expenses:<br>Travel: Roundtrip between VA and DC: Waived<br>Hotel: $1,394.63 (4 nights) - Receipt attached (combined receipt)<br>Amtrak: 238 + 158 = 396.00<br>Per Diem: 300 (75@night- 4 nights)<br>Ground transportation: 200/flat (taxi cabs in VA and NY)<br><br>Total: $7,990.93 | 7,990.63 |

**ContentGuard v. SEC**

| | |
|---|---|
| Total | $14,582.91 |
| Payment | $14,582.91 |
| Balance Due | $0.00 |

# Pan-Asia Consulting & Language Services, Inc.

PACLS, Inc.
12180 Bridgend Run
Fairfax, VA 22030

(703)585-3100
info@pacls.com

**Invoice**

| Date | Invoice # |
|---|---|
| 09/29/2015 | 12465 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/29/2015 |

**Bill To**

Neil P. Sirota
Baker Botts,, LLP.
.30 Rockefeller Plaza
New York, New York 10112

| Date | Service | Activity | Amount |
|---|---|---|---|
| 09/02/2015 | Deposition | Requested by Neil Sirota<br>Korean <> English deposition interpreting<br>Main interpreter; Dallas, Texas<br>Interpreter: Alex Jo, witnesses: VP James Kwak; attorneys: Mike, Neil Sirota and 2 others. (in-house: Young Jin Kwon, principal engineer) (check interpreter: Michelle Hamilton)<br><br>(1) Service Sub-Total: $4,200.00<br>Sep 2:  1:45 pm - 5 pm = 1 day (dep prep 1300/day<br>Sep 3:  8:30 am - 4 pm = 1 day (dep prep  1300/day<br>Sep 4:  8 am - 3 pm = 1 day (dep interpreting/main@1600/day<br><br>(2) Expenses Sub-Total: $3,313.16<br>Airfare: $603.20 (Receipts attached)<br>Hotel: $809.96 (Receipts attached)<br>Travel time: $1,400 (2 days of travel@700/travel day)<br>Ground transportation: $200/Flat<br>Per diem: 4 nights @ $75 = $300<br><br>Grand Total: $7,513.16<br><br>Continue to the next page | 7,513.16 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 09/10/2015 | Trial Interpreting | Requested by Neil Sirota<br>Korean <> English trial interpreting<br>Main interpreter; Marshall, Texas EDTX<br>Interpreter: Ann Park<br>Witnesses: VP James Kwak<br>Attorneys: Mike Barta, Neil Sirota<br><br>(1) Service Sub-Total: $20,800.00<br> Sep 10 - Sep. 22 (Reserved) : 13 days@1600/day<br><br>(2) Expenses Sub-Total: $2,554.19<br>Airfare: $1,448.20 (Receipts attached)<br>Hotel: Paid by BakerBotts<br>Travel time: $700 (2 days of travel@700/travel day:1,400 - 1 day of travel waived)<br>Car Rental: 143.23+162.76 = 305.99 (Receipts attached)<br>Ground transportation: $100/Flat (VA)<br>Per diem: N/A<br><br>Grand Total: $23,354.19 | 23,354.19 |
| | | **Total** | **$30,867.35** |