# EXHIBIT 3



| | | | | |
|---|---|---|---|---|
| **Bill To:** | | | **Requested By:** | |
| Kaye Scholer LLP | | | Dina Hayes | |
| Attn: Dina Hayes | | | Kaye Scholer LLP | |
| 70 West Madison Street | | | 70 West Madison Street | |
| Suite 4200 | | | Suite 4200 | |
| Chicago, IL 60602 | | | Chicago, IL 60602 | |
| USA | | | USA | |

| | | | |
|---|---|---|---|
| **Invoice :** | 759949 | **Sales Contact:** | Staci Rosen (srosen@transperfect.com) |
| **Invoice Date:** | 03/26/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 04/25/2015 | | |
| **Contract :** | **tpt686871** | **Purchase Order :** | |

**Project Notes:**
In the matter of ContentGuard Holdings, Inc vs. Amazon.com, Inc
Deposition of Graham James Gilbert McKay, taken 3/11/2015  Chicago, IL)
RB 13398

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Certified Copy | 284.00 | Page | 3.50 | 994.00 |
| ~~Delivery~~ | 1.00 | Fee | 21.00 | ~~21.00~~ |
| Exhibits | 489.00 | Page | 0.25 | 122.25 |
| PDF Version Only | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,137.25 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$1,137.25 |

**PAYMENT INSTRUCTIONS**

**Direct Bank Transfer**

| | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C  : 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing  : 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID  : 13-3686771 |

**Please reference the Contract    tpt686871 and Invoice    759949 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 1



**Bill To:**
Kaye Scholer LLP
Attn: Dina Hayes
70 West Madison Street
Suite 4200
Chicago, IL 60602
USA

**Requested By:**
Dina Hayes
Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 760560 | **Sales Contact:** | Staci Rosen (srosen@transperfect.com) |
| **Invoice Date:** | 03/27/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 04/26/2015 | | |
| **Contract #:** | tpt687630 | **Purchase Order #:** | |

**Project Notes:**
In the matter of ContentGuard Holdings, Inc vs. Amazon.com Inc
Deposition of Roland Bowler, taken 3/13/2015 (Chicago, IL)
RB 13401

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Certified Copy | 274.00 | Page | 3.50 | 959.00 |
| ~~Delivery~~ | 1.00 | Fee | ~~21.00~~ | ~~21.00~~ |
| Exhibits | 555.00 | Page | 0.25 | 138.75 |
|     PDF Version Only | | | | |
| ~~Rough ASCII~~ | ~~237.00~~ | ~~Page~~ | ~~1.50~~ | ~~355.50~~ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,474.25 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$1,474.25 |

### PAYMENT INSTRUCTIONS

#### Direct Bank Transfer

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt687630 and Invoice # 760560 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM
1 of 1



| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Kaye Scholer LLP | Dina Hayes |
| Attn: Dina Hayes | Kaye Scholer LLP |
| 70 West Madison Street | 70 West Madison Street |
| Suite 4200 | Suite 4200 |
| Chicago, IL 60602 | Chicago, IL 60602 |
| USA | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 764711 | **Sales Contact:** | Staci Rosen (srosen@transperfect.com) |
| **Invoice Date:** | 03/31/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 04/30/2015 | | |
| **Contract #:** | tpt690068 | **Purchase Order #:** | |

**Project Notes:**
In the matter of ContentGuard Holdings, Inc vs. Amazon.com, Inc
Deposition of Benjamin Sherwin, taken 3/19/2015 (Palo Alto, CA)
RB 13404

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Certified Copy | 57.00 | Page | 3.50 | 199.50 |
| ~~Delivery~~ | 1.00 | Fee | 21.00 | ~~21.00~~ |
| Exhibits | 149.00 | Page | 0.25 | 37.25 |
| PDF Version Only | | | | |
| ~~Interactive Realtime Hookup~~ | ~~43.00~~ | Page | ~~1.50~~ | ~~64.50~~ |
| Rough ASCII | ~~43.00~~ | Page | ~~1.50~~ | ~~64.50~~ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$386.75 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$386.75 |

**PAYMENT INSTRUCTIONS**

**Direct Bank Transfer**

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt690068 and Invoice # 764711 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM