# EXHIBIT 4



**Invoice #:** 0112977-IN

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | June 30, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO06 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard - moto |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Native conversion to TIFF/PDF | EA | 40.60 | $.020 | $.81 |

| | |
|---|---|
| Net Invoice: | $585.80 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$585.80** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Invoice Date:** July 31, 2014
**Customer Number:** 00-GOO
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

**Client Matter Number:** ContentGuard - moto
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| | | | | |

Continued



# Lighthouse eDiscovery™

**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Invoice Date:** July 31, 2014
**Customer Number:** 00-GOO
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

**Client Matter Number:** ContentGuard - moto
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████████ | █ | █ | ████ | ██ |
| ████████ | █ | █ | ████ | ██ |
| █████████ | █ | █ | ████ | ██ |
| ████████ | █ | █ | ████ | ████ |
| ███████████ | █ | █ | ████ | ██ |
| ███████ | █ | █ | ████ | ██ |
| ██████████ | █ | | ████ | ██ |
| ████████ | █ | █ | ████ | ██ |
| ███████ | █ | █ | ████ | ██ |
| ████████ | █ | █ | ███████ | ████ |
| ██████████ | █ | █ | ████ | ██ |
| ████████ | █ | █ | ████ | █ |

Continued



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| nvoice Date: | July 31, 2014 |
| Customer Number: | 00-GOO |
| Job Reference: | GOO07 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| Client Matter Number: | ContentGuard - moto |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████████████████ | ██ | ██ | ████ | ███ |
| ████████ | | | | |
| █████████████████████ | ██ | ██ | ████ | ███ |
| █████████████████████ | ██ | ██ | ████ | ███ |
| ███████████████████████ | | | | |
| ██████████████ | ██ | ██ | ██████ | ████ |
| ████████████ | | | | |
| ████████████████ | ██ | ██ | █████ | ████ |
| ████████ | | | | |
| ███████████ | ██ | ██ | █████ | ████ |
| ██████████ | | | | |
| ███████████ | ██ | ██ | █████ | ████ |
| ██████████ | | | | |
| ██████████████ | ██ | ██ | █████ | ████ |
| █████████ | | | | |
| ████████ | ██ | ██ | █████ | ███ |
| █████████ | | | | |

Continued



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Invoice Date:** July 31, 2014
**Customer Number:** 00-GOO
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

**Client Matter Number:** ContentGuard - moto
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████ | ██ | ██ | ████ | ███ |
| ███████ | ██ | ██ | ████ | ████ |
| ███████ | ██ | ██ | ████ | ████ |
| ███████ | ██ | ██ | ████ | ████ |
| ███████ | ██ | ██ | ████ | ████ |
| ███████ | ██ | ██ | ████ | ███ |
| ███████ | ██ | ██ | ████ | ███ |
| ███████ | ██ | ██ | ████ | ████ |

Continued



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard - moto |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Continued



**Invoice #:** 0113262-IN

| | |
|---|---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View     CA     94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard - moto |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮ | ▮ |
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |

Continued



**Invoice #:** 0113262-IN

**Invoice Date:** July 31, 2014
**Customer Number:** 00-GOO
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View      CA      94042

**Client Matter Number:** ContentGuard - moto
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | ■ | ■ | ▬ | ▬ |
| ▬ | | | | |

Continued



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard - moto |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▬▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬ | | | | |
| ▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬ | | | | |
| ▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬▬ | ▬ | ▬ | ▬▬ | ▬ |
| ▬▬▬ | | | | |

**Continued**



**Invoice #:** 0113262-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard - moto |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Native conversion to TIFF/PDF | EA | .39 | $295.000 | $115.05 |
| Native conversion to TIFF/PDF | EA | 71.00 | $.020 | $1.42 |

| | |
|---|---|
| Net Invoice: | $1,822.98 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$1,822.98** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 114555 |
| Invoice Date | September 30, 2014 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| Client Matter Number: | 201311166 |

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

Matter/Job code     016 Contentguard v Motorola

| Non-Hourly | | | QTY | Unit | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| ▮▮▮▮ | | | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | | | ▮ | ▮ | ▮ | ▮ |
| Native Conversion to TIFF or PDF | | | 0.30 | GB | $295.00 | $88.50 |
| ▮▮▮▮▮▮▮ | | | ▮ | ▮ | ▮ | ▮ |
| | | | | | | ▮▮ |

| Maintenance & Support | | | QTY | Unit | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ | | ▮ | ▮ | ▮▮ | ▮▮ |

**Invoice Total** — **$1,431.82**

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 114999 |
| Invoice Date | October 31, 2014 |
| Page | 1 of 3 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

| Client Matter Number: | 201311166 |

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

---

Matter/Job code    016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Native Conversion to TIFF or PDF | 0.30 | GB | $295.00 | $88.50 |
| | | | | |
| | | | | |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ███ | ███ | ███████████████ | ██ | ██ | ███ | ███ |
| ███ | ███ | ███ | ██ | | | ███ |

| **Invoice Total** | **$979.18** |
|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 115137 |
| Invoice Date | November 30, 2014 |
| Page | 1 of 3 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

Client Matter Number: 201311166

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

Matter/Job code        016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Native Conversion to TIFF or PDF | 0.54 | GB | $295.00 | $159.30 |
| ▮▮▮▮▮ | ▮ | ▮ | | ▮ |
| | | | | ▮ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | ▆ | ▆ | ▆▆▆ | ▆▆ |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



