ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-0001 | 11/12/2015 | 11/13/2015 | | 1 | 2005-11-08 - Certified U.S. Patent No. 6,963,859 | CG-000002552 - CG-000002596 |
| PX-0004 | 11/12/2015 | 11/13/2015 | | 4 | 2009-04-21 - Certified U.S. Patent No. 7,523,072 | CG-000002685 - CG-000002731 |
| PX-0006 | 11/12/2015 | 11/13/2015 | | 6 | 2011-08-16 - Certified U.S. Patent No. 8,001,053 | CG-000002761 - CG-000002795 |
| PX-0007 | 11/12/2015 | 11/13/2015 | | 7 | 2013-02-05 - Certified U.S. Patent No. 8,370,956 | CG-000002796 - CG-000002837 |
| PX-0008 | 11/12/2015 | 11/13/2015 | | 8 | 2013-03-05 - Certified U.S. Patent No. 8,393,007 | CG-000002838 - CG-000002880 |
| PX-0023.1 | 11/12/2015 | 11/13/2015 | | 23 | 1995-03-07 - Publication titled "Letting Loose the Light, Igniting Commerce in Electronic Publication," by Mark Stefik, started December 13, 1994, last edited March 7, 1995 | CG-000030090_001 - CG-000030090_039 |
| PX-0023.8 | 11/12/2015 | 11/13/2015 | | 30 | 1997-03-00 - Publication titled "Trusted Systems, Devices that enforce machine-readable rights to use the work of a musician or author may create secure ways to publish over the Internet," Mark Stefik, in Scientific American | CG_STEF_01877 - CG_STEF_01881 |
| PX-0026.2 | 11/12/2015 | 11/13/2015 | | 35 | 1994-03-00 - Article titled "The Economy of Ideas A framework for patents and copyrights in the Digital Age. (Everything you know about intellectual property is wrong.)," John Perry Barlow, Wired Issue 2.03 | CG_STEF_00569 - CG_STEF_00583 |
| PX-0029.08 | 11/12/2015 | 11/13/2015 | | 47 | 0000-00-00 - Presentation titled "Digital Property Rights Toward Commerce in Digital Works," Mark Stefik, Prasad Ram | CG-000030022 - CG-000030080 |
| PX-0058 | 11/13/2015 | 11/16/2015 | SEALED | 82 | 2014-05-09 - Apple spreadsheet listing DRM Free and DRM Protected US Sales and Royalties in USD, iTunes Launch to March 31, 2014 By Month, Purchase Platform, and Content Type | APL-CG_00476919 |
| PX-0059 | 11/16/1015 | 11/17/2015 | SEALED | 83 | 2008-04-21 - Apple spreadsheet titled "W5 iPod/iPhone Buyer Survey - Nov 2007" | APL-CG_00725977 |
| PX-0061 | 11/16/1015 | 11/17/2015 | SEALED | 85 | 2014-11-10 - Apple spreadsheet listing iTunes Business P&L for 2013 and 2014 | APL-CG_00830894 |
| PX-0070 | 11/16/1015 | 11/17/2015 | SEALED | 93 | 2015-02-23 - Apple spreadsheet listing DRM Free and Protected US Sales and Royalties in USD, iTunes Launch to December 31, 2014 By Month, Purchase Platform, and Content Type | APL-CG_01328652 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-0079 | 11/16/1015 | 11/17/2015 | SEALED | 102 | 2012-03-26 - Paid-Up Digital Rights Management Patent License Agreement between ContentGuard Holdings Inc. and Fujitsu Limited | CG-000231633 - CG-000231662 |
| PX-0080 | 11/16/1015 | 11/17/2015 | SEALED | 103 | 2007-04-01 - Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and Sharp Corporation | CG-000231744 - CG-000231753 |
| PX-0081 | 11/16/1015 | 11/17/2015 | SEALED | 104 | 2010-09-30 - Paid-Up Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and Toshiba Corporation | CG-000231754 - CG-000231772 |
