IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-01112-JRG <br> JURY TRIAL REQUESTED |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous. When you are finished answering the questions that follow, your Foreperson should sign and date this Verdict Form on the last page (Page 6).

Question No. 1

Did ContentGuard prove by a preponderance of the evidence that Apple infringed the following claims of the asserted patents?

Answer YES or NO for each of the listed claims below:

'859 Patent Claims

Claim 1 _____No_____

'072 Patent Claims

Claim 1 _____No_____

'956 Patent Claims

Claim 7 _____No_____

'007 Patent Claims

Claim 6 _____No_____

'053 Patent Claims

Claim 1 _____No_____

Question No. 2:

Did Apple prove by clear and convincing evidence that any of the following claims are invalid as being obvious?

Answer YES or NO for each of the listed claims below:

'859 Patent Claims

Claim 1     _No_

'072 Patent Claims

Claim 1     _No_

'956 Patent Claims

Claim 7     _No_

'007 Patent Claims

Claim 6     _No_

'053 Patent Claims

Claim 1     _No_

<u>If you found that Apple infringed a patent claim, and you found that Apple did not prove that the same, infringed patent claim is invalid, you should proceed to answer Question No. 3. If you did not so find, then do not answer Question No. 3.</u>

Question No. 3:

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate ContentGuard for Apple's infringement?

$ _____

4

<u>Answer Question No. 4 if you have answered Question No. 3.  If you did not answer Question No. 3, then do not answer Question No. 4.</u>

<u>Question No. 4</u>

Did ContentGuard prove by clear and convincing evidence that Apple's infringement was willful?

Answer YES or NO.

_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 20th day of November, 2015.