**Maintenance & Support**

| | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | ▮▮ |

**Invoice Total** $4,056.58

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| Invoice Number | 115510 |
| Invoice Date | December 31, 2014 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| Client Matter Number: | 201311166 |

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

---

Matter/Job code     016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████ | █ | █ | █ | █ |
| ██████████████ | █ | █ | █ | █ |
| ██████████ | █ | █ | █ | █ |
| ██████ | █ | █ | █ | █ |
| Native Conversion to TIFF or PDF | 15.04 | GB | $295.00 | $4,436.80 |
| █████████████ | █ | █ | █ | █ |
| ████████████ | █ | █ | █ | █ |
| █████ | █ | █ | █ | █ |
| ████████ | | | | █ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ████████████ | █ | █ | █ | █ |
| ████████████████ | █ | █ | █ | █ |
| ██████████████████ | █ | █ | █ | █ |
| ██████████████ | █ | █ | █ | █ |
| ██████████████████ | █ | █ | █ | █ |
| ████████████████ | █ | █ | █ | █ |
| ██████████████ | █ | █ | █ | █ |
| ███████████████ | █ | █ | █ | █ |
| █████████████ | █ | █ | █ | █ |
| ██████████████ | █ | █ | █ | █ |
| ███████████████ | █ | █ | █ | █ |
| ████████████ | █ | █ | █ | █ |
| █████████████████ | █ | █ | █ | █ |
| ██████████████ | █ | █ | █ | █ |
| ████████████ | █ | █ | █ | █ |
| ████████████████ | █ | █ | █ | █ |
| | █ | █ | █ | █ |

Lighthouse Internal Ref: GOO01_20003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ███████████ | ██ | ██ | ███ | ███ |
| ████████ | ██ | ██ | ███ | ███ |
| █████████ | ██ | ██ | ███ | ███ |
| ██████████ | ██ | ██ | ███ | ███ |
| ████████████ | ██ | ██ | ███ | ███ |
| ███████████ | ██ | ██ | ███ | ███ |
| ██████████ | | | | ███ |

| Invoice Total | $14,019.68 |
|---|---|

| Budget Total: $0.00 | Billing To Date: $14,019.68 | Budget Remaining: -$14,019.68 |
|---|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| | |
|---|---|
| Invoice Number | 115824 |
| Invoice Date | January 31, 2015 |
| Page | 1 of 1 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| Client Matter Number: | 201311166 |

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

Matter/Job code    016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Native Conversion to TIFF or PDF | 0.56 | GB | $295.00 | $165.20 |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮ | ▮ | ▮ | ▮ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

| Invoice Total | | | | $2,815.43 |

Lighthouse Internal Ref: GOO01 20003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| | |
|---|---|
| Invoice Number | 116182 |
| Invoice Date | February 28, 2015 |
| Page | 1 of 3 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

Client Matter Number: 201311166

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

Matter/Job code    016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███ | ██ | █ | ██ | ██ |
| Native Conversion to TIFF or PDF | 0.38 | GB | $295.00 | $112.10 |
| ███ | ██ | █ | ██ | ██ |
| | | | | ██ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 116182 |
| Invoice Date | February 28, 2015 |
| Page | 2 of 3 |
| Client Matter Number: | 201311166 |

## Maintenance & Support

| | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



## Maintenance & Support

| | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

**Invoice Total**      **$3,150.23**

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


**Lighthouse**
eDiscovery™

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| Invoice Number | 116567 |
| Invoice Date | March 31, 2015 |
| Page | 1 of 4 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| Client Matter Number: | 201311166 |

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

Matter/Job code    016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Native Conversion to TIFF or PDF | 0.24 | GB | $295.00 | $70.80 |
| Production - Native to Image Conversion | 163.80 | PAGE | $0.02 | $3.27 |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| **Non-Hourly Subtotal** | | | | **$1,145.92** |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| | | | | |

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO0120003

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |
| ▋▋▋ | ▋▋▋▋ | ▋▋▋▋▋▋ | ▋ | ▋ | ▋ | ▋ |

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▇▇ ▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇▇▇ | | | | ▇▇ |
| ▇▇▇▇ ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ | ▇ | ▇▇ | ▇▇ |
| ▇▇▇▇▇▇▇ | | | | ▇▇▇ |

| **Invoice Total** | **$3,234.42** |
|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



**Lighthouse eDiscovery™**

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| Invoice Number | 116956 |
| Invoice Date | April 30, 2015 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| Client Matter Number: | 201311166 |

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201311166

Matter/Job code    016 Contentguard v Motorola

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████ | ███ | ██ | ██ | ███ |
| ███████ | | | | |
| ██ | | | | |
| Native Conversion to TIFF or PDF | 0.20 | GB | $295.00 | $59.00 |
| Production - Native to Image Conversion | 3.40 | PAGE | $0.02 | $0.07 |
| ███████ | ███ | | ███ |
| ███████ | | | |
| ██████████████████ | | ███ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |
| ████ ████ | | | | |

Lighthouse Internal Ref: GOO0120003

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 116956 |
|---|---|
| Invoice Date | April 30, 2015 |
| Page | 2 of 2 |
| Client Matter Number: | 201311166 |

| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ▆▆ | ▆▆ | ▆▆ | ▆ | ▆ | ▆ | ▆ |

**Invoice Total** $2,059.29

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**