| PX-0082 | 11/16/1015 | 11/17/2015 | SEALED | 105 | 2010-01-01 - Paid-Up Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and NEC Corporation | CG-000231773 - CG-000231791 |
| PX-0083 | 11/16/1015 | 11/17/2015 | SEALED | 106 | 2010-04-20 - Paid-Up Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and Casio Hitachi Mobile Communications Co. Ltd. | CG-000231944 - CG-000231964 |
| PX-0084 | 11/16/1015 | 11/17/2015 | SEALED | 107 | 2006-11-01 - License Agreement between ContentGuard Holdings Inc. and LG Electronics Inc. | CG-000231965 - CG-000231975 |
| PX-0085 | 11/16/1015 | 11/17/2015 | SEALED | 108 | 2008-07-14 - Patent License Agreement between ContentGuard Holdings Inc. and Nokia Corporation | CG-000231976 - CG-000232003 |
| PX-0086 | 11/16/1015 | 11/17/2015 | SEALED | 109 | 2009-08-07 - Paid-Up Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and Panasonic Corporation | CG-000232004 - CG-000232021 |
| PX-0087 | 11/16/1015 | 11/17/2015 | SEALED | 110 | 2008-12-01 - Paid-Up Digital Rights Management Technology License Agreement for Handset Vendors between ContentGuard Holdings Inc. and Sanyo Electric Co. Ltd. | CG-000232022 - CG-000232031 |
| PX-0088 | 11/16/1015 | 11/17/2015 | SEALED | 111 | 2008-06-17 - ContentGuard spreadsheet comparing ABI Total Cellular Device Market by Year (M Units) versus Nokia share | CG-000232201 |
| PX-0103 | 11/12/2015 | 11/13/2015 | | 126 | 1993-00-00 - Publication titled "The Economy of Ideas, Selling Wine Without Bottles on the Global Net," J.P. Barlow | CG-001619029 - CG-001619045 |
| PX-0129 | 11/12/2015 | 11/13/2015 | | 152 | 0000-00-00 - Publication titled "Technological Protection Systems for Digitized Copyrighted Works: A Report to Congress" | CG-001619576 - CG-001619621 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-0145 | 11/12/2015 | 11/13/2015 | | 168 | 1995-02-10 - Letter from M. Stefik to R. Kahn enclosing publication titled "Letting Loose the Light," edited on February 8, 1995 | KAHN_000001 - KAHN_000039 |
| PX-0181 | 11/16/1015 | 11/17/2015 | SEALED | 204 | 2015-08-17 - Patent License and Settlement Agreement between ContentGuard Holdings, Inc., Pendrell Technologies LLC, and Amazon.com Inc. | CG-001633963 - CG-001633974 |
| PX-1002 | 11/12/2015 | 11/13/2015 | | 209 | 0000-00-00 - Compilation of iPod User Guides (iPod Touch iOS 3.0, 3.1, 4.3, 5.1, 6.1, 7, 7.1; iPod Mini; iPod Nano; iPod Shuffle Feature Guide, User Guide; iPod Classic Feature Guide, User Guide) | APL-CG_00000073 - APL-CG_00000136; APL-CG_00007690 - APL-CG_00007767; APL-CG_00007770 - APL-CG_00007957; APL-CG_00008095 - APL-CG_00008238; APL-CG_00008614 - APL-CG_00008717; APL-CG_00008758 - APL-CG_00008815; APL-CG_00009296 - APL-CG_00009464; APL-CG_00009938 - APL-CG_00010167; APL-CG_00042700 - APL-CG_00042978; APL-CG_00050845 - APL-CG_00050982 |
| PX-1003 | 11/12/2015 | 11/13/2015 | | 210 | 0000-00-00 - Compilation of iPhone User Guides (iOS 3.1, 4.2 and 4.3, 5.1 Software, 6 Software, 6.1 Software, 7.1 Software, and 8.1 Software) | APL-CG_00000141 - APL-CG_00000302; APL-CG_00000307 - APL-CG_00000523; APL-CG_00000739 - APL-CG_00001012; APL-CG_00042264 - APL-CG_00042419; APL-CG_00050075 - APL-CG_00050409; APL-CG_01621097 - APL-CG_01622266 |
| PX-1005 | 11/12/2015 | 11/13/2015 | | 212 | 0000-00-00 - Compilation of iPad User Guides (iOS 4.2, 4.3, 5.1 Software, 6 Software, 6.1 Software, 7 Software, 7.1 Software, and 8) | APL-CG_00007136 - APL-CG_00007651; APL-CG_00042420 - APL-CG_00042699; APL-CG_00049811 - APL-CG_00049938; APL-CG_00006558 - APL-CG_00006697; APL-CG_00499300 - APL-CG_00499458 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1006 | 11/12/2015 | 11/13/2015 | | 213 | 0000-00-00 Compilation of iTunes Support Documents | APL-CG_00013410 - APL-CG_00013414; APL-CG_00013401 - APL-CG_00013409; APL-CG_00013427 - APL-CG_00013430; APL-CG_00013438 - APL-CG_00013448; APL-CG_00013460 - APL-CG_00013463; APL-CG_00013473 - APL-CG_00013477; APL-CG_00013488 - APL-CG_00013490; APL-CG_00013504; APL-CG_00013529 - APL-CG_00013530; APL-CG_00013544; APL-CG_00013618 - APL-CG_00013619; APL-CG_00013635 - APL-CG_00013637; APL-CG_00013647 - APL-CG_00013649; APL-CG_00013684 - APL-CG_00013686; APL-CG_00013717 - APL-CG_00013718; APL-CG_00013739 - APL-CG_00013741; APL-CG_00013745; APL-CG_00013759 - APL-CG_00013762; APL-CG_00013807 - APL-CG_00013810; APL-CG_00013865 - APL-CG_00013866 |
| PX-1007 | 11/13/2015 | 11/16/2015 | SEALED | 214 | 2011-07-14 - Apple Bliss - eprtool, Design Specification, Version 2.0, FairPlay Engineering | APL-CG_00016437 - APL-CG_00016442 |
| PX-1009 | 11/13/2015 | 11/16/2015 | SEALED | 216 | 2010-07-01 - Apple FairPlay document titled "ePub DRM Format Proposal," Version 0.5, DRM Technologies | APL-CG_00017266 - APL-CG_00017273 |
| PX-1010 | 11/12/2015 | 11/13/2015 | SEALED | 217 | 2009-06-04 - Apple wiki internal printout titled "Fairplay Servers," M. Despotovic | APL-CG_00017274 - APL-CG_00017275 |
| PX-1011.02 | 11/16/1015 | 11/17/2015 | | 219 | 2006-08-17 - Digital Rights Management, v2006.08.17a, W. Askey, Concert Technology Corporation | APL-CG_00049420 - APL-CG_00049468 |
| PX-1015 | 11/12/2015 | 11/13/2015 | SEALED | 244 | 2009-00-00 - FairPlay White Paper, Version 3.1 | APL-CG_00049041 - APL-CG_00049047 |
| PX-1019 | 11/12/2015 | 11/13/2015 | SEALED | 248 | 0000-00-00 - Apple document titled "Apple FairPlay Overview" | APL-CG_00054490 - APL-CG_00054492 |
| PX-1021 | 11/12/2015 | 11/13/2015 | SEALED | 250 | 2012-09-00 - Apple presentation titled "Server-Side DRM," M. Despotovic, Commerce Offsite | APL-CG_00144688 - APL-CG_00144713 |
| PX-1022 | 11/12/2015 | 11/13/2015 | SEALED | 251 | 0000-00-00 - Apple document titled "FairPlay iPhone Development Manual" | APL-CG_00145126 - APL-CG_00145128 |
| PX-1025 | 11/13/2015 | 11/16/2015 | SEALED | 254 | 2012-03-29 - FairPlay Engineering document titled "DPInfo v2, Internal Design Specification" | APL-CG_00163538 - APL-CG_00163544 |
| PX-1026 | 11/12/2015 | 11/13/2015 | SEALED | 255 | 2005-07-11 - Apple document titled "FairPlay Next Generation," Version 0.1-3b | APL-CG_00163582 - APL-CG_00163626 |
| PX-1027 | 11/12/2015 | 11/13/2015 | SEALED | 256 | 0000-00-00 - Apple document titled "Fairplay Servers" | APL-CG_00163627 - APL-CG_00163630 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1028 | 11/12/2015 | 11/13/2015 | SEALED | 257 | 2009-00-00 - FairPlay White Paper, Version 3.1 | APL-CG_00163631 - APL-CG_00163637 |
| PX-1030 | 11/12/2015 | 11/13/2015 | SEALED | 259 | 2008-01-14 - Video-On-Demand Distribution Agreement between Apple Inc. and Sony Pictures Television Inc. | APL-CG_00164889 - APL-CG_00164940 |
| PX-1031 | 11/12/2015 | 11/13/2015 | SEALED | 260 | 0000-00-00 Compilation of Apple Content Owner Agreements - Video | APL-CG_00164889 - APL-CG_00164940; APL-CG_00828210 - APL-CG_00828391; APL-CG_00828460 - APL-CG_00828634; APL-CG_00860244 - APL-CG_00860339; APL-CG_00865268 - APL-CG_00865363; APL-CG_01310345 - APL-CG_01310472; APL-CG_01310498 - APL-CG_01310531; APL-CG_01603836 - APL-CG_01603871 |
| PX-1032 | 11/12/2015 | 11/13/2015 | SEALED | 261 | 0000-00-00 - Code and specifications of File path: /Users/fairplay/Music/iTunes/iTunes Media/Movies/Waiting for Superman/Waiting for Superman.m4v | APL-CG_00165505 - APL-CG_00165507 |
| PX-1033 | 11/16/1015 | 11/17/2015 | SEALED | 262 | 2005-09-25 - Apple document titled "Buggles Marketing Brief," S. Gedikian, Version 1.1 | APL-CG_00172350 - APL-CG_00172368 |
| PX-1034 | 11/12/2015 | 11/13/2015 | SEALED | 263 | 0000-00-00 - Apple document titled "Anatomy of a sinf" | APL-CG_00173119 - APL-CG_00173123 |
| PX-1041 | 11/12/2015 | 11/13/2015 | | 270 | 2014-02-00 - iOS Deployment Technical Reference Guide, iOS 7 | APL-CG_00388074 - APL-CG_00388118 |
| PX-1043 | 11/12/2015 | 11/13/2015 | | 272 | 2014-02-00 - White Paper titled "iOS Security" | APL-CG_00390588 - APL-CG_00390620 |
| PX-1046 | 11/12/2015 | 11/13/2015 | SEALED | 275 | 2007-00-00 - Apple FairPlay Overview, Version 2.0 | APL-CG_00395121 - APL-CG_00395127 |
| PX-1051 | 11/13/2015 | 11/16/2015 | SEALED | 280 | 2014-07-21 - iTunes Package TV Specification 5.2, Revision 1 | APL-CG_00493423 - APL-CG_00493495 |
| PX-1052 | 11/12/2015 | 11/13/2015 | SEALED | 281 | 2012-05-23 - iTunes Package Film Specification 5.0 | APL-CG_00494006 - APL-CG_00494232 |
| PX-1055 | 11/19/2015 | 11/20/2015 | SEALED | 284 | 2014-03-17 - Settlement and License Agreement between Apple Inc. and Intertrust Technologies Corporation | APL-CG_00495418 - APL-CG_00495454 |
| PX-1058 | 11/12/2015 | 11/13/2015 | | 287 | 2014-09-30 - Apple website printout titled "iPad Air Technical Specifications" | APL-CG_00500354 - APL-CG_00500362 |
| PX-1059 | 11/12/2015 | 11/13/2015 | SEALED | 288 | 2011-05-03 - Draft of Apple document titled "Secure Decode Architecture," Driver Implementation, Version 1.6 | APL-CG_00512240 - APL-CG_00512264 |
| PX-1060 | 11/12/2015 | 11/13/2015 | SEALED | 289 | 2005-12-13 - Apple document titled "FairPlay Next Generation," Version 0.2-3d | APL-CG_00706336 - APL-CG_00706412 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1064 | 11/13/2015 | 11/16/2015 | SEALED | 293 | 0000-00-00 - Compilation of Apple Business Planning Documents | APL-CG_00722158 - APL-CG_00722179; APL-CG_00722783 - APL-CG_00722798; APL-CG_00724532 - APL-CG_00724540; APL-CG_00724658 - APL-CG_00724663; APL-CG_00724686 - APL-CG_00724719; APL-CG_00724729 - APL-CG_00724749; APL-CG_00724802 - APL-CG_00724858; APL-CG_00724886 - APL-CG_00724909; APL-CG_01622656 - APL-CG_01622712 |
| PX-1065 | 11/16/1015 | 11/17/2015 | SEALED | 294 | 2003-06-26 - Apple document titled "iTunes & The Music Store, Marketing & Business Planning Meeting" | APL-CG_00724886 - APL-CG_00724909 |
| PX-1066 | 11/13/2015 | 11/16/2015 | SEALED | 295 | 0000-00-00 - Compilation of Apple iTunes Surveys Presentations | APL-CG_00732003 - APL-CG_00732207; APL-CG_00732275 - APL-CG_00732334 |
| PX-1071 | 11/16/1015 | 11/17/2015 | SEALED | 300 | 2006-05-09 - Digital Video Download Agreement between Apple Computer Inc. and Fox Entertainment Group, Inc. (includes amendment) | APL-CG_00828210 - APL-CG_00828244 |
| PX-1080 | 11/16/1015 | 11/17/2015 | SEALED | 309 | 2003-04-07 - Digital Music Download Agreement between Apple Computer Inc. and EMI Recorded Music Holdings Inc. c/o EMI Recorded Music | APL-CG_00840289 - APL-CG_00840318 |
| PX-1081 | 11/12/2015 | 11/13/2015 | SEALED | 310 | 2008-10-01 - Amended and Restated Digital Movie Download Sales Agreement between Apple Inc. and MGM Domestic Digital Media Inc. (originally entered on March 12, 2007) | APL-CG_00860298 - APL-CG_00860339 |
| PX-1089 | 11/16/1015 | 11/17/2015 | SEALED | 318 | 2006-01-04 - Digital Movie Download Sales Agreement between Apple Computer Inc. and Paramount Home Entertainment Inc. | APL-CG_00865268 - APL-CG_00865321 |
| PX-1091 | 11/12/2015 | 11/13/2015 | SEALED | 320 | 0000-00-00 Compilation of Apple Content Owner Agreements - Books | APL-CG_00865364 - APL-CG_00865483 |
| PX-1093 | 11/12/2015 | 11/13/2015 | SEALED | 322 | 2012-09-10 - eBook Agency Distribution Agreement (United States) between Apple Inc. and HarperCollins Publishers | APL-CG_00865416 - APL-CG_00865434 |
| PX-1095 | 11/16/1015 | 11/17/2015 | SEALED | 324 | 2013-10-28 - EBook Agency/Commissionaire Distribution Agreement between Apple Inc., iTunes S.a.r.l. and Random House Mondadori | APL-CG_00865460 - APL-CG_00865483 |
| PX-1096 | 11/12/2015 | 11/13/2015 | SEALED | 325 | 2014-06-03 - Apple document titled "Systems Overview," Version 78, M. Amir | APL-CG_00891549 - APL-CG_00891578 |
| PX-1097 | 11/16/1015 | 11/17/2015 | SEALED | 326 | 2015-02-09 - Apple spreadsheet listing sales of Apple products (excluding iPhone) in the US from Q12008 to Q12015 | APL-CG_00915071 |
| PX-1098 | 11/16/1015 | 11/17/2015 | SEALED | 327 | 2015-02-09 - Apple spreadsheet listing sales of iPhones in the US from 2011 to Q12015 | APL-CG_00915214 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1113 | 11/16/1015 | 11/17/2015 | SEALED | 356 | 2006-04-18 - Email chain from E. Cue to S. Jobs re Fairplay discussion | APL-CG_01339119 - APL-CG_01339123 |
| PX-1121 | 11/16/1015 | 11/17/2015 | SEALED | 364 | 2011-03-21 - Email chain from E. Cue to S. Forstall re requiem | APL-CG_01355781 - APL-CG_01355782 |
| PX-1130 | 11/16/1015 | 11/17/2015 | SEALED | 373 | 2005-01-21 - Email from S. Jobs to M. Bell et al re Lets not use this DRM | APL-CG_01464099 - APL-CG_01464100 |
| PX-1137 | 11/16/1015 | 11/17/2015 | SEALED | 380 | 2015-04-13 - Apple spreadsheet listing iTunes - Sony Affiliated Sales and All Content Provider Sales through March 2015 | APL-CG_02572444 |
| PX-1138 | 11/12/2015 | 11/13/2015 | SEALED | 381 | 0000-00-00 - Apple Source Code | APL-CG_SC_00000001 - APL-CG_SC_00001798 |
| PX-1140 | 11/12/2015 | 11/13/2015 | | 383 | 0000-00-00 - Compilation of website printouts of Apple products specifications | CG-000000133 - CG-000000235; CG-000001504-CG-000001524; CG-000002521 - CG-000002534 |
| PX-1141.01 | 11/16/1015 | 11/17/2015 | SEALED | 384 | 2009-02-06 - Letter from K. Miller to E. Scott (Apple) re notice | CG-000142322 - CG-000142323 |
| PX-1141.04 | 11/16/1015 | 11/17/2015 | SEALED | 387 | 2009-03-23 - Email Attachment, Letter from K. Miller to E. Scott (Apple) re U.S. Patent No. 7,269,576 & EP Patent No. 0 715 245 | CG-APPLE0000033 |
| PX-1141.05 | 11/16/1015 | 11/17/2015 | SEALED | 388 | 2009-04-24 - Letter from K. Miller to E. Scott (Apple) re U.S. Patent Nos. 7,269,576, 6,963,859, 5,530,235 & EP Patent No. 0 715 245 | CG-000089333 |
| PX-1141.06 | 11/16/1015 | 11/17/2015 | SEALED | 389 | 2009-05-08 - Letter from K. Miller to E. Scott (Apple) re U.S. Patent No. 7,269,576 | CG-000067555 |
| PX-1141.07 | 11/16/1015 | 11/17/2015 | SEALED | 390 | 2009-07-16 - Letter from K. Miller to E. Scott (Apple) re U.S. Patent No. 6,895,503 | CG-000203938 |
| PX-1141.09 | 11/16/1015 | 11/17/2015 | SEALED | 392 | 2009-11-18 - Letter from K. Miller to E. Scott (Apple) re U.S. Patent Nos. 6,895,503, 5,530,235, 6,963,859, 7,269,576, 7,139,736 & 7,260,556 and EP Patent EP 0 715 245 | CG-000142313 - CG-000142314 |
| PX-1141.11 | 11/16/1015 | 11/17/2015 | SEALED | 394 | 2010-02-09 - Letter from K. Miller to E. Scott (Apple) re U.S. Patent Nos. 6,895,503, 5,530,235, 6,963,859, 7,269,576, 7,139,736 & 7,260,556, EP Patent EP 0 715 245, and US Patent No. 7,523,072 | CG-000142309 - CG-000142310 |
| PX-1141.13 | 11/16/1015 | 11/17/2015 | SEALED | 396 | 2010-05-25 - Letter from J. Baker to E. Scott (Apple) re U.S. Patent Nos. 5,530,235, 6,895,503, 6,963,859, 7,139,736, 7,162,633, 7,260,556, 7,269,576, 7,523,072, & EP Patent No. 0 715 245 | CG-APPLE0000590 |
| PX-1141.15 | 11/16/1015 | 11/17/2015 | SEALED | 398 | 2010-08-09 - Letter from J. Baker to E. Scott (Apple) re U.S. Patent Nos. 5,530,235, 6,895,503, 6,963,859, 7,139,736, 7,162,633, 7,260,556, 7,269,576, 7,523,072, & EP Patent No. 0 715 245 | CG-000142296 - CG-000142301 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1141.18 | 11/16/1015 | 11/17/2015 | SEALED | 401 | 2011-01-17 - Letter from J. Baker to E. Scott (Apple) re U.S. Patent Nos. Nos. 5,530,235, 6,895,503, 6,963,859, 7,117,180, 7,139,736, 7,162,633, 7,260,556, 7,269,576, 7,523,072, & EP Patent No. 0 715 245 | CG-APPLE0000760 |
| PX-1141.22 | 11/16/1015 | 11/17/2015 | SEALED | 405 | 2011-05-16 - Email Chain from J. Baker to B. Teksler (Apple) re ContentGuard technical materials | CG-APPLE0001067 - CG-APPLE0001069 |
| PX-1141.23 | 11/16/1015 | 11/17/2015 | SEALED | 406 | 2008-06-03 - Apple Claim Chart US Patent 6,959,290 versus Apple iTunes | CG-APPLE0001070 - CG-APPLE0001098 |
| PX-1141.24 | 11/16/1015 | 11/17/2015 | SEALED | 407 | 2008-06-02 - Apple Claim Chart US Patent 7,139,736 versus Apple iPhone | CG-APPLE0001099 - CG-APPLE0001119 |
| PX-1141.25 | 11/16/1015 | 11/17/2015 | SEALED | 408 | 2008-06-03 - Apple Claim Chart US Patent 7,260,556 versus Apple iTunes and the iTunes Store | CG-APPLE0001120 - CG-APPLE0001143 |
| PX-1141.26 | 11/16/1015 | 11/17/2015 | SEALED | 409 | 2008-06-03 - Apple Claim Chart US Patent 7,269,576 versus Apple iTunes and the iTunes Store | CG-APPLE0001144 - CG-APPLE0001165 |
| PX-1141.71 | 11/16/1015 | 11/17/2015 | SEALED | 454 | 2008-06-05 - Untitled ContentGuard presentation to Apple | CG-APPLE0000012 - CG-APPLE0000024 |
| PX-1149 | 11/12/2015 | 11/13/2015 | | 462 | 0000-00-00 - Apple website printouts of iTunes store, iPod and iPad | CG-001603079 - CG-001603226 |
| PX-1150 | 11/12/2015 | 11/13/2015 | | 463 | 0000-00-00 - Apple website printouts of Apple products | CG-001603250 - CG-001603590 |
| PX-1151 | 11/13/2015 | 11/16/2015 | | 464 | 2015-05-13 - Apple website printout titled "About Restrictions (parental controls) on iPhone, iPad, and iPod Touch," available at https://support.apple.com/en-us/HT201304 | CG-001620306 - CG-001620309 |
| PX-1153 | 11/13/2015 | 11/16/2015 | | 466 | 2015-02-04 - Apple website printout titled "iBooks and iBooks Store: parental Controls in iOS 6," available at https://support.apple.com/en-us/HT202596 | CG-001620312 - CG-001620313 |
| PX-1156 | 11/12/2015 | 11/13/2015 | | 469 | 2014-09-17 - Apple website printout titled "iTunes Store Terms and Conditions," available at http://www.apple.com/legal/internet-services/itunes/us/terms.html#SERVICE | CG-001620318 - CG-001620338 |
| PX-1159 | 11/13/2015 | 11/16/2015 | | 472 | 2015-05-18 - Apple website printout titled "Use Parental Controls in iTunes to set content restrictions," available at https://support.apple.com/en-us/HT201659 | CG-001620388 - CG-001620389 |
| PX-1169 | 11/16/1015 | 11/17/2015 | | 482 | 2005-10-12 - Apple press release titled "Apple Unveils the New iPod," available at www.apple.com/pr/library/2005/10/12Apple-Unveils-the-New-iPod.html | CG-TEECE-06999 - CG-TEECE-07000 |

ContentGuard Holdings, Inc. vs. Amazon.com et al. (Case No. 2:13-cv-01112-JRG)
CONTENTGUARD TRIAL EXHIBITS LIST (APPLE TRIAL)

| Pltf. No. | Date Marked | Date Admitted | SEALED | McKool | Description | Bates Range |
|---|---|---|---|---|---|---|
| PX-1180 | 11/12/2015 | 11/13/2015 | | 493 | 2015-03-19 - Public source code printout titled rental.xml | N/A |
| PX-1186 | 11/16/1015 | 11/17/2015 | SEALED | 498 | 2015-02-23 - Apple spreadsheet listing DRM Free and Protected WW Sales and Royalties in USD, iTunes Launch to December 31, 2014 By Month, Purchase Platform, and Content Type | APL-CG_01329257 |
| PX-1189 | 11/12/2015 | 11/13/2015 | | 501 | 2014-02-00 - iOS Security Guide, available at http://images.apple.com/ipad/business/docs/iOS_Security_Feb14.pdf | CG-001620096 - CG-001620128 |
| PX-1190.01 | 11/12/2015 | 11/13/2015 | | 502 | 0000-00-00 - iPad Air (Physical exhibit of Apple representative product) | Physical Exhibit |
| PX-1191 | 11/16/1015 | 11/17/2015 | SEALED | 504 | 0000-00-00 - Apple spreadhseet listing iTunes - Time Warner Affiliated Sales and All Content Provider Sales by Major Content Group through March 2015 | APL-CG_01643988 - APL-CG_01644001 |